# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. DAE YONG LEE, DEFENDANT(S) | CASE NUMBER: CR20-326(A)-JFW 5 |
|---|---|
| | **WARRANT FOR ARREST** |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **DAE YONG LEE** and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with Wire Fraud through Deprivation of Honest Services, in violation of Title 18, United States Code, Sections 1343 and 1346, Federal Program Bribery, in violation of Title 18, United States Code, Section 666, and Alteration of Records in Federal Investigations, in violation of Title 18, United States Code, Section 1519.



| Kiry K. Gray<br>NAME OF ISSUING OFFICER | November 12, 2020      Los Angeles, CA |
|---|---|
| Clerk of Court<br>TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Dion D. Mitchell<br>SIGNATURE OF DEPUTY CLERK | By: PAUL L. ABRAMS<br>NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| 11/12/2020<br>DATE RECEIVED | Andrew R. Cacthi<br>NAME OF ARRESTING OFFICER |
|---|---|
| 12/07/2020<br>DATE OF ARREST | Special Agent, FBI<br>TITLE |
| | SIGNATURE OF ARRESTING OFFICER |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>DAE YONG LEE,<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>CR20-326(A)-JFW        5<br><br>**WARRANT FOR ARREST** |
|---|---|

### ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| YEAR OF BIRTH:<br>**1964** | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME:<br>**FBI** | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES: