NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091
     Facsimile: (213) 894-2927
     Email:    mack.jenkins@usdoj.gov
               veronica.dragalin@usdoj.gov
               melissa.mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JOSE LUIS HUIZAR,<br>RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong,"<br>WEI HUANG,<br>SHEN ZHEN NEW WORLD I, LLC,<br>DAE YONG LEE,<br>  aka "David Lee,"<br>940 HILL, LLC,<br><br>            Defendants. | No. CR 20-326(A)-JFW-2,4,5,6<br><br>STIPULATION RE: PROTECTIVE ORDER REGARDING DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION AND COOPERATING WITNESS INFORMATION [DKT. 47] |

    Plaintiff, United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorney Mack E. Jenkins,

Veronica Dragalin, and Melissa Mills, and defendants RAYMOND CHAN,

SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL, LLC, by and

through their respective counsel of record, hereby stipulate that defendants CHAN, SHEN ZHEN NEW WORLD I, LLC, LEE, and 940 HILL, LLC, agree to the terms of the Court's August 3, 2020 protective order, Docket No. 47, governing the use of discovery containing personal identifying information and cooperating witness information (the "Protective Order"), along with the following terms:

1. Defendant CHAN is charged in this matter with violations of 18 U.S.C. §§ 1962(d) (Racketeering Conspiracy), 1343, 1346 (Honest Services Wire Fraud), 666 (Federal Program Bribery), and 1001 (False Statements). Defendant SHEN ZHEN NEW WORLD I, LLC is charged with violations of 18 U.S.C. §§ 1343, 1346 (Honest Services Wire Fraud), 1952 (Travel Act violation), and 666 (Federal Program Bribery). Defendants LEE and 940 HILL, LLC are charged with violations of 18 U.S.C. §§ 1343, 1346 (Honest Services Wire Fraud), 1519 (Obstruction of Justice), and 666 (Federal Program Bribery). Defendants CHAN and LEE are released on bond pending trial. Defendant WEI HUANG has not yet appeared in the case.

Definition of "Defense Team"

2. As to defendant SHEN ZHEN NEW WORLD I, LLC, the term "Defense Team" may include attorneys who are not attorneys at defense counsel of record Richard Steingard's law firm, but who represent individuals employed by SHEN ZHEN NEW WORLD I, LLC, or its parent corporation, and who execute a written agreement to be bound by the terms of the Protective Order, to be provided to the government and maintained at Richard Steingard's offices.

Paragraph 5 as to Defendant WEI HUANG

3. Paragraph 5(g) of the Protective Order outlines the procedures for a defendant to "see and review" Cooperator Material

in the presence of the Defense Team.  The Protective Order contemplates a member of the Defense Team showing defendant Cooperator Material documents in person, by, for example, referring to defendant not taking material "out of the room."  Paragraph 5(h) prohibits defendant from writing down or memorializing any data or information contained in the Cooperator Material.

4.   WEI HUANG, who is currently located in China, is a corporate representative of defendant SHEN ZHEN NEW WORLD I, LLC, and a named defendant in his personal capacity.  Counsel for SHEN ZHEN NEW WORLD I, LLC and the government agree that Paragraph 5(g) prohibits the Defense Team from allowing defendant WEI HUANG to "see and review" Cooperator Material in any way, including via screen-sharing using video-conference platforms such as Zoom, Webex, and VTC.  Specifically, defense counsel Richard Steingard agrees that he will not allow defendant WEI HUANG to "see and review" Cooperator Material until defendant WEI HUANG makes an appearance in this district.  Any additional attorneys included in the Defense Team, as defined in Paragraph 2, shall also agree to this proscription.

Defendant's Agreement

5.   Defense Counsel Harland Braun has conferred with defendant CHAN regarding this stipulation and Protective Order, and defendant CHAN agrees to the terms of the Protective Order.

6.   Defense Counsel Richard Steingard has conferred with defendant SHEN ZHEN NEW WORLD I, LLC regarding this stipulation and Protective Order, and defendant SHEN ZHEN NEW WORLD I, LLC, through its corporate representative, agrees to the terms of the Protective Order.

7. Defense Counsel Ariel Neuman has conferred with defendants LEE and 940 HILL, LLC regarding this stipulation and Protective Order, and defendant LEE and defendant 940 HILL, LLC, through its corporate representative, agree to the terms of the Protective Order.

IT IS SO STIPULATED.

DATED: December 16, 2020         NICOLA T. HANNA
                                 United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division

                                 _____
                                 MACK E. JENKINS
                                 VERONICA DRAGALIN
                                 MELISSA MILLS
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

DATED: December 16, 2020         _/s/ via e-mail authorization__
                                 HARLAND W. BRAUN
                                 Attorney for Defendant
                                 RAYMOND CHAN

DATED: December 16, 2020         _/s/ via e-mail authorization__
                                 RICHARD M. STEINGARD
                                 Attorney for Defendant
                                 SHEN ZHEN NEW WORLD I, LLC

DATED: December 16, 2020         _/s/ via e-mail authorization__
                                 ARIEL A. NEUMAN
                                 JAMES S. THREATT
                                 Attorneys for Defendants
                                 DAE YONG LEE and 940 HILL, LLC