1  Ariel A. Neuman - State Bar No. 241594
       aneuman@birdmarella.com
2  Ray S. Seilie - State Bar No. 277747
       rseilie@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Defendants 940 Hill, LLC
7  and Dae Yong Lee

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOSE LUIS HUIZAR, et al.,<br><br>  Defendant. | CASE NO. 20-CR-0326-JFW<br><br>**PROOF OF SERVICE**<br><br><br>Assigned to Hon. John F. Walter |

3743521.1

PROOF OF SERVICE

# PROOF OF SERVICE

*United States of America v. Jose Luis Huizar, et al.*
Case No. 2:20-cr-0326-JFW

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On August 23, 2021, I served the following document(s) described as

**1) EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL;**

**2) [PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL;**

**3) UNREDACTED SEALED VERSION OF MOTION TO COMPEL FURTHER DISCLOSURE OF REDACTED DISCOVERY RE KEY COOPERATING WITNESSES;**

**4) UNREDACTED SEALED VERSION OF DECLARATION OF RAY S. SEILIE; and**

**5) EXHIBITS 3, 4, 5, 6, 7, 8, 9 AND 13**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address blee@birdmarella.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2021, at Los Angeles, California.

/s/ Bora Lee
Bora Lee

**SERVICE LIST**
*United States of America v. Jose Luis Huizar, et al.*
**Case No. 2:20-cr-0326-JFW**

Mack Jenkins
Veronica Dragalin
Melissa E. Mills
Telephone: (213) 894-2091 x)12091
Email: MJenkins@usa.doj.gov
Email: VDragalin@usa.doj.gov
Email: melissa.mills@usdoj.gov
**Counsel for USA**

Carel Ale
Adam Olin
Charles Snyder
Federal Public Defenders Office
321 E 2nd St.
Los Angeles, CA 90012-4202
Telephone: (213) 894-2854
Email: carel_ale@fd.org
Email: adam_olin@fd.org
Email: Charles_Snyder@fd.org
**Counsel for Jose Huizar**

Richard M. Steingard
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9436
Email: Richard@SteingardLaw.com
**Counsel for Shen Zhen New World I LLC**

Harland W. Braun
Braun and Braun LLP
10880 Wilshire Boulevard Suite 1020
Los Angeles, CA 90024
310-277-4777
310-507-0232 (fax)
Email: harland@braunlaw.com
**Counsel for Raymond She Wah Chan**