Ariel A. Neuman - State Bar No. 241594
  aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA,, | CASE NO. 20-CR-0326-JFW |
|---|---|
| Plaintiff, | **DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S FURTHER RESPONSE TO POTENTIAL CONTINUANCE OF TRIAL DATE** |
| vs. | |
| JOSE LUIS HUIZAR, et al., | Assigned to Hon. John F. Walter |
| Defendant. | |

3773142.1

Defendants Dae Yong Lee and 940 Hill, LLC, hereby respond to the Court's inquiry regarding their position on a potential October 2022 trial date in this matter. As the Court is aware, Mr. Lee and 940 Hill previously opposed the stipulation between the government and defendant Jose Huizar regarding a trial continuance to August 2022. Mr. Lee and 940 Hill have moved for severance and are ready to proceed to trial as scheduled in May 2022. While they understand some slight delay of the May trial date may be necessary in light of Covid 19-related trial bottlenecks, at this time they are not prepared to waive time under the Speedy Trial Act until August or October. They continue to respectfully submit that 18 U.S.C. § 3161(h)(6) does not apply because they are not properly joined.

DATED: February 1, 2022

Ariel A. Neuman
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____*/s/ Ariel A. Neuman*_____
Ariel A. Neuman
Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee