# EXHIBIT 7



Exhibit 152
Page 1 of 14



Exhibit 152
Page 2 of 14



Exhibit 152
Page 3 of 14



Exhibit 152
Page 4 of 14



Exhibit 152
Page 5 of 14



Exhibit 152
Page 6 of 14



Exhibit 152
Page 7 of 14



Exhibit 152
Page 8 of 14



Exhibit 152
Page 9 of 14



Exhibit 152,
Page 10 of 14



Exhibit 152
Page 11 of 14



Exhibit 152
Page 12 of 14



Exhibit 152
Page 13 of 14



Exhibit 152
Page 14 of 14