# EXHIBIT 9

FD-302 (Rev. 5-8-10)

-1 of 1-

## FEDERAL BUREAU OF INVESTIGATION

Date of entry  12/12/2014

On September 10, 2014, Search Warrants were executed throughout the Fashion District in Downtown Los Angeles.  During the execution of the Search Warrants, the below United States cash seizures were made.

| Location | CATS # | Asset Description |
|---|---|---|
| ▮ | ▮ | $197,437.00 |
|   |   | $54,626.00 |
|   |   | $154,890.00 |
|   |   | $26,000.00 |
|   |   | $477,357.00 |
|   |   | $21,146.00 |
| Joia | ▮ | $4,251,097.00 |

Investigation on  09/10/2014  at  Los Angeles, California, United States (In Person)

File # ▮                                               Date drafted  11/28/2014

by  ORRICK STEPHANIE L

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_0370073