**Name & Address:**

Bird, Marella, Boxer, Wolpert, Nessim, Drooks.
Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone:  (310) 201-2100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>JOSE LUIS HUIZAR, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>20-CR-0326-JFW<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☒ Lodged: **(List Documents)**

1. Exhibit 2 to Mr. Lee and 940 Hill's MIL No. 2 to Exclude Esparza Hearsay Recordings and Statements: A Flash Drive Containing an Audiovisual Recording File (March 14, 2017 Video 3 from George Esparza's Phone of Liquor Box with Narration, Casino_0364439)

**Reason:**

☐ Under Seal
☐ In Camera
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| | |
|---|---|
| April 28, 2022<br>Date | /s/ Ray S. Seilie<br>Attorney Name<br><br>Attorneys for Defendants 940 Hill, LLC and Dae Yong Lee<br>Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*