# EXHIBIT 1



**Extraction Report** - Apple iPhone



Data Files (8)

———— 5579
George Esparza 

Images (8)

| # | File Info | | Additional file info | | Thumbnail | Deleted | * |
|---|---|---|---|---|---|---|---|
| 1 | Name:<br>Path:<br><br>MD5: | IMG_6566.JPG<br>George's<br>iPhone/var/mobile/Media/DCIM/1<br>06APPLE/IMG_6566.JPG<br>a91dcc09ba6d6612631580c1837<br>27092 | Size (bytes):<br>Created:<br>Modified:<br>Source Extraction<br>Source file<br>Meta Data:<br>Camera Make:<br><br>Camera Model:<br><br>Capture Time:<br><br>Pixel resolution:<br><br>Resolution:<br><br>Orientation: | 2254095<br>2/10/2017 11:18:06 PM(UTC-8)<br>2/10/2017 11:18:06 PM(UTC-8)<br>File System<br><br><br>Apple<br><br>iPhone 6s<br><br>2/10/2017 11:18:06 PM<br><br>4032x3024<br><br>72x72 (Unit: Inch)<br><br>Rotate 90 CW | | | 🏷 |
| 2 | Name:<br>Path:<br><br>MD5: | IMG_6567.JPG<br>George's<br>iPhone/var/mobile/Media/DCIM/1<br>06APPLE/IMG_6567.JPG<br>d5aa8aba0b95508778c3a9defc5<br>bb376 | Size (bytes):<br>Created:<br>Modified:<br>Source Extraction<br>Source file<br>Meta Data:<br>Camera Make:<br><br>Camera Model:<br><br>Capture Time:<br><br>Pixel resolution:<br><br>Resolution:<br><br>Orientation: | 2130640<br>2/10/2017 11:19:08 PM(UTC-8)<br>2/10/2017 11:19:09 PM(UTC-8)<br>File System<br><br><br>Apple<br><br>iPhone 6s<br><br>2/10/2017 11:19:08 PM<br><br>4032x3024<br><br>72x72 (Unit: Inch)<br><br>Rotate 90 CW | | | 🏷 |
| 3 | Name:<br>Path:<br><br>MD5: | IMG_6568.JPG<br>George's<br>iPhone/var/mobile/Media/DCIM/1<br>06APPLE/IMG_6568.JPG<br>a99123dee2301067d166c58d76ff<br>6275 | Size (bytes):<br>Created:<br>Modified:<br>Source Extraction<br>Source file<br>Meta Data:<br>Camera Make:<br><br>Camera Model:<br><br>Capture Time:<br><br>Pixel resolution:<br><br>Resolution:<br><br>Orientation: | 2374943<br>2/10/2017 11:19:12 PM(UTC-8)<br>2/10/2017 11:19:12 PM(UTC-8)<br>File System<br><br><br>Apple<br><br>iPhone 6s<br><br>2/10/2017 11:19:12 PM<br><br>4032x3024<br><br>72x72 (Unit: Inch)<br><br>Rotate 90 CW | | | 🏷 |

