```
                    Exhibit 2
            Trial Exhibits 118A-D
```

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:  1D348 – Clip 1
Date of Recording:  March 20, 2019

### VERBATIM TRANSLATED TRANSCRIPT

**Participants**



Justin Kim



**Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

Expert Order of Proof Exhibit 2 | Page 1 of 10

Exhibit 118A
Page 1 of 3

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | I met with the lawyer- met with the lawyer, Mr. Lee. |
| LEE | Yes. |
| Kim | Umm… For sure-- |
| LEE | [OV] But did you start your *interview* yet? |
| Kim | Oh, I didn't. |
| LEE | You didn't *interview* yet? |
| Kim | Not yet. |
| LEE | Oh… |
| Kim | I haven't done it yet. |
| LEE | Is that so? |
| Kim | So for sure… What is it… He think George told them. Somebody told them, Mr. Lee. |
| LEE | Huh? |
| Kim | I don't know who told them. But somebody told them and me, you, and now… *Councilman* Jose Huizar… Yeah? If any of the three tells them, now… it's enough for the *government*. It will begin. So I think George told them. And what I'm worried about is, even if you and I move together, if *Councilman* Huizar talks later… He talks a lot. Then we have nothing to fight with. As far as fighting - those two against us two. Do you understand? Huh? Yeah? *[Pause]* Then… How? What I'm saying is… It's my opinion. I think… either go-go and turn myself in, or get a new lawyer and reduce the *amount*… The *amount* is too big to erase the the crime, according to my lawyer. It's too bi-big. [UI] Or just wait it out and… When they get *Councilman* Huizar, they will get everybody. So now… *Indictment*. So they get caught and then… What is it… They will decide *guilty or not guilty*. I heard that's the only *option* now. And I'd auto-automatically wait. |
| | *[Pause]* |
| Kim | As you know, you may be able to fight for a long time because of your *resources*, but I can't last that long. How long will I last? Because the most important is *Councilman* Huizar. |
| LEE | [UI] |
| Kim | If *Councilman* Huizar will go and just do it… If there is a lot that he's done… If there is a lot that he's done, what is it… That… |
| LEE | But you said he didn't receive the money. |
| Kim | Right. He didn't. |
| LEE | Yeah. |
| Kim | So I think they keep wanting me. But I-I read it separately and… What is it… I heard that even if one doesn't accept money, it's the same thing if there was *intent*. |
| LEE | Then who took the money? |
| Kim | Huh? |
| LEE | Who took the money? Did George take it all? |

| | |
|---|---|
| Kim | Yes. |
| **LEE** | How much was given to the *union*? |
| Kim | I don't know, Mr. Lee. [*Pause*] And Mr. Lee, if I were to give you an advice…. I'm not counseling you right now. "I don't know." [UI] Yeah? That's the best way. But I-I was worried and I just thought about it… What is it… Based on my calculation, there is no way out of this. |
| **LEE** | There must be a way. |
| Kim | Huh? |
| **LEE** | What they want is Huizar. It's nothing if they lock up Justin Kim. |

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                    1D348 – Clip 2
Date of Recording:         March 20, 2019

VERBATIM TRANSLATED TRANSCRIPT

**Participants**



Justin Kim



**Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | Even with *Councilman* Huizar, yeah? Could it be just us or were there others? |
|  | [*Ongoing overlapping background noise*] |
| LEE | He's probably done tens and hundreds. |
| Kim | He probably d-did. He probably did. But if he talks, it won't do any good for you and I to l-lie - even if we lie. There is no reason to [UI]. |
| LEE | But… We… With the *union*… |
| Kim | Yes. |
| LEE | That LA Creed… |
| Kim | Yeah. |
| LEE | You're not even a real LA Creed person. You could've met and talked - *settled* it. [UI] Paying those guys is not a problem. |
| Kim | I don't know what they did - as far as pa-paying. |
| LEE | Honestly, we don't know. |
| Kim | Right. |
| LEE | Those guys-- |
| Kim | Yes. |
| LEE | Somebody… |
| Kim | Yeah. |
| LEE | Somebody… "*Give up*." |
| Kim | Yes. |
| LEE | If somebody said that and they did, or if they, on their own… Since there isn't much fault. |
| Kim | Right. |
| LEE | Prolonging this won't help- them win, so if they, you know… |
| Kim | But… |
| LEE | You said *union* also gave up. |
| Kim | Yes. But according to what I-I found out, we were played - by George and Councilman Huizar. [UI] To make money - out of nothing. It was nothing. [UI] I thought about it. And I'm sorry. [UI] I resented you a lot lately. I didn't even know what Creed was. [UI] helping with political funds so I thought they would just help. How did I know this would happen - that they would act this way? But I heard they often took advantage if there was *chance*. I still think George did it. Yeah? Since George is close to me… Yeah? |

