Exhibit 3

Trial Exhibits 119A-F

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                            1D350 – Clip 1
Date of Recording:                 March 27, 2019

VERBATIM TRANSLATED TRANSCRIPT

**Participants**

   

Justin Kim                         **Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | So if we face it, now… If we face it, the thing is I already told the amount – the amount. I lied, yeah?  That it was $400,000. But that amount was so big, Mr. Lee. Yeah? So then… You gave a lot. Yeah? |
| LEE | [UI] |
| Kim | [Chuckling] [UI] That amount…Yeah? It's not a small amount. So… Yeah? And once you go in, you have to tell everything as is – everything. [UI][Sighs] I… I have no power, Mr. Lee. [UI] |

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:              1D350 – Clip 2
Date of Recording:   March 27, 2019

VERBATIM TRANSLATED TRANSCRIPT

**Participants**

  

Justin Kim                **Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ]   | Exegesis |
| [PH]  | Phonetic spelling |
| [UI]  | Unintelligible |
| [OV]  | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

Expert Order of Proof Exhibit 3 | Page 3 of 12

**Exhibit 119B**
**Page 1 of 2**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | But now Mr. Lee, I don't know if I should match [my story] with you or if I should just tell it as it is.   I wonder if they already know everything but they're [UI] |
| LEE | [UI] What was the amount you told them, Justin? |
| Kim | Forty [sic]. |
|  | *[Pause]* |
| LEE | But it's fifty [sic]. |
| Kim | Yes. |
| LEE | You decide, Mr. Kim. |
| Kim | Yes. |
| LEE | You're going to go in first, right? [OV] [*Chuckles*] |

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                1D350 – Clip 3
Date of Recording:     March 27, 2019

**VERBATIM TRANSLATED TRANSCRIPT**

**Participants**

 

Justin Kim                    **Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

Expert Order of Proof Exhibit 3 | Page 5 of 12      **Exhibit 119C**
                                                    **Page 1 of 2**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | So again, what do you want to do? Are you just going to wait? |
| LEE | First, I also… |
| Kim | Yes. |
| LEE | Since they also came to me, |
| Kim | Yes. |
| LEE | I said I would *hire* a lawyer and get back to them. |
| Kim | Yes. |
| LEE | So I'll contact them first and— |
| Kim | Yes. |
| LEE | There's probably a date they want me to come in on. |
| Kim | Yes. |
| LEE | Then I would have to go in. But I think you will go first. [OV] Since you've been contacted. |
| Kim | [OV] Uh-huh. Uh-huh. If I go in, Mr. Lee, I can't talk with you. You need to know that. [UI] You need to know that. |
|  | [*Pause*] |
| LEE | How much did you say? |
| Kim | Forty… Forty [*sic*]. |

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                   1D350 – Clip 4
Date of Recording:        March 27, 2019

**VERBATIM TRANSLATED TRANSCRIPT**

**Participants**

 

Justin Kim                **Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | So… Contacts by phone, contacts by email… When I read this… Yeah? Yeah? That's what they're looking for. Yeah? If there were contacts with Joia … that [unspecified] did it. If there was any wrongdoing, that's a crime. Of course there would be wrongdoing. Yeah? So that's why they looking at phones and computers. That's what my lawyer said. |
| LEE | If there was anything on the phone-- |
| Kim | Yes, yes. |
| LEE | But there isn't anything. |
| Kim | Right, right. You don't have anything, Mr. Lee. |
| LEE | Yeah. |
| Kim | You don't. But I heard they look for all that first. |
| LEE | I have hardly done emails. |
| Kim | Right. |
| LEE | And I didn't even call. |
| Kim | I *text messaged* with George – in my case. |
| LEE | There wasn't much – only numbers. |
| Kim | Only numbers, but if somebody tells…I think somebody told everything |
| LEE | Told-- |
| Kim | --what it means. |
| LEE | [UI] |
| Kim | What it means. Somebody told everything clearly. Mr. Lee. So to me they said, "We know everything, so…" Yeah? "Hurry up and come in." Yeah? "Hurry up and come in." Yeah? Or just wait… |
| LEE | I heard, surprisingly, they don't know much. Surprisingly… |
| Kim | What do you mean? |
| LEE | They surprisingly don't know much. They don't know much, but they pretend to know and some-some-some-- |

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source: 1D350 – Clip 5
Date of Recording: March 27, 2019

## VERBATIM TRANSLATED TRANSCRIPT

**Participants**



Justin Kim



**Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

Expert Order of Proof Exhibit 3 | Page 9 of 12

**Exhibit 119E**
**Page 1 of 2**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| LEE | Now, we were both played by Huizar. |
| Kim | Huh? |
| LEE | Us two— |
| Kim | Yes. |
| LEE | --were played by Huizar. |
| Kim | That's right. |
| LEE | Give that excuse. You didn't do anything else and you lived a good life, working hard. |
| Kim | Yes. |
| LEE | That you were played [by him]. [UI] |
| Kim | Yes. |
| LEE | [UI]. For now, you can't evade the crime. |
| Kim | Yes. |
| LEE | So you would have to blame him. [OV] [UI] |
| Kim | [OV] I know, Mr. Lee. That's [UI] at the end. That-- If the *councilman* gave a lot of orders, it's good for us. But if we're unlucky and only we got caught… Yeah? |
| LEE | [UI] |
| Kim | Because we're unlucky… Because as you know-- |
| LEE | Our… That… Huizar was probably not caught with just one or two things. The way I look at it-- |
| Kim | Hmmm. |
| LEE | --we're probably [*chuckling*] just a drop in the ocean. |

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                        1D350 – Clip 6
Date of Recording:             March 27, 2019

**VERBATIM TRANSLATED TRANSCRIPT**

**Participants**

    

Justin Kim            **Dae "David" Yong LEE**

**Abbreviations**

| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

Expert Order of Proof Exhibit 3 | Page 11 of 12    **Exhibit 119F**
                                                   **Page 1 of 2**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| LEE | Anyway, we have to emphasize that we were played by Huizar. |
| Kim | What? |
| LEE | That we were played by Huizar. |
| Kim | Yes, yes. |
| LEE | We have to emphasize that. |

Expert Order of Proof Exhibit 3 | Page 12 of 12

**Exhibit 119F**

**Page 2 of 2**