TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
CASSIE D. PALMER (Cal Bar. No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0363
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdoj.gov
                Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>DAE YONG LEE,<br>  aka, "David Lee,"<br>940 HILL, LLC,<br><br>      Defendants. | No. CR 2:20-326(A)-JFW-5, 6<br><br>AGREED UPON SUMMARY OF THE INDICTMENT<br><br>Trial Date: June 14, 2022<br>Trial Time: 8:00 A.M.<br>Location:   Courtroom of the Hon.<br>               John F. Walter |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Cassie Palmer, and defendants DAE YOUNG LEE and 940 HILL, LLC ("defendants"), by and through their below-listed counsel of record, submit their Agreed Upon Summary of the Indictment in the above-captioned matter.

The parties respectfully request that this joint statement be read to the entire jury venire and then again once the specific trial jury is empaneled.

Dated: June 1, 2022                    Respectfully submitted,

                                       TRACY L. WILKISON
                                       United States Attorney

                                       SCOTT M. GARRINGER
                                       Assistant United States Attorney
                                       Chief, Criminal Division

                                       _____
                                       MACK E. JENKINS
                                       VERONICA DRAGALIN
                                       CASSIE D. PALMER
                                       Assistant United States Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA


Dated: June 1, 2022                     /s/ via e-mail authorization
                                       _____
                                       ARIEL A. NEUMAN
                                       RAY S. SEILIE
                                       Attorneys for Defendants
                                       DAE YONG LEE and 940 HILL LLC

**JOINT STATEMENT**

Defendant Dae Young Lee, also known as "David Lee," is the majority owner of defendant 940 Hill, LLC ("940 Hill"). In July 2016, 940 Hill received conditional approval from the Los Angeles City Planning Department to redevelop a lot into a mixed-use development that would include 14,000 square feet of commercial space and over 200 residential units ("940 Hill Project") in Los Angeles City Council District 14 ("CD-14") in Downtown Los Angeles. In August 2016, a labor organization called CREED LA appealed the Planning Department's approval, which prevented the 940 Hill Project from advancing through the City approval process. The appeal could ultimately reach the Planning and Land Use Management ("PLUM") Committee, which is a body that oversees commercial and residential development projects in the City of Los Angeles. Jose Luis Huizar ("Huizar"), the Councilmember for CD-14, was the Chair of the PLUM Committee.

The government alleges that defendant Lee asked Justin Kim to obtain Huizar's assistance in dealing with the appeal. Justin Kim was a real estate appraiser and consultant for real estate developers with projects in the City and a fundraiser for Huizar. The government alleges that Justin Kim, in turn, asked Huizar's special assistant George Esparza for assistance in securing Huizar's help with the appeal.

The government alleges that defendant Lee, on behalf of defendant 940 Hill, agreed to and did pay a $500,000 cash bribe to obtain Huizar's and Esparza's assistance in dealing with the appeal. Specifically, the government contends that in exchange for a $500,000

cash payment from defendants Lee and 940 Hill, Huizar and Esparza, in their capacity as public officials, agreed to cause CREED to drop its appeal or have Huizar vote against it so the 940 Hill Project could continue through the City process.  The government alleges defendant Lee provided cash to Kim to provide to Huizar and Esparza.

Based on these allegations, the defendants are charged in Count 5 with wire fraud through a scheme to deprive the City of Los Angeles and its citizens of their right to honest services of their public officials through bribery and kickbacks, and in Count 25 with bribery of public officials.

The government further alleges that when defendants Lee and 940 Hill became aware that the FBI was investigating the matter, defendants Lee and 940 Hill falsified 940 Hill's accounting and tax records for the calendar year 2018 by falsely categorizing a $500,000 payment, with the intent to impede the federal investigation.  Based on this alleged conduct, the defendants are charged in Count 38 with obstruction of justice.

Defendants Lee and 940 Hill deny that they knew or intended that money they paid to Justin Kim would be paid to Jose Huizar or George Esparza, deny that the entries in 940 Hill's accounting and tax records were false, and deny that the entries were made with the intent to obstruct or impede the investigation.

The charges against the defendants are labeled Counts 5, 25 and 38 because they are part of a larger indictment involving other individuals.  You are not to ascribe any significance to that fact or the numbers assigned to the charges.

Defendants Lee and 940 Hill are presumed innocent of all three of the charges. To overcome that presumption, the government must prove each of the elements of each offense charged beyond a reasonable doubt.