# Exhibit A

# Timeline
(February 10, 2017 – February 11, 2017)

| Time | From | To | Description |
|---|---|---|---|
| | | | **February 10, 2017** |
| 8:00 AM | Justin Kim | David Lee | 1 minute 34 seconds (Phone Call) |
| 8:08 AM | Justin Kim | George Esparza | Sorry..3:00 pm today |
| 2:28 PM | Justin Kim | George Esparza | 1020 s. Crocker street, Los Angeles, ca |
| 2:28 PM | George Esparza | Justin Kim | Ok |
| 2:43 PM | George Esparza | | Location info: (34.043498, -118.242736)  Address: S. Crocker St, Los Angeles, CA United States  Exhibit 89 |
| 2:59 PM | George Esparza | Justin Kim | U here? |

*Source*: Exhibits 89, 91, 92, 93, 99N, 100C, 133, Toll Records

📞 Phone Call   ✉ Email   💬 Text Message   📝 Note   📅 Meeting   📷 Photo | Video   📍 GPS Location

Exhibit 147 | Page 1 of 6

## TIMELINE
(February 10, 2017 – February 11, 2017)

| Time | From | To | Description |
|---|---|---|---|
| February 10, 2017 *(continued)* | | | |
| 3:01 PM | Justin Kim | George Esparza | Where r u? |
| 3:01 PM | George Esparza | Justin Kim | I'm parked. Are you in front? |
| 3:01 PM | Justin Kim | David Lee | 9 seconds |
| 3:02 PM | Justin Kim | George Esparza | Side..where r u? |
| 3:08 PM [Created] 3:36:49 PM [Modified] | George Esparza | | 130 today<br><br>70k Justin<br><br>After march 14th another 200( hearing)<br>130 CM and G<br>70k<br><br>April 14th<br>100 for CM<br><br>500cash<br><br>Exhibit 88 |
| 3:09 PM | David Lee | Justin Kim | 10 seconds |

*Source*: Exhibits 89, 91, 92, 93, 99N, 100C, 133, Toll Records

📞 Phone Call  📧 Email  💬 Text Message  🗒 Note  📅 Meeting  📷 Photo | Video  📍 GPS Location

Exhibit 147 | Page 2 of 6

# TIMELINE
(February 10, 2017 – February 11, 2017)

| Time | From | To | Description |
|------|------|----|-------------|
|  | February 10, 2017 *(continued)* | | |
| 4:03 PM | George Esparza | 📞 Justin Kim | 30 seconds |
| 4:08 PM | George Esparza | 📞 Justin Kim | 25 seconds |
| 4:17 PM | Justin Kim | 📞 George Esparza | 30 seconds |
| 4:24 PM [Created] | George Esparza | 📝 (Note) | I was given 130k cash to give to my boss<br><br>Exhibit 88 |
| 4:29 PM | George Esparza | 📞 Justin Kim | 6 seconds |

*Source*: Exhibits 89, 91, 92, 93, 99N, 100C, 133, Toll Records

📞 Phone Call   ✉️ Email   💬 Text Message   📝 Note   📅 Meeting   📷 Photo | Video   📍 GPS Location

Exhibit 147 | Page 3 of 6

# TIMELINE
(February 10, 2017 – February 11, 2017)

| Time | From | To | Description |
|---|---|---|---|
|  | | | **February 10, 2017** *(continued)* |
| 4:34 PM [Created] | George Esparza | 📝 (Note) | Today<br>200k total<br><br>100 for him<br>100 for jk<br><br>March 14th<br><br>100 for CM<br>100 for jk<br><br>April 14th<br><br>100 for CM<br><br>*Exhibit 88* |
| 4:46 PM | George Esparza | Jose Huizar | U home? |
| 4:46 PM | Jose Huizar | George Esparza | No. CAn u talk? |
| 4:47 PM | George Esparza | Jose Huizar | Rather not talk over the phone. Just finished meeting with Justin. |
| 4:48 PM | George Esparza | Jose Huizar | Let me know when you get home or we can meet tomorrow. |

*Source*: Exhibits 89, 91, 92, 93, 99N, 100C, 133, Toll Records

📞 Phone Call   ✉ Email   💬 Text Message   📝 Note   📅 Meeting   📷 Photo | Video   📍 GPS Location

Exhibit 147 | Page 4 of 6

# TIMELINE
(February 10, 2017 – February 11, 2017)

| Time | From | To | Description |
|---|---|---|---|
| **February 10, 2017** *(continued)* | | | |
| 4:48 PM | Jose Huizar | George Esparza | Let's meet tomorrow. |
| 4:49 PM | George Esparza | Jose Huizar | Ok |
| 4:54 PM | Jose Huizar | George Esparza | Come to my pad tomorrow about 9 am |
| 4:54 PM | George Esparza | Jose Huizar | Cool |
| 11:17 PM to 11:28 PM [Capture Time] | George Esparza | 📷 | 8 photographs<br>8 videos<br><br>Exhibit 91 |
| **February 11, 2017** | | | |
| 8:30 AM to 9:05 AM [Capture Time] | George Esparza | 📷 | 7 photographs<br>6 videos<br><br>Exhibit 92 |

*Source*: Exhibits 89, 91, 92, 93, 99N, 100C, 133, Toll Records

📞 Phone Call  📧 Email  💬 Text Message  📝 Note  📅 Meeting  📷 Photo | Video  📍 GPS Location

Exhibit 147 | Page 5 of 6

# TIMELINE
(February 10, 2017 – February 11, 2017)

| Time | From | To | Description |
|---|---|---|---|
| **February 11, 2017** *(continued)* | | | |
| 9:14 AM [Created] | George Esparza | 📝 | What is it what u want?<br><br>Want the appeal withdrawn or the commissions vote it down.<br><br>Either way<br><br>Exhibit 88 |
| 9:26 AM [Created] | George Esparza | 📝 | CM said to leave the money in my safe. 100k<br><br>Exhibit 88 |

*Source*: Exhibits 89, 91, 92, 93, 99N, 100C, 133, Toll Records

📞 Phone Call  ✉️ Email  💬 Text Message  📝 Note  📅 Meeting  📷 Photo | Video  📍 GPS Location

Exhibit 147 | Page 6 of 6