UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **CR 20-326 JFW** |
| | ) | |
| Plaintiff, | ) | **AMENDED CRIMINAL TRIAL** |
| | ) | **ORDER NO. 4 RE: DEFENDANTS'** |
| | ) | **WITNESSES** |
| v. | ) | |
| | ) | |
| | ) | |
| Dae Yong Lee, and 940 Hill, | ) | |
| LLC,, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above matter is set for trial on June 14, 2022 before the Honorable John F. Walter, Courtroom 7A, United States Courthouse. In addition to the filing deadlines required by the Court, the Court Orders the following:

The Defendants shall prepare a Pre-Trial Witness List identifying the witnesses they intend to call during trial in the order that the witnesses will be called, including a brief summary of each witness's expected testimony and an estimate of the length of time needed for direct examination. The Defendants shall file the Pre-Trial Witness List on or before **June 6, 2022**. The Government shall file, no later

than **June 7, 2022,** a response to the Defendants' Pre-Trial Witness List identifying the approximate length of time counsel anticipate they will need for cross-examination of the Defendants' witnesses.

    IT IS SO ORDERED.

Dated: June 2, 2022

                                    JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE