UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES</u>

Case No.    **CR 20-326(A)-JFW**                                              Dated: June 3, 2022

================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Krystal Pastrana Hernandez | Miranda Algorri | Mack Jenkins |
| Relief Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Cassie Palmer |
| | Korean Interpreters: | Asst. U.S. Attorney - Present |
| | William J. Kim and Raymond Oh | |

================================================================

U.S.A. vs Defendant Present (listed below)    Attorneys Present for Defendants

5. Dae Yong Lee - Bond                         Ariel A Neuman, Retained
6. 940 Hill, LLC                               Ray S. Seilie, Retained

**PROCEEDINGS:**   **DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE RELATED TO 2014 INVESTIGATION AND SEIZURE [439] FILED 4/28/22**

**DEFENDANTS DAE YONG LEE AND 940 HILL'S MOTION IN LIMINE NO. 3 TO EXCLUDE 940 HILL APPRAISALS [443] Filed 4/58/22**

**STATUS CONFERENCE**

Case called, and counsel make their appearance as stated on the record.

For the reasons stated on the record, the Court denies as Moot; Motion in Limine No. 1 to Exclude Evidence Related to 2014 Investigation and Seizure [439] and Motion in Limine No. 3 to Exclude 940 Hill Appraisals [443].

Court and counsel discuss status of the case and various pretrial and trial issues.

Jury trial remains set for June 14, 2022.

**CC: USPO/PSA; USM**