# EXHIBIT 1

| Kim | Yes. |
|---|---|
| LEE | How much was given to the *union*? |
| Kim | I don't know, Mr. Lee. [*Pause*] And Mr. Lee, if I were to give you an advice.... I'm ~~not~~ counseling you right now. "I don't know." [UI] Yeah? That's the best way. But I-I was worried and I just thought about it... What is it... Based on my calculation, there is no way out of this. |
| LEE | There must be a way. |
| Kim | Huh? |
| LEE | What they want is Huizar. It's nothing if they lock up Justin Kim. |

The word "not" is not stated in the recording (as reflected in the government's original draft of this exchange).

Exhibit 118A
Page 3 of 3

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | Even with *Councilman* Huizar, yeah? Could it be just us or were there others? |
|  | [*Ongoing overlapping background noise*] |
| LEE | He's probably done tens and hundreds. |
| Kim | He probably d-did. He probably did. But if he talks, it won't do any good for you and I to l-lie - even if we lie. There is no reason to [UI]. |
| LEE | But… We… With the *union*… |
| Kim | Yes. |
| LEE | That LA Creed… |
| Kim | Yeah. |
| LEE | ==You're== not even a real LA Creed person. ==You== could've met and talked - *settled* it. [UI] Paying those guys is not a problem. |
| Kim | I don't know what they did - as far as pa-paying. |
| LEE | Honestly, we don't know. |
| Kim | Right. |
| LEE | Those guys-- |
| Kim | Yes. |
| LEE | Somebody… |
| Kim | Yeah. |
| LEE | Somebody… "*Give up.*" |
| Kim | Yes. |
| LEE | If somebody said that and they did, or if they, on their own… Since there isn't much fault. |
| Kim | Right. |
| LEE | Prolonging this won't help- them win, so if they, you know… |
| Kim | But… |
| LEE | You said *union* also gave up. |
| Kim | Yes. But according to what I-I found out, we were played - by George and Councilman Huizar. [UI] To make money - out of nothing. It was nothing. [UI] I thought about it. And I'm sorry. [UI] I resented you a lot lately. I didn't even know what Creed was. [UI] helping with political funds so I thought they would just help. How did I know this would happen - that they would act this way? But I heard they often took advantage if there was *chance*. I still think George did it. Yeah? Since George is close to me… Yeah? |

Exhibit 118B
Page 2 of 2

No intelligible pronouns are stated in the portions of the recording corresponding to the highlighted word. The government's proposed translation has changed this pronoun across its multiple drafts.

Should be **[UI]**, or no word.

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| LEE | You should take it easy. Just… What I think is… Right now, there is big talk. |
| Kim | Yes. |
| LEE | I think they'll just catch a few big guys and end it. |
| Kim | Yeah? |
| LEE | Yeah. So don't worry too much. And not just one or two *projects*, but… I think for the past ten years, they probably pocketed tremendous amounts. |
| Kim | I think they pocketed a lot. |
| LEE | Yeah. |
| Kim | But umm… What will you do? Will you just wait? |
| LEE | I'll just wait. |
| Kim | You're not scared? [*Chuckles*] I- I, Mr. Lee… Ugh… |
| LEE | September of 2014… |
| Kim | Yes. |
| LEE | I was scared then. That's why I understand-- |
| Kim | Yes. |
| LEE | --how you must feel. |
| Kim | Yes. |
| LEE | But now, I'm not like that. |
| Kim | Really? |
| LEE | Yes. Problems… |
| Kim | Yes. |
| LEE | They're all… Would they kill me? |
| Kim | Right. |
| LEE | Problems just work out on their own. With politic-- With *government* work… At first, they [UI]. |
| Kim | Yes. |
| LEE | Just… They're all employees after all. |
| Kim | Yes. |
| LEE | They're employees. Well, it's not like we committed a deadly sin. |
| Kim | Yeah. |
| LEE | So even back then… |
| Kim | Yes. |
| LEE | Although I was not guilty-- |
| Kim | Yeah. |
| LEE | I worried like crazy. But I realized I didn't have to worry that much. |
| Kim | Yeah. |
| LEE | It's the same. While doing *business* for about 30 years, I was hit by the IRS about five- four times. |
| Kim | Yes. |

The Korean word does not have the negative connotation implied by the word "problems."

Change to **"matters," "affairs," or "business."**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| 1 LEE | Anyway, let's not worry too much and just wait. |
| Kim | I lost like 16-17 pounds. The more I read… I get more scared the more I read. —Just, just-- |
| LEE | But really, you don't know how much they know. |
| Kim | Right. |
| 2 LEE | So… Don't worry too much, and just wait. |

1. Change to **"Don't worry and let's just wait."**

2. Change to **"Don't worry too much, just need to wait and see."**

Exhibit 118D
Page 2 of 2

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | ==So if we face it, now… If we face it,== the thing is I already told the amount – the amount. I lied, yeah? That it was $400,000. But that amount was so big, Mr. Lee. Yeah? So then… You gave a lot. Yeah? |
| LEE | [UI] |
| Kim | [Chuckling] [UI] That amount…Yeah? It's not a small amount. So… Yeah? And once you go in, you have to tell everything as is – everything. [UI][Sighs] I… I have no power, Mr. Lee. [UI] |

Translation inaccurately clarifies ambiguities, even though Korean sentence is inherently ambiguous. Should be:

**"To the extent [we/I/you] face it, if [we are/I am/you are] going to face it,"**

Clip is misleading without inclusion of the prior exchange between Kim and Lee, because Kim's first statement is a response to prior exchange.

