TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (SBN: 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (SBN: 281370)
CASSIE D. PALMER (SBN: 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0647
    Facsimile: (213) 894-7631
    E-mail: Mack.Jenkins@usdoj.gov
         Veronica.Dragalin@usdoj.gov
         Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAE YONG LEE,<br>  aka, "David Lee," and<br>940 HILL, LLC,<br><br>    Defendants. | No. CR 20-326(A)-JFW-5, 6<br><br>GOVERNMENT'S OBJECTION TO DEFENDANTS' PROPOSED SUPPLEMENTAL COURT VOIR DIRE (DOCKET #458)<br><br>Trial Date:  June 14, 2022<br>Trial Time:  8:00 A.M.<br>Location:    Courtroom of the<br>                Hon. John F. Walter |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Cassie D. Palmer, pursuant to the Court's direction at the June 3, 2022 Final Pre-Trial Status Conference,

hereby submits the Government's Objection to Defendants' Proposed Supplemental Court Voir Dire.

Dated: June 6, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_/s/ Mack Jenkins_____
MACK E. JENKINS
VERONICA DRAGALIN
CASSIE D. PALMER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**OBJECTION**

The government proffers a single objection to Defendants' Dae Yong Lee And 940 Hill, LLC's nine-page Proposed Supplemental Court Voir Dire ("Defts' Voir Dire;" Docket # 458).  Specifically, the government objects to:

> Have you or anyone close to you ever supported or worked for any group or organization that advocates for affordable housing, tenant rights, homeless and rehabilitation programs, or any other housing related organization? If yes, please explain.

(Proposed Question II(5); Defts' Voire Dire at 3.)

The government objects that this question is: (1) unduly broad and vague as to "supported;" (2) impermissibly attempts to elicit political affiliation and/or leaning, including jurors' potential voting records for particular candidates or initiatives that "supported" the listed related topics; and (3) is insufficiently tethered to relevant topics at issue in this case.