TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
CASSIE D. PALMER (Cal Bar. No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0363
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdoj.gov
                Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>          v.<br><br>DAE YONG LEE,<br>  aka, "David Lee,"<br>940 HILL, LLC,<br><br>     Defendants. | No. CR 2:20-326(A)-JFW-5, 6<br><br>GOVERNMENT'S GLOSSARY OF CASE-SPECIFIC TERMS<br><br>Trial Date: June 14, 2022<br>Trial Time: 8:00 A.M.<br>Location:   Courtroom of the Hon.<br>            John F. Walter |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Cassie D. Palmer, hereby files the Government's Glossary Case-Specific Terms, including proper names, unusual or scientific terms, or any foreign or uncommon words that are likely to be used during trial.

The government respectfully requests leave to file an amended list with additional terms, to the extent necessary.

Dated: June 7, 2022                    Respectfully submitted,

                                       TRACY L. WILKISON
                                       United States Attorney

                                       SCOTT M. GARRINGER
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                             */s/ Cassie D. Palmer*
                                       MACK E. JENKINS
                                       VERONICA DRAGALIN
                                       CASSIE D. PALMER
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

**GOVERNMENT'S GLOSSARY OF TERMS**

**Persons:**

1. Andrew Civetti
2. Julia Chang
3. Joon Cheon
4. Young S. Cho
5. Meena Chung
6. George Esparza
7. Paul Habib
8. Jose Luis Huizar
9. Jason Kang
10. Justin Kim
11. Jeong Suk Kim, also known as, Lucy Kim
12. Shawn Kuk
13. Dae Yong Lee, also known as, David Lee
14. Hyuk S. Lim
15. Christopher Modrzejewski
16. Jeffrey Modrzejewski
17. Fred Shaffer
18. Ricky Zheng

**Entities, Locations, and Acronyms**

1. 940 Hill Project
2. 940 Hill, LLC
3. 940 S. Hill Street, Los Angeles, California
4. 1020 S. Crocker Street, Los Angeles, California
5. American Age
6. Articles of Organization

7. Asset Investment Capital Corporation
8. Cellebrite
9. California Environmental Quality Act ("CEQA")
10. City of Los Angeles Area Planning Commission ("APC")
11. City of Los Angeles Economic Development Committee
12. City of Los Angeles Planning Department
13. City of Los Angeles Planning and Land Use Management ("PLUM") Committee
14. City of Los Angeles Department of Building and Safety ("LADBS")
15. Coalition for Responsible Equitable Economic Development Los Angeles ("CREED" or "CREED LA")
16. Consulting Agreement
17. Councilmember or Councilman ("CM")
18. Council District 14 ("CD-14")
19. Department of Justice
20. Design Group Beau, Inc., doing business as, "DGB Line"
21. Federal Bureau of Investigation
22. JOIA Accessories
23. JOIA Trading
24. Koreatown
25. Los Angeles City Hall
26. Geoscience Analytical
27. Gibson Traffic Study
28. Hanmi Bank
29. Letter of Determination
30. Letter of Intent ("LOI")

3

| | | |
|---|---|---|
| 1 | 31. | Limited Liability Company ("LLC") |
| 2 | 32. | Little Tokyo Galleria |
| 3 | 33. | Los Angeles City Council |
| 4 | 34. | Maria Bonita |
| 5 | 35. | Operating Agreement |
| 6 | 36. | Parker Environmental |
| 7 | 37. | Project Labor Agreement ("PLA") |
| 8 | 38. | Political Action Committee ("PAC") |
| 9 | 39. | QuickBooks |
| 10 | 40. | Saiko Consulting |
| 11 | 41. | Site Plan Review ("SPR") |
| 12 | 42. | The Standard Hotel |
| 13 | 43. | Toll Records |
| 14 | 44. | Towne Stores, LLC |
| 15 | 45. | Tract Map |
| 16 | 46. | Transfer of Floor Area Rights ("TFAR") |
| 17 | 47. | United States Attorney's Office |
| 18 | 48. | Yongsusan Restaurant, 950 Vermont Avenue, Los Angeles, California |