TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (SBN: 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (SBN: 281370)
CASSIE D. PALMER (SBN: 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0647
    Facsimile: (213) 894-7631
    E-mail: Mack.Jenkins@usdoj.gov
        Veronica.Dragalin@usdoj.gov
        Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DAE YONG LEE,<br>  aka, "David Lee," and<br>940 HILL, LLC,<br><br>        Defendants. | No. CR 20-326(A)-JFW-5, 6<br><br>GOVERNMENT'S RESPONSE TO DEFENSE WITNESS LIST (CR 481)<br><br>Trial Date:  June 14, 2022<br>Trial Time:  8:00 A.M.<br>Location:    Courtroom of the<br>             Hon. John F. Walter |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Cassie D. Palmer, pursuant to the Court's

order, hereby submits the Government's Response to Defendants' Witness List (CR 481).

Dated: June 7, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____
MACK E. JENKINS
VERONICA DRAGALIN
CASSIE D. PALMER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**GOVERNMENT'S RESPONSE TO DEFENSE WITNESS LIST**

| Witness | Def. Direct Estimate | Gov't Cross Estimate |
|---|---|---|
| Prof. Mary Kim | 1 hour | 30 min. |
| Chris Modrzejewski | 30 min. | 1 hour |
| Jeff Modrzejewski | 30 min. | 15 min. |