Exhibit A

# Soomi Ko



Los Angeles, California
Phone:  1.213.999.7848
soomi@komartin.com

---

Professional simultaneous and consecutive interpreter

KOREAN < > ENGLISH

## Credentials

- California State Certified Court Interpreter #300732, by the Judicial Council of California
- U.S. Federal Court Approved Interpreter
- Professional Simultaneous Conference Interpreter
- Registered with the U.S. Department of State, U.S. Department of Justice, U.S. Department of Homeland Security, and U.S. Department of Defense
- Registered with the U.S. District Court Central District of California
- Registered with the Superior Court of California, Los Angeles County
- Registered with the Superior Court of California, Orange County
- Former Instructor at University of California Los Angeles (UCLA) Extension Legal Interpretation Program

## Notable Clients

| | |
|---|---|
| Akin Gump Strauss Hauer & Feld LLP | LA County District Attorney's Office |
| Almex USA. Inc. | LA County Public Defender's Office |
| Apple | LA Food Policy Council |
| Archer Norris, PLC | Lee Anav Chung LLP |
| Asiana Airlines | Lewis Brisbois Bisgaard & Smith LLP |
| Bird, Marella, P.C. | LG Display Co., Ltd. |
| Blank Rome LLP | LG Electronics Co., Ltd. |
| Browne George Ross LLP | Lim, Ruger & Kim LLP |
| Buchalter Nemer | Liner LLP |
| Council of Korean Americans | Littler |
| Disney | Mayer Brown LLP |
| Dykema Gossett | Mintz Levin Cohn Ferris Glovsky and Popeo |
| Ecoff Landsberg LLP | Munger Tolles & Olson LLP |
| Finnegan LLP | Orrick, Herrington & Sutcliffe LLP |
| Fish & Richardson LLP | Panish Shea & Boyle LLP |
| Fitzpatrick & Hunt LLP | Parker Mills LLP |
| Fox Consumer Products | Rothwell, Figg, Ernst & Manbeck, PC |
| Fox Rothschild LLP | Samsung Electronics Latin America |
| Gardere, Wynne, Sewell LLP | Securities and Exchange Commission |
| Gilbert Kelly Crowley & Jennett LLP | Shaw Keller LLP |
| Girardi & Keese LLP | Sidley Austin LLP |
| Gresham Savage Nolan & Tilden, PC | Squire Patton Boggs |
| GS SHOP Innovation Center | Steptoe & Johnson LLP |
| Hanmi Bank | Superior Court of California, Los Angeles |
| Hinshaw & Culbertson LLP | The Clorox Company |
| Holland & Knight LLP | The Korea Daily |
| Irell & Manella LLP | University of California Los Angeles (UCLA) |
| Jones Day | US Department of Justice |
| Kobre & Kim LLP | White & Case LLP |
| Korean American Bar Association | Willenken Wilson Loh & Lieb LLP |

## **Expert Witness**

- Translation Expert Witness – *Hired as the expert witness for translation of Korean documents by the DOJ (Department of Justice) in a major antitrust case re: display backlight technology. Reviewed many translations and was involved in mediation of translation disputes.*

