VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>JOSE LUIS HUIZAR, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20-CR-326(A)-JFW-5, 6<br><br>**NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  **(List Documents)**

Government's Offer of Proof Regarding 404(b) Evidence; Exhibits 1-4

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

June 8, 2022                                        Veronica Dragalin
Date                                                Attorney Name
                                                    Plaintiff, United States of America
                                                    Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**