TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption & Civil Rights Section
        1500 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2091/0647
        Facsimile: (213) 894-6436
        E-mail:    Mack.Jenkins@usdoj.gov
                   Veronica.Dragalin@usdooj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW-5, 6 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF VERONICA DRAGALIN |
| v. | |
| JOSE HUIZAR, et al., | |
| Defendants. | |

        Plaintiff United States of America, by and through its counsel
of record, the United States Attorney's Office for the Central
District of California and Assistant United States Attorneys Mack E.
Jenkins and Veronica Dragalin, hereby applies <u>ex parte</u> for an order
that the Government's Offer of Proof Regarding 404(b) Evidence be
filed under seal.

//

//

//

1    This _ex parte_ application is based upon the attached declaration

2    of Veronica Dragalin, the files and records in this case, and such

3    further evidence and argument as the Court may permit.

4    Dated: June 8, 2022            Respectfully submitted,

5                                   TRACY L. WILKISON
                                    United States Attorney
6
                                    SCOTT M. GARRINGER
7                                   Assistant United States Attorney
                                    Chief, Criminal Division
8

9                                   _/s/ Veronica Dragalin_
                                    MACK E. JENKINS
10                                  VERONICA DRAGALIN
                                    CASSIE D. PALMER
11                                  Assistant United States Attorneys

12                                  Attorneys for Applicant
                                    UNITED STATES OF AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF VERONICA DRAGALIN

I, Veronica Dragalin, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am the attorney representing the government in this case.

2.    The government requests leave to file the government's Offer of Proof Regarding 404(b) Evidence ("Offer of Proof") under seal.  The government's Offer of Proof discusses evidence that certain individuals who have not been charged with any crimes may have engaged in conduit contributions.  As such, if such information were filed publicly, it would implicate privacy rights of other individuals and potentially jeopardize any investigation into these matters.

3.    On June 8, 2022, I informed Ariel Newman, counsel for defendants DAE YONG LEE and 940 HILL, LLC, that the government would be filing the present ex parte application and asked for his position on the application.  Mr. Neuman informed me that he does not oppose the application.

4.    Should the Court deny this application, the government

//
//
//
//
//
//
//
//
//

requests that the Offer of Proof not be filed, but be returned to the government, without filing of the documents on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 8, 2022.

*/s/ Veronica Dragalin*
VERONICA DRAGALIN