TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
 1500 United States Courthouse
 312 North Spring Street
 Los Angeles, California 90012
 Telephone: (213) 894-0647
 Facsimile: (213) 894-7631
 E-mail: Mack.Jenkins@usdoj.gov
   Veronica.Dragalin@usdoj.gov
   Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>    v.<br><br>DAE YONG LEE,<br> aka, "David Lee," and<br>940 HILL, LLC,<br><br>   Defendants. | No. CR 20-326(A)-JFW-5, 6<br><br>JOINT STATEMENT RE: DISPUTED TRANSCRIPTS<br><br>Trial Date: June 14, 2022<br>Trial Time: 8:00 A.M.<br>Location: Courtroom of the<br>    Hon. John F. Walter |

  Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Cassie D. Palmer, and defendants DAE YONG LEE and 940 HILL, LLC, both individually and by and through their counsel

of record, Ariel A. Neuman and Ray S. Seilie, hereby submit a Joint
Statement re: Disputed Transcripts.


 Dated: June 9, 2022                 Respectfully submitted,

                                     TRACY L. WILKISON
                                     United States Attorney

                                     SCOTT M. GARRINGER
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                      /s/ Cassie D. Palmer
                                     MACK E. JENKINS
                                     VERONICA DRAGALIN
                                     CASSIE D. PALMER
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA



 Dated: June 9, 2022                  /s/ via e-mail authorization
                                     ARIEL A. NEUMAN
                                     RAY S. SEILIE
                                     Attorneys for Defendants
                                     DAE YONG LEE and 940 HILL LLC

ii

**Joint Statement re: Korean Language Translations**

At the pretrial conference hearing in this matter, the Court ordered the parties to meet and confer with their respective experts in an effort to resolve their disputes regarding the transcripts of the Korean language translations in this case, identified as Government Trial Exhibits 118A-D & 119A-F.

Following the hearing, the parties' respective counsel engaged in extensive meet and confer efforts telephonically and via email. Through these efforts, counsel narrowed the remaining disputes substantially.  Then, on June 8, 2022, the parties met and conferred via videoconference with their respective experts.  During that meeting and through further meet and confer efforts by counsel, the parties were able to resolve all remaining disputes.  Thus, the parties inform the Court that they have resolved all disputes and agree that the revised versions of Trial Exhibits 118A-D & 119A-F (attached to this joint statement) are accurate and may be admitted by the government for all purposes at trial.  The parties will meet and confer on a stipulation regarding these exhibits, which should obviate the need to call the parties' respective experts at trial.

The parties are continuing to discuss the method by which these transcripts will be presented at trial and will inform the Court if there are any disputes.