EXHIBIT A

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source: 1D348 – Clip 1
Date of Recording: March 20, 2019

## VERBATIM TRANSLATED TRANSCRIPT

**Participants**



**Justin Kim**



**Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

**Exhibit 118A**
**Page 1 of 4**

| SPEAKER | TRANSLATED TRANSCRIPT |
| --- | --- |
| Kim | I met with the lawyer- met with the lawyer, Mr. Lee. |
| LEE | Yes. |
| Kim | Umm… For sure-- |
| LEE | [OV] But did you start your *interview* yet? |
| Kim | Oh, I didn't. |
| LEE | You didn't *interview* yet? |
| Kim | Not yet. |
| LEE | Oh… |
| Kim | I haven't done it yet. |
| LEE | Is that so? |
| Kim | So for sure… What is it… He thinks George told them. Somebody told them, Mr. Lee. |
| LEE | Huh? |

| SPEAKER | TRANSLATED TRANSCRIPT |
|---------|----------------------|
| Kim | I don't know who told them. But somebody told them and me, you, and now… *Councilman* Jose Huizar… Yeah? If any of the three tells them, now… it's enough for the *government*. It will begin. So I think George told them. And what I'm worried about is, even if you and I move together, if *Councilman* Huizar talks later… He talks a lot. Then we have nothing to fight with. As far as fighting - those two against us two. Do you understand? Huh? Yeah? *[Pause]* Then… How? What I'm saying is… It's my opinion. I think… either go-go and turn myself in, or get a new lawyer and reduce the *amount*… The *amount* is too big to erase the the crime, according to my lawyer. It's too bi-big. [UI] Or just wait it out and… When they get *Councilman* Huizar, they will get everybody. So now… *Indictment*. So they get caught and then… What is it… They will decide *guilty or not guilty*. I heard that's the only *option* now. And I'd auto-automatically wait. |
|  | [*Pause*] |
| Kim | As you know, you may be able to fight for a long time because of your *resources*, but I can't last that long. How long will I last? Because the most important is *Councilman* Huizar. |
| LEE | [UI] |
| Kim | If  *Councilman* Huizar will go and just do it… If there is a lot that he's done… If there is a lot that he's done, what is it… That… |
| LEE | But you said he didn't receive the money. |
| Kim | Right. He didn't. |
| LEE | Yeah. |
| Kim | So I think they keep wanting me. But I-I read it separately and… What is it… I heard that even if one doesn't accept money, it's the same thing if there was *intent*. |

| SPEAKER | TRANSLATED TRANSCRIPT |
|---------|----------------------|
| LEE | Then who took the money? |
| Kim | Huh? |
| LEE | Who took the money? Did George take it all? |
| Kim | Yes. |
| LEE | How much was given to the *union*? |
| Kim | I don't know, Mr. Lee. [*Pause*] And Mr. Lee, if I were to give you an advice…. I'm just counseling you right now. "I don't know." [UI] Yeah? That's the best way. But I-I was worried and I just thought about it… What is it… Based on my calculation, there is no way out of this. |
| LEE | There must be a way. |
| Kim | Huh? |
| LEE | What they want is Huizar. It's nothing if they lock up Justin Kim. |

**Exhibit 118A**
**Page 4 of 4**

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

| | |
|---|---|
| Source: | 1D348 – Clip 2 |
| Date of Recording: | March 20, 2019 |

**VERBATIM TRANSLATED TRANSCRIPT**

## Participants





**Justin Kim**



**Dae "David" Yong LEE**

## Abbreviations

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

**Exhibit 118B**
**Page 1 of 3**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---------|------------------------|
| Kim | Even with *Councilman* Huizar, yeah? Could it be just us or were there others? |
| | [*Ongoing overlapping background noise*] |
| LEE | He's probably done tens and hundreds. |
| Kim | He probably d-did. He probably did. But if he talks, it won't do any good for you and I to l-lie - even if we lie. There is no reason to [UI]. |
| LEE | But… We… With the *union*… |
| Kim | Yes. |
| LEE | That LA Creed… |
| Kim | Yeah. |
| LEE | You know the LA Creed person. You could've met and talked - *settled* it. [UI] Paying those guys is not a problem. |
| Kim | I don't know what they did - as far as pa-paying. |
| LEE | Honestly, we don't know. |
| Kim | Right. |
| LEE | Those guys-- |
| Kim | Yes. |
| LEE | Somebody… |
| Kim | Yeah. |
| LEE | Somebody… "*Give up*." |

