TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
CASSIE D. PALMER (Cal Bar. No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0363
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdoj.gov
                Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DAE YONG LEE,<br>　aka, "David Lee,"<br>940 HILL, LLC,<br><br>　　　　　Defendants. | No. CR 2:20-326(A)-JFW-5, 6<br><br>GOVERNMENT'S RESPONSE TO DEFENDANTS OFFER OF PROOF RE: ASSERTION OF ATTORNEY-CLIENT PRIVILEGE (CR 488)<br><br>Trial Date:　June 14, 2022<br>Trial Time:　8:00 AM<br>Location:　Courtroom of the Hon. of the Hon. John F. Walter |

　　　Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Cassie D. Palmer, hereby files its Response to Defendants Dae Yong Lee and 940 Hill, LLC's Offer of Proof re: Assertion of Attorney-Client Privilege (CR 488).