TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
CASSIE D. PALMER (Cal Bar. No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0363
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
               Veronica.Dragalin@usdoj.gov
               Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-5, 6 |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF ERRATA WITH RESPECT TO CR 496 |
| v. | [**CORRECTED** GOVERNMENT'S RESPONSE TO MISCELLANEOUS DOCUMENT [488] ATTACHED] |
| DAE YONG LEE, aka, "David Lee," 940 HILL, LLC, | |
| Defendants. | Trial Date: June 14, 2022<br>Trial Time: 8:00 AM<br>Location: Courtroom of the Hon. of the Hon. John F. Walter |

      Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Cassie D. Palmer, hereby files a Notice of Errata with respect to the document filed at Docket Number 496,

Response to Miscellaneous Document [488].  The government inadvertently filed a one-page document instead of the full document. The corrected filing is attached hereto.

Dated: June 9, 2022                    Respectfully submitted,

                                       TRACY L. WILKISON
                                       United States Attorney

                                       SCOTT M. GARRINGER
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                        /s/ Veronica Dragalin
                                       MACK E. JENKINS
                                       VERONICA DRAGALIN
                                       CASSIE D. PALMER
                                       Assistant United States Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

2