| | |
|---|---|
| 1 | Ariel A. Neuman - State Bar No. 241594 |
| | aneuman@birdmarella.com |
| 2 | Ray S. Seilie - State Bar No. 277747 |
| | rseilie@birdmarella.com |
| 3 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| 4 | 1875 Century Park East, 23rd Floor |
| | Los Angeles, California 90067-2561 |
| 5 | Telephone: (310) 201-2100 |
| | Facsimile: (310) 201-2110 |
| 6 | |
| 7 | Attorneys for Defendants 940 Hill, LLC and Dae Yong Lee |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,, | CASE NO. 20-CR-0326-JFW |
| Plaintiff, | **DEFENDANTS DAE YONG LEE AND 940 HILL LLC'S REQUEST FOR ORDER ALLOWING STAFF TO BRING EQUIPMENT TO TRIAL** |
| vs. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendant. | Assigned to Hon. John F. Walter |

Case No. 20-CR-0326-JFW

DEFENDANTS DAE YONG LEE AND 940 HILL LLC'S REQUEST FOR ORDER ALLOWING STAFF TO BRING EQUIPMENT TO TRIAL

Counsel for defendants 940 Hill, LLC and Dae Yong Lee anticipate requiring the use of the following equipment at trial which is set to commence on June 14, 2022:

1) Approximately 10 boxes of binders;

2) Two boxes of paper/office supplies;

3) Small laserjet printer;

4) Two small handcarts to move boxes; and

5) One box of snacks/hand sanitizer/Lysol wipes.

Counsel's staff contacted the Court's clerk and was told that in order to ensure that court security allowed these items into the courthouse, an order from the Court was required. Accordingly, defendants respectfully request that the Court issue the proposed order allowing counsel's staff to bring these items into the courthouse for trial.

DATED: June 9, 2022

Ariel A. Neuman
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____
Ariel A. Neuman
Attorneys for Defendants 940 Hill, LLC and Dae Yong Lee