# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS HUIZAR, et al.,<br><br>Defendant. | CASE NO. 20-CR-0326-JFW<br><br>**[PROPOSED] ORDER PERMITTING DEFENDANTS DAE YONG LEE AND 940 HILL LLC'S COUNSEL AND THEIR STAFF TO BRING EQUIPMENT TO TRIAL**<br><br>Assigned to Hon. John F. Walter |

The Court GRANTS Defendants 940 Hill, LLC and Dae Yong Lee's request to bring the following equipment to trial, set to commence on June 14, 2022:

1) Approximately 10 boxes of binders;

2) Two boxes of paper/office supplies;

3) Small laserjet printer;

4) Two small handcarts to move boxes; and

5) One box off snacks/hand sanitizer/Lysol wipes.

**IT IS SO ORDERED.**

DATED:_____                    _____
                                            Honorable John F. Walter
                                            United States District Judge