UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

| | | |
|---|---|---|
| Case No.   **CR 20-326(A)-JFW** | | Dated: June 10, 2022 |

======================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Shannon Reilly<br>Courtroom Deputy | None Present<br>Court Reporter | Mack Eric Jenkins<br>Veronica Dragalin<br>Cassie D. Palmer<br>Asst. U.S. Attorney<br>**Not Present** |

======================================================================

U.S.A. vs (Dfts listed below) - **Not Present**   Attorneys for Defendants - **Not Present**

5.  Dae Yong Lee                              5.  Ariel A Neuman, Retained
                                                  Ray S Seilie, Retained

6.  940 Hill, LLC                             6.  Ariel A Neuman, Retained
                                                  Ray S Seilie, Retained

_____

**PROCEEDINGS (IN CHAMBERS):   ORDER RE: DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S ASSERTION OF ATTORNEY-CLIENT PRIVILEGE (Docket No. 488)**

  To assist the Court in ruling on Defendants Dae Yong Lee and 940 Hill, LLC's Assertion of Attorney-Client Privilege for communications between defense counsel and certain members and employees or agents of Defendant 940 Hill, LLC (Docket No. 488), the Court orders counsel for Defendants Dae Yong Lee and 940 Hill, LLC to file a response to the Government's Response to Defendants' Offer of Proof Re: Assertion of Attorney-Client Privilege (Docket No. 497-1) by noon on June 11, 2022.  The response shall include a privilege log containing information sufficient to sustain the claim of privilege (including, but not limited to the date, parties involved and basis of claim) for each privileged communication.

  IT IS SO ORDERED.

Initials of Deputy Clerk   sr