Ariel A. Neuman - State Bar No. 241594
    aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
    rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA,, | CASE NO. 20-CR-0326-JFW |
|---|---|
| Plaintiff, | **DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S REPLY IN SUPPORT OF OBJECTIONS TO GOVERNMENT-RETAINED INTERPRETER FOR TRIAL TESTIMONY** |
| vs. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendant. | |
| | Assigned to Hon. John F. Walter |

3796104.1

The government's response to defendants Dae Yong Lee and 940 Hill, LLC's objection to the use of the government's retained interpreter only exacerbates the concerns defendants have raised. We now learn that the government's retained interpreter did not even respond to counsel's request because she apparently believes she works for the government and the government only ("her practice is to interpret for only one party – whoever first hired her"). In fact, at trial, the interpreter is not meant to work for *either* party; she should be a neutral.

Counsel has no familiarity with this interpreter and sought only to allay certain concerns that had come up. As the government acknowledges, "witnesses and their counsel [in this case] ha[ve] raised concerns about certain interpreters." Unfortunately, the manner in which this issue has unfolded, and now the government's response, has only heightened defendants' concerns.

Defendants have tried to work collaboratively to ensure that the concerns of all parties are met, and as part of that, suggested an interpreter who was available and acceptable. To date, the government has not articulated any objections to that person, but of course other options are available. At this point, no matter the quality of the government-retained interpreter's translations, the defense continues to object to her participation in this case.

DATED: June 10, 2022

Ariel A. Neuman
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____
Ariel A. Neuman
Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

3796104.1

1

DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S REPLY IN SUPPORT OF OBJECTIONS TO GOVERNMENT-RETAINED INTERPRETER FOR TRIAL TESTIMONY