# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendant. | CASE NO. 20-CR-0326(A)-JFW <br><br> **ORDER PERMITTING DEFENDANTS DAE YONG LEE AND 940 HILL LLC'S COUNSEL AND THEIR STAFF TO BRING EQUIPMENT TO TRIAL** <br><br> Assigned to Hon. John F. Walter |

The Court GRANTS Defendants 940 Hill, LLC and Dae Yong Lee's request to bring the following equipment to trial, set to commence on June 14, 2022:

1) Approximately 10 boxes of binders;
2) Two boxes of paper/office supplies;
3) Small laserjet printer;
4) Two small handcarts to move boxes; and
5) One box off snacks/hand sanitizer/Lysol wipes.

**IT IS SO ORDERED.**

DATED: June 10, 2022

_____
Honorable John F. Walter
United States District Judge