UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE HUIZAR, et al.,<br><br>Defendants. | No. 2:20-CR-326(A)-JFW-5, 6<br><br>ORDER SEALING DOCUMENTS |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for sealed filing is GRANTED.  The documents sought to be filed under seal shall be filed under seal.  The government may produce the underlying document as permitted or required by applicable law.

 June 9, 2022  
 DATE

HONORABLE JOHN F. WALTER  
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Veronica Dragalin*  
 VERONICA DRAGALIN  
 Assistant United States Attorney