| Name & Address: | |
|---|---|
| Bird, Marella, Boxer, Wolpert, Nessim, Drooks. Lincenberg & Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California  90067-2561<br>Telephone:  (310) 201-2100 | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br><br>JOSE LUIS HUIZAR, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>20-CR-0326-JFW<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed ☐ Lodged: **(List Documents)**  JOINT STATEMENT REGARDING OPENING DEMONSTRATIVES

**Reason:**

☒ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| June 10, 2022 | /s/ Ariel A. Neuman |
|---|---|
| Date | Attorney Name |
| | Attorneys for Defendants 940 Hill, LLC and Dae Yong Lee |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)
3796314.1

**NOTICE OF MANUAL FILING OR LODGING**

