1  Ariel A. Neuman - State Bar No. 241594
      aneuman@birdmarella.com
2  Ray S. Seilie - State Bar No. 277747
      rseilie@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   Attorneys for Defendants 940 Hill, LLC
7  and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOSE LUIS HUIZAR, et al.,<br><br>  Defendant. | CASE NO. 20-CR-0326-JFW<br><br>**DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS**<br><br>Filed Concurrently with [Proposed] Order<br><br>Assigned to Hon. John F. Walter |

1 | Defendants Dae Yong Lee and 940 Hill, LLC, by and through their counsel of
2 | record, Ariel A. Neuman and Ray S. Seilie of Bird, Marella, Boxer, Wolpert,
3 | Nessim, Drooks, Lincenberg & Rhow, P.C., hereby apply unopposed ex parte for an
4 | order that the Joint Statement Regarding Opening Demonstrative be filed under seal.
5 | The demonstratives include photographs of Mr. Lee and his family. Given the
6 | media attention to this matter, Mr. Lee respectfully requests that the Court seal the
7 | records in order to protect his and his family's privacy. Absent the instant filing,
8 | these demonstratives would not otherwise become part of the public record in this
9 | case.

10 | The government does not oppose this ex parte application and the request that
11 | the Joint Statement be filed under seal.

DATED: June 10, 2022

Ariel A. Neuman
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____
Ariel A. Neuman
Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee