Ariel A. Neuman - State Bar No. 241594
  aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,,<br><br>         Plaintiff,<br><br>    vs.<br><br>JOSE LUIS HUIZAR, et al.,<br><br>         Defendant. | CASE NO. 20-CR-0326-JFW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS**<br><br>Assigned to Hon. John F. Walter |

1     For Good Cause Shown, IT IS HEREBY ORDER THAT:

2     Defendants 940 Hill, LLC and Dae Yong Lee's unopposed *ex parte* application to file documents under seal is GRANTED. The documents sought to be filed under seal shall be filed under seal.

[In case of denial, the underlying documents shall be returned to the defendants, without filing of the document on the clerk's public docket.]

**IT IS SO ORDERED.**

DATED:_____

                                              Honorable John F. Walter
                                              United States District Judge