# Exhibit A



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If this is an amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**



FILED
Secretary of State
State of California

MAY 1 4 2014

1. **LIMITED LIABILITY COMPANY NAME**
   940 HILL LLC
   1020 S CROCKER ST 4TH FL
   LOS ANGELES  CA  90021

*This Space For Filing Use Only*

**File Number and State or Place of Organization**

2. SECRETARY OF STATE FILE NUMBER: 200816610175
3. STATE OR PLACE OF ORGANIZATION (If formed outside of California): CALIFORNIA

**No Change Statement**

4. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no Statement of Information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 15.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 5 and 7 cannot be P.O. Boxes.)

| # | STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL OFFICE | 1020 S CROCKER ST 4TH FL | LOS ANGELES | CA | 90021 |
| 6. MAILING ADDRESS OF LLC, IF DIFFERENT THAN ITEM 5 | | | | |
| 7. STREET ADDRESS OF CALIFORNIA OFFICE | 1020 S CROCKER ST 4TH FL | LOS ANGELES | CA | 90021 |

**Name and Complete Address of the Chief Executive Officer, If Any**

| # | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 8. | | | | | |

**Name and Complete Address of Any Manager or Managers, or if None Have Been Appointed or Elected, Provide the Name and Address of Each Member** (Attach additional pages, if necessary.)

| # | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 9. | DAE YONG LEE | 1020 S CROCKER ST 4TH ST | LOS ANGELES | CA | 90021 |
| 10. | | | | | |
| 11. | | | | | |

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California address, a P.O. Box is not acceptable. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.

12. NAME OF AGENT FOR SERVICE OF PROCESS: DAE YONG LEE
13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 1020 S CROCKER ST 4TH ST   CITY: LOS ANGELES   STATE: CA   ZIP CODE: 90021

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
    RENTAL OF COMMERICAL PROPERTY

15. THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 5-1-2014 | DAE YONG LEE | MANAGER | /s/ |

LLC-12 (REV 01/2014)                                            APPROVED BY SECRETARY OF STATE

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER – Sensitive Materials
Exhibit 2
Page 1 of 2

940HILL0008045
Casino_1684454

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*



I hereby certify that the foregoing transcript of _____1_____ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

MAY 2 1 2014

Date: _____

DEBRA BOWEN, Secretary of State

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

940HILL0008046
Casino_1684455

**Exhibit 2**
**Page 2 of 2**