# Exhibit B

## Privilege Log
### Regarding Communications Between Certain Witnesses and Counsel for 940 Hill LLC

| Witness | Date of Communication[1] | Individuals Involved | Purpose of Communication | Privilege Asserted |
|---|---|---|---|---|
| **Hyuk Lim** | May 26, 2022 | Counsel for 940 Hill LLC; Hyuk Lim; Counsel for Hyuk Lim | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege; Common interest privilege |
| **Lucy Kim** | May 26, 2022 | Counsel for 940 Hill LLC; Lucy Kim; Counsel for Lucy Kim | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege; Common interest privilege |
| **Julia Chang** | May 22, 2019 | Counsel for 940 Hill; Julia Chang | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege |
| Julia Chang | May 7, 2020 | Counsel for 940 Hill; Julia Chang | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege |
| Julia Chang | June 7, 2022 | Counsel for 940 Hill; Julia Chang; Counsel for Julia Chang | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege; Common interest privilege |
| **Joon Cheon** | May 22, 2019 | Counsel for 940 Hill; Joon Cheon | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege |
| Joon Cheon | June 7, 2022 | Counsel for 940 Hill; Joon Cheon; Counsel for Joon Cheon | Gathering information for LLC to obtain | LLC's attorney-client privilege; |

---

[1]   All communications were oral unless otherwise noted.

1

| | | | legal advice in anticipation of litigation | Common interest privilege |
|---|---|---|---|---|
| **Jason Kang** | May 2, 2019 | Counsel for 940 Hill; Jason Kang | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege |
| Jason Kang | May 22, 2020 | Counsel for 940 Hill; Jason Kang; Counsel for Jason Kang | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege; Common interest privilege |
| Jason Kang | May 23, 2022 (email) | Counsel for 940 Hill; Jason Kang; Counsel for Jason Kang | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege; Common interest privilege |
| Jason Kang | May 27, 2022 | Counsel for 940 Hill; Jason Kang; Counsel for Jason Kang | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege; Common interest privilege |
| **Fred Shaffer** | May 28, 2019 | Counsel for 940 Hill LLC; Fred Shaffer | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege |
| | May 12, 2020 | Counsel for 940 Hill LLC; Fred Shaffer | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege |
| | April 12, 2022 | Counsel for 940 Hill LLC; Fred Shaffer; Counsel for Fred Shaffer | Gathering information for LLC to obtain legal advice in anticipation of litigation | LLC's attorney-client privilege; Common interest privilege |