Exhibit 91
Page 1 of 11

1

| 4 | Name: | IMG_6569.JPG | Size (bytes): | 2468622 |  | | |
| | Path: | George's iPhone/var/mobile/Media/DCIM/106APPLE/IMG_6569.JPG | Created: | 2/10/2017 11:20:52 PM(UTC-8) | | | |
| | | | Modified: | 2/10/2017 11:20:53 PM(UTC-8) | | | |
| | | | Source Extraction | File System | | | |
| | MD5: | dcb20295b474469826ff737e486ff628 | Source file | | | | |
| | | | Meta Data: | | | | |
| | | | Camera Make: | Apple | | | |
| | | | Camera Model: | iPhone 6s | | | |
| | | | Capture Time: | 2/10/2017 11:20:52 PM | | | |
| | | | Pixel resolution: | 4032x3024 | | | |
| | | | Resolution: | 72x72 (Unit: Inch) | | | |
| | | | Orientation: | Rotate 90 CW | | | |
| 5 | Name: | IMG_6570.JPG | Size (bytes): | 2056557 |  | | |
| | Path: | George's iPhone/var/mobile/Media/DCIM/106APPLE/IMG_6570.JPG | Created: | 2/10/2017 11:27:54 PM(UTC-8) | | | |
| | | | Modified: | 2/10/2017 11:27:55 PM(UTC-8) | | | |
| | | | Source Extraction | File System | | | |
| | MD5: | 045ba14a64de3d8845c3fa5799085cc9 | Source file | | | | |
| | | | Meta Data: | | | | |
| | | | Camera Make: | Apple | | | |
| | | | Camera Model: | iPhone 6s | | | |
| | | | Capture Time: | 2/10/2017 11:27:54 PM | | | |
| | | | Pixel resolution: | 4032x3024 | | | |
| | | | Resolution: | 72x72 (Unit: Inch) | | | |
| | | | Orientation: | Rotate 90 CW | | | |
| 6 | Name: | IMG_6579.JPG | Size (bytes): | 2206244 |  | | |
| | Path: | George's iPhone/var/mobile/Media/DCIM/106APPLE/IMG_6579.JPG | Created: | 2/11/2017 8:30:19 AM(UTC-8) | | | |
| | | | Modified: | 2/11/2017 8:30:21 AM(UTC-8) | | | |
| | | | Source Extraction | File System | | | |
| | MD5: | 88fb2c560479fb974d0db52cecc6abc7 | Source file | | | | |
| | | | Meta Data: | | | | |
| | | | Camera Make: | Apple | | | |
| | | | Camera Model: | iPhone 6s | | | |
| | | | Capture Time: | 2/11/2017 8:30:19 AM | | | |
| | | | Pixel resolution: | 4032x3024 | | | |
| | | | Resolution: | 72x72 (Unit: Inch) | | | |
| | | | Orientation: | Rotate 90 CW | | | |
| 7 | Name: | IMG_6580.JPG | Size (bytes): | 2058299 |  | | |
| | Path: | George's iPhone/var/mobile/Media/DCIM/106APPLE/IMG_6580.JPG | Created: | 2/11/2017 8:30:22 AM(UTC-8) | | | |
| | | | Modified: | 2/11/2017 8:30:23 AM(UTC-8) | | | |
| | | | Source Extraction | File System | | | |
| | MD5: | 44f07ed4149662e606ee37b9a5ecf800 | Source file | | | | |
| | | | Meta Data: | | | | |
| | | | Camera Make: | Apple | | | |
| | | | Camera Model: | iPhone 6s | | | |
| | | | Capture Time: | 2/11/2017 8:30:22 AM | | | |
| | | | Pixel resolution: | 4032x3024 | | | |
| | | | Resolution: | 72x72 (Unit: Inch) | | | |
| | | | Orientation: | Rotate 90 CW | | | |

Exhibit 91
Page 2 of 11

2

| 8 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Name:** | IMG_6581.JPG | **Size (bytes):** | 2851457 |  | | |
| | **Path:** | George's iPhone/var/mobile/Media/DCIM/106APPLE/IMG_6581.JPG | **Created:** | 2/11/2017 8:46:19 AM(UTC-8) | | | |
| | | | **Modified:** | 2/11/2017 8:46:19 AM(UTC-8) | | | |
| | | | **Source Extraction** | File System | | | |
| | **MD5:** | 1a850f447192bdb3d8bce2cc7dd96edf | **Source file** | | | | |
| | | | <u>Meta Data:</u> | | | | |
| | | | **Camera Make:** | Apple | | | |
| | | | **Camera Model:** | iPhone 6s | | | |
| | | | **Capture Time:** | 2/11/2017 8:46:19 AM | | | |
| | | | **Pixel resolution:** | 4032x3024 | | | |
| | | | **Resolution:** | 72x72 (Unit: Inch) | | | |
| | | | **Orientation:** | Rotate 90 CW | | | |

Exhibit 91
Page 3 of 11

3



Exhibit 91
Page 4 of 11

Casino_0364417



Exhibit 91
Page 5 of 11

Casino_0364418



Exhibit 91
Page 6 of 11

Casino_0364419



Exhibit 91
Page 7 of 11

Casino_0364420



Exhibit 91
Page 8 of 11

Casino_0364421



Exhibit 91
Page 9 of 11

Casino_0364423



Exhibit 91
Page 10 of 11

Casino_0364424



Exhibit 91
Page 11 of 11

Casino_0364425