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                                               1D348 – Clip 3
Date of Recording:                March 20, 2019

**VERBATIM TRANSLATED TRANSCRIPT**

### Participants

   

Justin Kim                                 **Dae "David" Yong LEE**

### Abbreviations

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| LEE | You should take it easy. Just… What I think is… Right now, there is big talk. |
| Kim | Yes. |
| LEE | I think they'll just catch a few big guys and end it. |
| Kim | Yeah? |
| LEE | Yeah. So don't worry too much. And not just one or two *projects*, but… I think for the past ten years, they probably pocketed tremendous amounts. |
| Kim | I think they pocketed a lot. |
| LEE | Yeah. |
| Kim | But umm… What will you do? Will you just wait? |
| LEE | I'll just wait. |
| Kim | You're not scared? [*Chuckles*] I- I, Mr. Lee… Ugh… |
| LEE | September of 2014… |
| Kim | Yes. |
| LEE | I was scared then. That's why I understand-- |
| Kim | Yes. |
| LEE | --how you must feel. |
| Kim | Yes. |
| LEE | But now, I'm not like that. |
| Kim | Really? |
| LEE | Yes. Problems… |
| Kim | Yes. |
| LEE | They're all… Would they kill me? |
| Kim | Right. |
| LEE | Problems just work out on their own. With politic-- With *government* work… At first, they [UI]. |
| Kim | Yes. |
| LEE | Just… They're all employees after all. |
| Kim | Yes. |
| LEE | They're employees. Well, it's not like we committed a deadly sin. |
| Kim | Yeah. |
| LEE | So even back then… |
| Kim | Yes. |
| LEE | Although I was not guilty-- |
| Kim | Yeah. |
| LEE | I worried like crazy. But I realized I didn't have to worry that much. |
| Kim | Yeah. |
| LEE | It's the same. While doing *business* for about 30 years, I was hit by the IRS about five- four times. |
| Kim | Yes. |

| LEE | The first time I was hit, [*chuckling*] I really thought I had to run away to Korea. I had all kinds of thoughts. |
|---|---|
| Kim | Yes. |
| LEE | But the first time, it ended well with *no change*. |
| Kim | Yes. |
| LEE | The second time also ended well with *no change*. |
| Kim | Yes. |
| LEE | The third time, I found out 10,000-something… I *over-over* [claimed] my *expenses* by 10,000-something. So after the first time, the third and fourth time, I became nonchalant. |
| Kim | [OV] So this-- |
| LEE | [OV] Since it's your first experience, you probably feel like dying. |
| Kim | Yes. |
| LEE | Don't worry. |
| Kim | Yes. |
| LEE | No matter how much people tell you not to worry, you don't feel it. |
| Kim | I don't feel it. |
| LEE | But it just has to pass. After a year or two passes, you'll remember this. |

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                          1D348 – Clip 4
Date of Recording:               March 20, 2019

VERBATIM TRANSLATED TRANSCRIPT

**Participants**

  

Justin Kim                     **Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

Expert Order of Proof Exhibit 2 | Page 9 of 10

**Exhibit 118D**
**Page 1 of 2**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| **LEE** | Anyway, let's not worry too much and just wait. |
| Kim | I lost like 16-17 pounds. The more I read… I get more scared the more I read. —Just, just-- |
| **LEE** | But really, you don't know how much they know. |
| Kim | Right. |
| **LEE** | So… Don't worry too much, and just wait. |