The prior exchange that should be added for context is:*

**DL: "Have to face it." or "[We/I/you] have to face it."**

**JK: What shall [we/I] do, Mr. Lee?**

**DL: But do [we/I/you] need to go there?**

**JK: What?**

**DL: Do [we/I/you] have to go there?**

**JK: Uhm…**

**[Pause]**

**JK: The *order* will say. The *order*—to go in once. Although it wasn't said [UI].**

**DL: [coughs] Have to face it.**

*The government may dispute the translation of this additional language, as it is different from the draft translation they provided. Since the government has omitted this additional excerpt from their exhibits, they have not confirmed a final version of their proposed translation.

Exhibit 119A
Page 2 of 2

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | But now Mr. Lee, I don't know if I should match [my story] with you or if I should just tell it as it is. I wonder if they already know everything but they're [UI] |
| LEE | [UI] What was the amount you told them, Justin? |
| Kim | Forty [sic]. |
|  | [Pause] |
| LEE | But it's fifty [sic]. |
| Kim | Yes. |
| LEE | You decide, Mr. Kim. |
| Kim | Yes. |
| LEE | You're going to go in first, right? [OV] [Chuckles] |

Exhibit 119B
Page 2 of 2

Clip is misleading without inclusion of the prior exchange between Kim and Lee, because Kim's first statement is in response to that prior exchange.

The prior exchange that should be added for context is:

**DL: "Have to go in then. Contact them through the lawyer and--"**

**JK: Yes.**

**DL: --set the date.**

**JK: Yes.**

**DL: They'll probably say when to come in.**

**JK: Yes...**

**DL: You haven't met them yet, Mr. Kim? Just between the lawyers?**

**JK: Lawyer and prosecutor. They only talked. And this came again.**

**[Ongoing music and faint conversations in the background]**

**DL: Go in on the date [they] tell you to.**

**JK: Go in on the date?\*\***

\*The government may dispute the translation of this additional language, as it is different from the draft translation they provided. Since the government has omitted this additional excerpt from their exhibits, they have not confirmed a final version of their proposed translation.

\*\* This utterance by Justin Kim appears immediately before "But now Mr. Lee," but was removed by the government from the transcript.

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | [1] So… Contacts by phone, contacts by email… When I read this… Yeah? Yeah? That's what they're looking for. Yeah? If there were contacts with Joia … that [unspecified] did it. If there was any wrongdoing, that's a crime. [2] Of course there would be wrongdoing. Yeah? So that's why they looking at phones and computers. That's what my lawyer said. |
| LEE | If there was anything on the phone-- |
| Kim | Yes, yes. |
| LEE | But there isn't anything. |
| Kim | Right, right. You don't have anything, Mr. Lee. |
| LEE | Yeah. |
| Kim | You don't. But I heard they look for all that first. |
| LEE | I have hardly done emails. |
| Kim | Right. |
| LEE | And I didn't even call. |
| Kim | I *text messaged* with George – in my case. |
| LEE | There wasn't much – only numbers. |
| Kim | Only numbers, but if somebody tells…I think somebody told everything |
| LEE | Told-- |
| Kim | --what it means. |
| LEE | [UI] |
| Kim | What is means. Somebody told everything clearly. Mr. Lee. So to me they said, "We know [3] everything, so…" Yeah? "Hurry up and come in." Yeah? "Hurry up and come in." Yeah? [4] Or just wait… |
| LEE | I heard, surprisingly, they don't know much. Surprisingly… |
| Kim | What do you mean? |
| LEE | They surprisingly don't know much. They don't know much, but they pretend to know and some-some-some-- |

1. Should be **"Based on my reading of this,"** to convey that everything through "wrongdoing" is a conveyance of hearsay, not direct knowledge.

2. Should be **"they probably did something wrong."**

3. Should be **"everything about you"**

4. Should be **"rather than waiting"**

Exhibit 119D
Page 2 of 2

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| LEE | Now, we were both played by Huizar. |
| Kim | Huh? |
| LEE | Us two— |
| Kim | Yes. |
| LEE | --were played by Huizar. |
| Kim | That's right. |
| LEE | Give that excuse. You didn't do anything else and you lived a good life, working hard. |
| Kim | Yes. |
| LEE | That you were played [by him]. [UI] |
| Kim | Yes. |
| LEE | [UI]. For now, you can't evade the crime. |
| Kim | Yes. |
| LEE | So you would have to blame him. [OV] [UI] |
| Kim | [OV] I know, Mr. Lee. That's [UI] at the end. That-- If the *councilman* gave a lot of orders, it's good for us. But if we're unlucky and only we got caught… Yeah? |
| LEE | [UI] |
| Kim | Because we're unlucky… Because as you know-- |
| LEE | Our… That… Huizar was probably not caught with just one or two things. The way I look at it-- |
| Kim | Hmmm. |
| LEE | --we're probably [*chuckling*] just a drop in the ocean. |

Should be **"So explain that well to them. You should say, 'I didn't do anything else, I lived a good life, working hard,"** which is closer to the government's original translation of this statement.

Exhibit 119E
Page 2 of 2

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| LEE [1] | Anyway, **we** have to emphasize that we were played by Huizar. |
| Kim | What? |
| LEE | That we were played by Huizar. |
| Kim | Yes, yes. |
| LEE [2] | **We** have to emphasize that. |

No pronouns are stated in the highlighted sections, and context cannot resolve the ambiguity. Should either delete entirely or replace "we have to emphasize" with **"it should be emphasized"** in both cases.

Exhibit 119F
Page 2 of 2