## **Large Volume Translation Projects**

- Bench Walk Lighting LLC v. LG Electronics, Inc. – *Provided certified translation of over 190 pages of patents, exhibits, and complaint for service pursuant to the Hague Convention.*
- LA County District Attorney's Office – *Provided transcription & translation of video exhibits for various cases.*
- Apple vs. Samsung Patent infringement case re mobile and tablet – *Provided translation of more than 1,500 documents for Samsung.*
- KFTC Case re: Collusion of Unfair Price-fixing by 4 Ramen Manufacturers and Distributors – *Provided certified translation of over 2000 pages of document.*
- Curocom Energy LLC v. Woolim Resources, et al. – *Provided over 200 pages of exhibits as certified translation.*
- Extradition of Kyung Joon Kim - A high profile investment embezzlement case - *Provided translation reviews of more than 300 pages of documents and translated more than 100 pages of documents for the United States of America.*
- P.T. Dayup Indo v. IMEX Industries – *Provided certified translation of over 180 pages of documents.*
- Innovation Tools S.A. de C.V. et al vs. Turbo Ion Inc. et al – *Provided certified translation of over 500 pages of evidence and provided interpretation for 5 day of deposition in Los Angeles.*
- Universal Electronics, Inc. v. Universal Remote Control, Inc. – *Provided certified translation and translation review of 200 pages of documents.*
- Kumho Tires – *Provided certified translation of over 100 pages of documents.*
- Artcite LLC v. 2700 Wilshire, LLC et.al. – *Provided certified translation of over 200 pages of purchase, sales, and ownership agreements.*
- U.S.A vs. AU Optronics Corporation et al. – Antitrust case re TFT-LCD (Thinfilm Transistor-Liquid Crystal Display) – *Hired as the language expert for the Department of Justice provided translation of more than 350 pages and reviewed more than 200 pages of translation from the defense side. Defended the translation as a language expert whenever there was an issue regarding translation.*
- Trinity Glass International, Right Concept Inc. vs. LG Chemical and LG America et. al. – Product Liability re Engineered Plastics –*Provided certified translations and review for more than 400 pages of documents, Traveled to Seoul, Changwon, Korea and Seattle, Washington San Diego, California.*
- Department of Justice antitrust investigation of air cargo price irregularities of Asiana Airline- Antitrust – *Provided certified translations for over 40 pages of documents, reviewed over 300 translated documents and provided interpretations for witness interviews in Los Angeles, California.*
- United States vs. ROYA RAHMANI, et al. - A high profile international terrorist Investigation – *Provided translation reviews of more than 2,000 pages of documents and provided certified translations of more than 400 pages of documents.*

## **Highlights of Recent Litigation Projects:**

- Nanoco Group v. Samsung Electronics – *Hired as interpreter for 11 depositions.*
- Roh v. Wilshire Bank – *Hired as interpreter for series of depositions in Los Angeles and in Seoul, Korea, and also as primary interpreter for 9 days of arbitration in Los Angeles.*
- Optimum v. Hillhurst – *Hired as interpreter for 6 days of trial in Los Angeles.*
- Snik v. Samsung – *Hired as interpreter for 5 days of deposition and provided certified translation of exhibits.*
- Certain Video Processing Devices and Components thereof (337-TA-1222) – *Hired as interpreter for over 10 days of deposition.*

- Ascend Performance Materials Operations LLC v. Samsung SDI – *Hired as interpreter for depositions of technical witnesses of Samsung SDI.*
- Solas OLED Ltd. v. LG Display – *Hired as interpreter for 4 days of deposition.*
- Sequoia Technology, LLC v. Dell Inc. – *Hired as interpreter for 19 days depo prep & depositions.*
- Pavo Solutions, LLC v. Kingston Technologies, Inc. – *Hired as interpreter for depo prep & depositions, trial prep, mock trial, and for trial interpretation in Santa Ana.*
- CJ Freshway America v. The N9 Int'l Trading Inc – *Hired as interpreter for 5 days of deposition in Los Angeles.*
- SIC Metals, Inc. et al. v. Hyundai Steel Company – *Hired as interpreter for 4 days of deposition prep and check interpreter for deposition in Los Angeles.*
- Class Action re: Porter Ranch Gas Leak – *Provided Korean language support to obtain information from Korean-speaking plaintiffs and provided written translations of key communication from the law firm to Korean plaintiff communities.*
- Jinro America v. Lee – *Hired as interpreter for depositions and provided written translations of over 300 pages of exhibits.*
- Willis v. Suh – *Hired as interpreter for over 3 years, providing interpretation for meetings, depo prep, depositions, and for 29 days of trial in San Bernardino. Also provided written translations of over 200 pages of documents.*
- Certain Memory Modules and Components Thereof (337-TA-1023) – *Hired as interpreter for depo prep & check interpretation, and also as primary interpreter for series of deposition in Los Angeles and Seoul.*
- P.T. DAYUP INDO v. IMEX INDUSTRIES, INC. – *Hired as primary interpreter by both parties of the case for 11 days of deposition in Seoul and Jakarta. Provided over 200 pages of certified translation of exhibits.*
- Certain Memory Modules and Components Thereof (337-TA-1023) – *Hired as primary interpreter for 10 days of deposition and deposition prep in Los Angeles, San Francisco, Palo Alto, and Seoul.*
- PAPST LICENSING GMBH & CO. KG v. APPLE INC. – *Hired as by LG Electronics for 5 days of deposition and deposition prep in Seoul.*
- TiVo Inc. v. Samsung Electronics – *Hired as primary interpreter for series of highly technical depositions in Seoul involving DVR technology, source codes, trade finance and corporate accounting.*
- IP Cube Partners Co., Ltd. v. TeleCommunication Systems, Inc. – *Hired as primary interpreter for 2 days of deposition.*
- Samsung Electronics Latin America v. CT Miami – *Hired as primary interpreter for series of depositions and prep sessions in Miami*
- Eric Kweon v. Trinity Sports, Inc., et al. – *Hired as primary interpreter by all 4 parties of the case for 5 days of deposition and 11 days of trial in Los Angeles. Provided over 50 pages of certified translation of exhibits.*
- Delaware Display Group LLC v. LG Electronics, et al. – *Hired as interpreter for witness prep and as check interpreter for 7 days in Los Angeles.*
- Lithium ion batteries antitrust litigation – *Hired as primary interpreter for series deposition in San Francisco.*
- Penumbra Inc. Inspection – *Hired as interpreter for 4 days of on-site inspection of Penumbra, company specializing in medical equipment for blood clot removal.*
- Saint Lawrence Communications LLC v. LG Electronics – *Hired as interpreter for witness prep and as check interpreter for 4 days total in Seoul, Korea*
- FlatWorld Interactives v. LG Electronics – *Hired as interpreter for witness prep and as check interpreter for deposition for 1 week in Seoul, Korea. Ultimately replaced the primary interpreter for the depositions.*
- Jong Ja Jun V. Chaffey Joint Union High School District, et al. – *Hired as interpreter for 2 weeks of witness prep and provided interpretation for testimony at the trial. Also provided 50 pages of translation for trial exhibits.*
- Enplas Display Device Corp. et al. v. Seoul Semiconductor Co., Ltd – *Hired as principal Korean interpreter for 3 days of deposition in Costa Mesa, CA and provided certified translation for over 20 pages of exhibits.*
- Bell Helicopter Textron Inc. v. Alcoa, Inc., et al. – *Hired as interpreter for deposition prep and as principal and check interpreter for 5 days of depositions in Seoul, Korea.*