| Speaker | Translated Transcript |
|---|---|
| Kim | Yes. |
| LEE | If somebody said that and they did, or if they, on their own… Since there isn't much fault. |
| Kim | Right. |
| LEE | Prolonging this won't help- them win, so if they, you know… |
| Kim | But… |
| LEE | You said *union* also gave up. |
| Kim | Yes. But according to what I-I found out, we were played - by George and Councilman Huizar. [UI] To make money - out of nothing. It was nothing. [UI] I thought about it. And I'm sorry. [UI] I resented you a lot lately. I didn't even know what Creed was. [UI] helping with political funds so I thought they would just help. How did I know this would happen - that they would act this way? But I heard they often took advantage if there was *chance*. I still think George did it. Yeah? Since George is close to me… Yeah? |

**Exhibit 118B**
**Page 3 of 3**

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

| | |
|---|---|
| Source: | 1D348 – Clip 3 |
| Date of Recording: | March 20, 2019 |

**VERBATIM TRANSLATED TRANSCRIPT**

<u>**Participants**</u>





**Justin Kim**          **Dae "David" Yong LEE**

<u>**Abbreviations**</u>

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

**Exhibit 118C**
**Page 1 of 4**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---------|----------------------|
| LEE | You should take it easy. Just… What I think is… Right now, there is big talk. |
| Kim | Yes. |
| LEE | I think they'll just catch a few big guys and end it. |
| Kim | Yeah? |
| LEE | Yeah. So don't worry too much. And not just one or two *projects*, but… I think for the past ten years, they probably pocketed tremendous amounts. |
| Kim | I think they pocketed a lot. |
| LEE | Yeah. |
| Kim | But umm… What will you do? Will you just wait? |
| LEE | I'll just wait. |
| Kim | You're not scared? [*Chuckles*] I- I, Mr. Lee… Ugh… |
| LEE | September of 2014… |
| Kim | Yes. |
| LEE | I was scared then. That's why I understand-- |
| Kim | Yes. |
| LEE | --how you must feel. |
| Kim | Yes. |
| LEE | But now, I'm not like that. |
| Kim | Really? |

**Exhibit 118C**
**Page 2 of 4**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| LEE | Yes. Issues… |
| Kim | Yes. |
| LEE | They're all… Would they kill me? |
| Kim | Right. |
| LEE | Issues just work out on their own. With politic-- With *government* work… At first, they [UI]. |
| Kim | Yes. |
| LEE | Just… They're all employees after all. |
| Kim | Yes. |
| LEE | They're employees. Well, it's not like we committed a deadly sin. |
| Kim | Yeah. |
| LEE | So even back then… |
| Kim | Yes. |
| LEE | Although I was not guilty-- |
| Kim | Yeah. |
| LEE | I worried like crazy. But I realized I didn't have to worry that much. |
| Kim | Yeah. |
| LEE | It's the same. While doing *business* for about 30 years, I was hit by the IRS about five- four times. |
| Kim | Yes. |

**Exhibit 118C**
**Page 3 of 4**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---------|----------------------|
| LEE | The first time I was hit, [*chuckling*] I really thought I had to run away to Korea. I had all kinds of thoughts. |
| Kim | Yes. |
| LEE | But the first time, it ended well with *no change*. |
| Kim | Yes. |
| LEE | The second time also ended well with *no change*. |
| Kim | Yes. |
| LEE | The third time, I found out 10,000-something… I *over-over* [claimed] my *expenses* by 10,000-something. So after the first time, the third and fourth time, I became nonchalant. |
| Kim | [OV] So this-- |
| LEE | [OV] Since it's your first experience, you probably feel like dying. |
| Kim | Yes. |
| LEE | Don't worry. |
| Kim | Yes. |
| LEE | No matter how much people tell you not to worry, you don't feel it. |
| Kim | I don't feel it. |
| LEE | But it just has to pass. After a year or two passes, you'll remember this. |