- Certain Communications or Computing Devices and Components Thereof, ITC Inv. No. 337-TA-925: LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. *– Hired as interpreter for deposition prep and as check interpreter for 10 days of depositions in Seoul, Korea.*
- Sun K. Byun v. Joong-Ang Daily News California, Inc. and Joong-Ang Media Network USA. Inc *– Hired as primary interpreter by both parties for 10 days of trial in Los Angeles.*
- E-Watch, Inc. and E-Watch Corporation v. LG Electronics, Inc. *– Provided interpretation for 3 days of deposition for LG Electronics witnesses in Seoul, Korea.*
- Curocom Energy LLC v. Woolim Resources, et al. *– Hired as principal interpreter for trial and depositions. Provided 11 days of trial interpretation in Houston, TX.*
- Exxon Mobile et al. v. Southern California Bulk Sale Litigation *– Provided interpretation for 5 days of deposition held in Los Angeles.*
- Softview v. Apple Inc., AT&T Mobility LLC, Dell Inc, HTC Corp, Samsung Electronics, LG Electronics, et.al. *– Patent Infringement on mobile web browser features– Hired as principal Korean interpreter for the case. Provided interpretation for 2 days of deposition in Suwon, Korea, 2 days in Chicago, and 1 day in Washington D.C.*
- Extradition of Kyung Joon Kim - A high profile investment embezzlement case *- Worked as a primary interpreter for depositions in Los Angeles, California.*
- Yoon Man Choi v. Hyundae Health Center, Inc., et al. *– Hired by both parties for trial interpretation for 33 days.*
- International Reformed University and Seminary v. John Eun Whang aka Eun Young Whang, et al. *– Provided interpretation for 5 days of deposition in Los Angeles. Provided certified interpretation for 70 pages of documents.*
- Innovation Tools S.A. de C.V. et al vs. Turbo Ion Inc. et al *– Provided interpretation for 5 day of deposition in Los Angeles.*
- Eden Prayer Mission v. Pensco Trust Company, LLC *– Hired by all 3 parties to provide interpretation for 5 days of trial. Provided over 150 pages of certified translation.*
- Munhwa Broadcasting Corp, et al. v. Doo Hyun Song, et al. *– Provided certified translation of over 50 pages of exhibits.*
- Speedway USA, Inc. v. JP International Air & Sea Corp *– Provided interpretation for depositions.*
- Sotela v. Forever 21 *– Provided interpretation for 3 days of deposition.*
- Certified translation of exhibits re: SM Entertainment *– Provided 50 pages of certified translation of exhibits.*
- Universal Electronics, Inc. v. Universal Remote Control, Inc. *– Provided trial interpretation for 3 days in Los Angeles.*
- Han v. Han & Brothers, LLC *– Provided 3 days of deposition interpretation in Seoul, Korea.*
- Lee v. New Star Realty *– Provided trial interpretation and certified translation of exhibits.*
- Fitness International – Private Utilities Easement *– Provided translation and interpretation services to negotiate private utilities easement with property owner and Fitness International.*
- Jin Mi Ryung v. TJ Media USA, Inc. and TJ Media Co., Ltd. *– Provided certified translation, translation review and verbal translation.*
- Ju Hun Min, Hyub Choi, et al. v. Joong Ang Daily News *– Provided interpretation for 6 days of deposition in Irvine.*
- Michelle Ju, et al. v. West Bethel Presbyterian Church, et al. *– Provided certified translation of 60 pages of documents and interpretation for 5 days of deposition.*
- Da Hoon Chung v. Jay Yoo, DBA Smart Education *– Provided interpretation for 2 days of deposition and 7 days of trial in Los Angeles. Provided certified interpretation of exhibits.*
- Holy Hill Community Church v. Western California Presbytery *– Hired by both parties to provide interpretation for 7 days of trial and certified translations of the exhibits.*
- Susan Lee v. Sangsin Brake, et al. *– Provided interpretation for 3 days of deposition in Los Angeles and provided certified translation of exhibits.*
- Kim, et al. v. Woonjin Coway USA, Inc. *– Provided interpretation for 4 days of deposition in Los Angeles and on conference calls.*