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

| | |
|---|---|
| Source: | 1D348 – Clip 4 |
| Date of Recording: | March 20, 2019 |

**VERBATIM TRANSLATED TRANSCRIPT**

**<u>Participants</u>**

   

**Justin Kim**          **Dae "David" Yong LEE**

**<u>Abbreviations</u>**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

**Exhibit 118D**
**Page 1 of 2**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---------|----------------------|
| LEE | Don't worry, and let's just wait. |
| Kim | I lost like 16-17 pounds. The more I read… I get more scared the more I read. —Just, just-- |
| LEE | But really, you don't know how much they know. |
| Kim | Right. |
| LEE | Don't worry too much, just need to wait and see. |

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                             1D350 – Clip 1
Date of Recording:                  March 27, 2019

**VERBATIM TRANSLATED TRANSCRIPT**

**Participants**





**Justin Kim**          **Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

**Exhibit 119A**
**Page 1 of 2**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| LEE | Have to face it |
| Kim | What shall [we/I] do, Mr. Lee? |
| LEE | But do [we/I/you] need to go there? |
| Kim | What? |
| LEE | But do [we/I/you] need to go there? |
| Kim | Uhm… |
|  | [Pause] |
| Kim | The *order* will say. The *order*—to go in once. Although it wasn't said [UI]. |
| LEE | [Coughs] Have to face it. |
| Kim | So if [we/I/you] face it, if [we are / I am / you are] going to face it, the thing is I already told the amount – the amount. I lied, yeah?  That it was $400,000. But that amount was so big, Mr. Lee. Yeah? So then… You gave a lot. Yeah? |
| LEE | [IA] |
| Kim | [Chuckling] [UI] That amount…Yeah? It's not a small amount. So… Yeah? And once you go in, you have to tell everything as is – everything. [UI] [Sighs] I… I have no power, Mr. Lee. [UI] |

**Exhibit 119A**
**Page 2 of 2**

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                        1D350 – Clip 2
Date of Recording:             March 27, 2019

**VERBATIM TRANSLATED TRANSCRIPT**

**Participants**





**Justin Kim**          **Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

**Exhibit 119B**
**Page 1 of 2**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---------|----------------------|
| LEE | Have to go in then. Contact them through the lawyer and— |
| Kim | Yes. |
| LEE | —set the date |
| Kim | Yes. |
| LEE | They'll probably say when to come in. |
| Kim | Yes… |
| LEE | You haven't met them yet, Mr. Kim? Just between the lawyers? |
| Kim | Lawyer and prosecutor. They only talked. And then this came again. |
|  | [Ongoing music and conversations in the background] |
| LEE | Go in on the date they tell you to. |
| Kim | But now Mr. Lee, I don't know if I should match [my story] with you or if I should just tell it as it is.   I wonder if they already know everything but they're [UI] |
| LEE | [UI] What was the amount you told them, Justin? |
| Kim | 400,000. |
|  | *[Pause]* |
| LEE | But it's 500,000. |
| Kim | Yes. |
| LEE | You decide, Mr. Kim. |
| Kim | Yes. |
| LEE | You're going to go in first, right? [OV] *[Chuckles]* |

**Exhibit 119B**
**Page 2 of 2**

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

| | |
|---|---|
| Source: | 1D350 – Clip 3 |
| Date of Recording: | March 27, 2019 |

### VERBATIM TRANSLATED TRANSCRIPT

**Participants**

   

**Justin Kim**      **Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

**Exhibit 119C**
**Page 1 of 2**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---------|----------------------|
| Kim | So again, what do you want to do? Are you just going to wait? |
| LEE | First, I also… |
| Kim | Yes. |
| LEE | Since they also came to me, |
| Kim | Yes. |
| LEE | I said I would *hire* a lawyer and get back to them. |
| Kim | Yes. |
| LEE | So I'll contact them first and— |
| Kim | Yes. |
| LEE | There's probably a date they want me to come in on. |
| Kim | Yes. |
| LEE | Then I would have to go in. But I think you will go first. [OV] Since you've been contacted. |
| Kim | [OV] Uh-huh. Uh-huh. If I go in, Mr. Lee, I can't talk with you. You need to know that. [UI] You need to know that. |
|  | [*Pause*] |
| LEE | How much did you say? |
| Kim | 400,000 … 400,000. |