- Kangjin Choi v. Sung-soo Park, Kyung Mee Park, Hepahope Inc., et al. *– Provided certified translation of over 80 pages of exhibits.*

- LWL Investment Group, LLC v. Universal Bank, et al. *– Provided interpretation for series of deposition.*

- Holy Hill Community Church v. LA Sarang Community Church *– Hired by both parties for trial interpretation for total 5 days.*

- Western California Presbytery, et al. v. Dong Sub Bang, et al. *– Hired as principal translator and interpreter for the case. Provided certified translation of over 300 pages of exhibits and interpretation services for 1 days of deposition and 2 days of trial.*

- Sung Dae An and Hanna Park v. Fabianna Lee *– Provided interpretation for 4 days of deposition.*

- *Ji v. Sung – Hired as principal Korean interpreter for the trial, for 8 days. Provided certified translation and translation review of 50 pages of exhibits.*

- Hanmi Bank v. Hong *– Provided interpretation for 4 days of deposition held in Los Angeles.*

- Yangson Smith v. Ryang Hong and Julie Hong, et al. *– Hired as language expert and provided translations of written declarations, opinions on translation disputes, and expert witness testimony.*

- Bonoble USA v. Daesang Corp. *– Hired as principal interpreter for 8 days of arbitration and provided over 250 pages of translation of exhibit, including Korean judgments and declarations.*

- The Oriental Mission Church v. Hyung Jim *– Hired as language expert and provided translations of written declarations, opinions on translation disputes, and expert witness testimony.*

- ITRI (Industrial Technology Research Institute) vs. LG Display and LG Electronics et Al.– Patent Infringement case *– Initially hired as the check interpreter, and was involved in prepping the witness for the defendants. However on the day of the deposition, both parties agreed to use me as the primary interpreter.*

- LG Electronics Co., Ltd. vs. ASKO and Daewoo et. al – Patent Infringement case re Direct Drive technology – *Provided interpretation for deposition preparations for six deponents and served as a Check Interpreter at 7 depositions, traveled to Seoul and Changwon, Korea.*

- Trinity Glass International, Right Concept Inc. vs. LG Chemical and LG America et. al. – Product Liability re Engineered Plastics *– Provided Interpretation for more than 30 depositions as the official interpreter for both plaintiff and defendant.*