**Exhibit 119C**
**Page 2 of 2**

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

| | |
|---|---|
| Source: | 1D350 – Clip 4 |
| Date of Recording: | March 27, 2019 |

### VERBATIM TRANSLATED TRANSCRIPT

**Participants**




**Justin Kim**



**Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

**Exhibit 119D**

**Page 1 of 3**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---------|----------------------|
| Kim | So… Contacts by phone, contacts by email… Based upon my reading of this … Yeah? Yeah? That's what they're looking for. Yeah? If there were contacts with Joia … that [unspecified] did it. If there was any wrongdoing, that's a crime. There probably was wrongdoing. Yeah? So that's why they looking at phones and computers. That's what my lawyer said. |
| LEE | If there was anything on the phone-- |
| Kim | Yes, yes. |
| LEE | But there isn't anything. |
| Kim | Right, right. You don't have anything, Mr. Lee. |
| LEE | Yeah. |
| Kim | You don't. But I heard they look for all that first. |
| LEE | I have hardly done emails. |
| Kim | Right. |
| LEE | And I didn't even call. |
| Kim | I *text messaged* with George – in my case. |
| LEE | There wasn't much – only numbers. |
| Kim | Only numbers, but if somebody tells…I think somebody told everything |
| LEE | Told-- |
| Kim | --what it means. |
| LEE | [UI] |

**Exhibit 119D**
**Page 2 of 3**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | What it means. Somebody told everything clearly. Mr. Lee. So to me they said, "We know everything about you, so…" Yeah? "Hurry up and come in." Yeah? "Hurry up and come in." Yeah? Rather than waiting… |
| LEE | I heard, surprisingly, they don't know much. Surprisingly… |
| Kim | What do you mean? |
| LEE | They surprisingly don't know much. They don't know much, but they pretend to know and some-some-some-- |

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

| | |
|---|---|
| Source: | 1D350 – Clip 5 |
| Date of Recording: | March 27, 2019 |

## VERBATIM TRANSLATED TRANSCRIPT

### Participants





**Justin Kim**

**Dae "David" Yong LEE**

### Abbreviations

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

| SPEAKER | TRANSLATED TRANSCRIPT |
|---------|----------------------|
| LEE | Now, we were both played by Huizar. |
| Kim | Huh? |
| LEE | Us two— |
| Kim | Yes. |
| LEE | --were played by Huizar. |
| Kim | That's right. |
| LEE | So explain that well to them. You should say, "I didn't do anything else, I lived a good life, working hard." |
| Kim | Yes. |
| LEE | That you were played [by him]. [UI] |
| Kim | Yes. |
| LEE | [UI]. For now, you can't evade the crime. |
| Kim | Yes. |
| LEE | So you would have to blame him. [OV] [UI] |
| Kim | [OV] I know, Mr. Lee. That's [UI] at the end. That-- If the *councilman* gave a lot of orders, it's good for us. But if we're unlucky and only we got caught… Yeah? |
| LEE | [UI] |
| Kim | Because we're unlucky… Because as you know-- |

**Exhibit 119E**
**Page 2 of 3**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---------|----------------------|
| LEE | Our… That… Huizar was probably not caught with just one or two things. The way I look at it-- |
| Kim | Hmmm. |
| LEE | --we're probably [*chuckling*] just a drop in the ocean. |

**Exhibit 119E**
**Page 3 of 3**

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                              1D350 – Clip 6
Date of Recording:               March 27, 2019

**VERBATIM TRANSLATED TRANSCRIPT**

## Participants

    

**Justin Kim**          **Dae "David" Yong LEE**

## Abbreviations

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

**Exhibit 119F**
**Page 1 of 2**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---------|----------------------|
| LEE | Anyway, should emphasize that we were played by Huizar. |
| Kim | What? |
| LEE | That we were played by Huizar. |
| Kim | Yes, yes. |
| LEE | Should emphasize that. |

**Exhibit 119F**
**Page 2 of 2**