- Click Entertainment vs. JYP Entertainment, JTune Entertainment, Ji Hoon Jung (Rain) et. al. - Breach of Entertainment Contract involving an international artist *– Provided certified translations for more than 100 pages of documents, provided interpretations for witness preparations and worked as a check interpreter for depositions in Seoul, Korea and trial in Honolulu, Hawaii.*

- Positive Technologies Inc. vs. LG Phillips LCD Co., Ltd et al - Patent Infringement Case re liquid crystal response time *– Provided certified translations for over 30 pages of documents and provided interpretations for witness preparations and 15 depositions in Seoul, Korea.*

- Rain Corporation vs. Ji Hoon Jung aka "Rain" et al - Trademark Infringement *– Provided interpretations for witness preparations and worked as a check interpreter at 5 depositions in Seoul, Korea.*

- L.A. Printex Industries, Inc. v. Samsung America, Inc., et al -Copyright Infringement involving textile print *– Provided interpretations for witness testimonies at trial in Los Angeles, California.*

- Kyung Joon Kim vs. United States of America - Forfeiture / Penalty Case *– Provided translations and translation reviews of over 300 pages of documents.*

- DAS vs. Kyung Joon Kim - Breach of Contract *– Provided interpretations for witness preparations and depositions in Los Angeles, California.*

- In re: Trigem America Corporation - Bankruptcy Matter *– Provided translations of over 70 pages of Corporate Reorganization Plan of the First and the Second Phase. Provided interpretations at hearings and trial in Los Angeles, California.*

- Samsung Electronics Co., Ltd vs. Renesas Technology et al - Patent Infringement case *– Provided interpretations for witness preparations and worked as a primary interpreter for depositions in Washington D.C.*

- Hitachi Global Storage Technologies Netherlands, B.V. vs. Samsung Electronics Company Ltd., et al. - Patent Infringement case *– Provided interpretations for witness preparations and worked as a primary interpreter for depositions in San Francisco, California.*

- Ericsson Inc. et al. vs. Samsung Electronics Co. Ltd. et al. - Patent Infringement case *– Provided interpretations for witness preparations, and worked as a primary interpreter for depositions in San Francisco, California.*

**Simultaneous and Consecutive Conference Projects:**

### Technical Conferences including Automobile, Aviation, Aerospace, Environmental, Military, Oil, Gas, Power, Energy, Chemical & Petro Chemical Related Conferences:

- Simultaneous interpretation for Automotive Research and Consumer Focus Group, August 2020.
- Hyundai AutoEver America Internal Meetings, Fountain Valley, CA, January through February, 2020.
- Simultaneous interpretation for Automobile Expert Interview and Consumer Focus Group, November 2019.
- Simultaneous interpretation for Automobile Consumer Focus Group, Long Beach, CA, October 2019.
- Simultaneous interpretation for Automobile Expert Interview and Consumer Focus Group, Sherman Oaks, CA July 2019.
- Simultaneous interpretation for Automobile Expert Interview and Consumer Focus Group, Los Angeles, CA May 2018.
- Simultaneous interpretation for research meeting and technical discussion of prominent Korean tech company, April 2016.
- Technical training and contract discussion between Almex and Dong Yang A. K. engineers re: Aluminum casting equipment, August 2015.
- Kumho Tires Presentation, April 2013.
- Zebra Technologies Global Conference, Las Vegas, NV, 2011

### IT/Software Related Conferences:

- Microsoft Workshop at Microsoft Campus, Redmond, WA, July 2014
- Microsoft Workshop at Microsoft Campus, Redmond, WA, June 2013
- Symantec Worldwide Sales & Marketing Conference, Las Vegas, NV, 2010

### Medical, Pharmaceutical & BioScience Conferences:

- Penumbra Inc. Onsite Inspection, November 2015 (Medical equipment specializing in blood clot removal)

### Entertainment and Media Conferences/Projects:

- Disney Brand Loyalty Workshop, Disneyland Resort, Anaheim, CA, July 2013.
- BRC Imagination Arts – Amore Pacific Beautiful Life Center Project, Los Angeles, CA, March 2013. (Hired as moderator and interpreter for visiting Korean project personnel)

### General Business & Financial Related Conferences:

- Simultaneous interpretation for focus groups on appliance design, Sherman Oaks, CA, January 2020
- Simultaneous interpretation for focus groups on new TV related concepts North American Consumer, Beverly Hills, CA, November 2019.
- Simultaneous interpretation for focus groups on frozen food, Sherman Oaks, CA, March 2019.
- SalesForce CRM platform, enterprise client: AmorePacific in San Francisco, CA, December 2016.
- GS Shop Global Innovation Training for HPI Group in San Francisco, CA, September 2016.
- SalesForce CRM platform, enterprise client: Major banks in Korea, in San Francisco, CA, July 2016.
- SalesForce CRM platform, enterprise client: Mid-sized companies, in San Francisco, CA, June 2016
- FUEL/Nielson Korea Focus Group for major Korean Appliances (washing machines), May 2016
- FUEL/Nielson Focus Group for major Korean Appliances (television), June 2016
- SalesForce CRM platform, enterprise client: Mid-sized companies, in San Francisco, CA, September 2015
- Hanmi Bank Annual Shareholders' Meeting, August 2013
- K-Swiss & Eland Presentation, Los Angeles, CA, July 2013.
- GS Shop Global Innovation Training for HPI Group in San Francisco, CA, March, June & October 2015.
- GS Shop Global Innovation Training for HPI Group in San Francisco, CA, September 2014.
- IDEO Project Presentation for executives in San Francisco, CA, June 2014
- GS Shop Global Innovation Training for HPI Group in San Francisco, CA, April 2014
- Annual CJ CEO Vision Conference, Los Angeles, CA, March 2007

### University and Academic Conferences:

- WASC Assessment for Shepherd University, November 2013 – Provided interpretation for the WASC assessment and provided certified translation of website content required for assessment
- LAUSD Monthly Bilingual (English Learners) Advisory Committee – Over 250 sessions in 14 years (1996~2009)
- Meetings for the Los Angeles Unified School District - District 4 and District 7 - All topics relating to elementary and secondary education including special education
- UCLA Extension - Emerging Trends in the Global Creative Economy, Los Angeles, August 2006.
- UCLA Extension- Case Study Spotlight: Convergence from a Hollywood Perspective, Los Angeles, August 2006

## Law Related Conferences:

- Korean Prosecutor's Association First Criminal Law Forum Conference, Los Angeles, CA, 2011

## Government & Community Related Conferences:

- G20 Summit 2012 Los Cabos, Mexico, June 2012 – *(Assigned to Press Room)* – Heads of states at the G2012 included President Barack Obama (United States), President Hu Jintao (China), Prime Minister Yoshihiko Noda (Japan), Chancellor Angela Merkel (Germany), President François Hollande (France), President Dilma Rousseff (Brazil), Primer Minister David Cameron (United Kingdom), Primer Minister Mario Monti (Italy), President Vladimir Putin (Russia), Prime Minister Stephen Harper (Canada), Prime Minister Manmohan Singh (India), President Mariano Rajoy (Spain), Prime Minister Julia Guillard (Australia), President Lee Myung-Bak (Korea), President Susilo Bambang Yudhoyono (Indonesia), Prime Minister Recep Erdogan (Turkey), President Cristina Fernández (Argentina), President Jacob Zuma (South Africa), Presidente Juan Manuel Santos (Colombia), President Sebastián Piñera (Chile), Prime Minister Meles Zenawi (Ethiopia), President Boni Yayi (Benin), and President Hun Sen (Cambodia).
- Korea-US Free Trade Agreement Forum – Dialogue between Honorable Sung Kim and Duk Soo Han, Irvine, CA
- LA Metro Public Hearing, June~July, 2015.
- Redistricting Community Meetings, Los Angeles, CA, 2012
- Korea-US FTA Conference, Los Angeles, CA 2011
- Korean Church for Community Development Annual Conference, Los Angeles, CA, 2011
- 20th Anniversary of Kwangju Uprising: L.A. International Symposium, Los Angeles, CA, May 2007.
- Department of Housing, Affordable Housing Conference, Los Angeles, CA, 2006-2007.
- Web Content Symposium, Los Angeles, CA, August 2007.

## Education Background

- **University of California Los Angeles (UCLA) Extension: Legal Interpretation and Translation Certificate Program of English and Korean Languages**

- **University of Houston: BA in Business Administration**

## Professional Associations
- American Translators Association
- National Association of Judicial Interpreters and Translators
- Korean Professional Interpreters Association
- California Federation of Interpreters
-      Korean America Bar Association