TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
CASSIE D. PALMER (Cal Bar. No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0363
    Facsimile: (213) 894-6436
    E-mail:    Mack.Jenkins@usdoj.gov
             Veronica.Dragalin@usdoj.gov
             Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LUIS HUIZAR, et. al,<br><br>    Defendant. | No. CR 2:20-326(A)-JFW-5, 6<br><br>JOINT PROPOSED JURY INSTRUCTIONS – IN THE COURSE OF TRIAL<br><br>Trial Date: June 14, 2022<br>Trial Time: 8:00 A.M.<br>Location:   Courtroom of the Hon.<br>           John F. Walter |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Cassie D. Palmer, and defendants DAE YONG LEE and 940 HILL, LLC, by and through their counsel of record Ariel A. Neuman and Ray S. Seilie, hereby submit their Joint Proposed Jury Instructions – In the Course of Trial.  The parties respectfully reserve the right to supplement these jury instructions as needed.

Unless otherwise noted, the parties have used the most recent version (as of March 2022) of the Jury Instructions found on the Ninth Circuit's website at: https://www.ce9.uscourts.gov/jury-instructions/model-criminal.

Dated: June 13, 2022              Respectfully submitted,

                                              TRACY L. WILKISON
                                              United States Attorney

                                              SCOTT M. GARRINGER
                                              Assistant United States Attorney
                                              Chief, Criminal Division

                                              */s/ Cassie D. Palmer*
                                              MACK E. JENKINS
                                              VERONICA DRAGALIN
                                              CASSIE D. PALMER
                                              Assistant United States Attorneys

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA


Dated: June 13, 2022              */s/ with email authorization*
                                              ARIEL A. NEUMAN
                                              RAY S. SEILIE
                                              Attorneys for Defendants
                                              DAE YONG LEE and 940 HILL, LLC

**INDEX OF AGREED-UPON JOINT PROPOSED JURY INSTRUCTIONS**

**IN THE COURSE OF TRIAL**

| Proposed No. | Court No. | Title | Source | Page |
|---|---|---|---|---|
| *Instructions in the Course of Trial* | | | | |
| 1 | | Cautionary Instruction | Ninth Circuit Model Criminal Jury Instructions, No. 2.1 (2022 ed.) | 1 |
| 2 | | Stipulations of Fact | Ninth Circuit Model Criminal Jury Instructions, No. 2.3 (2022 ed.) | 2 |
| 3 | | Transcript of Recording in English | Ninth Circuit Model Criminal Jury Instructions, No. 2.6 (2022 ed.) | 3 |
| 4 | | Transcript of Recording in Foreign Language | Ninth Circuit Model Criminal Jury Instructions, No. 2.7 (2022 ed.) (modified) | 4 |
| 5 | | Translation of Evidence in Foreign Language | Ninth Circuit Model Criminal Jury Instructions, No. 2.7 (2022 ed.) (modified) | 5 |
| 6 | | Foreign Language Testimony | Ninth Circuit Model Criminal Jury Instructions, No. 2.9 (2022 ed.) (modified) | 6 |
| 7 | | Evidence for Limited Purpose; Other Crimes, Wrongs, or Acts of Defendant – Re: Tax Records | Ninth Circuit Model Criminal Jury Instructions, No. 2.12, 3.3 (2022 ed.) (modified) | 7 |

| Proposed No. | Court No. | Title | Source | Page |
|---|---|---|---|---|
| 8 |  | Evidence for Limited Purpose – Re: Effect on the Listener | Ninth Circuit Model Criminal Jury Instructions, No. 2.12 (modified) | 8 |
| 9 |  | Evidence for Limited Purpose – Re: Ethics Code | Ninth Circuit Model Criminal Jury Instructions, No. 2.12 (modified) | 9 |

STIPULATED INSTRUCTION NO. 1

RE: CAUTIONARY INSTRUCTION

<u>At the End of Each Day of the Case</u>:

As I indicated before this trial started, you as jurors will decide this case based solely on the evidence presented in this courtroom.  This means that, after you leave here for the night, you must not conduct any independent research about this case, the matters in the case, the legal issues in the case, or the individuals or other entities involved in the case.  This is important for the same reasons that jurors have long been instructed to limit their exposure to traditional forms of media information such as television and newspapers.  You also must not communicate with anyone, in any way, about this case.  And you must ignore any information about the case that you might see while browsing the internet or your social media feeds.

<u>At the Beginning of Each Day of the Case</u>:

As I reminded you yesterday and continue to emphasize to you today, it is important that you decide this case based solely on the evidence and the law presented here.  So you must not learn any additional information about the case from sources outside the courtroom.  To ensure fairness to all parties in this trial, I will now ask each of you whether you have learned about or shared any information about this case outside of this courtroom, even if it was accidental.

Ninth Circuit Model Criminal Jury Instructions, No. 2.1 (2022 ed.) [Cautionary Instruction]

1

STIPULATED INSTRUCTION NO. 2

RE: STIPULATIONS OF FACT

The parties have agreed to certain facts that have been stated to you. Those facts are now conclusively established.

Ninth Circuit Model Criminal Jury Instructions, No. 2.3 (2022 ed.) [Stipulations of Fact]

STIPULATEFD INSTRUCTION NO. 3

RE: TRANSCRIPT OF RECORDING IN ENGLISH

You are about to hear a recording that has been received in evidence. Please listen to it very carefully. A transcript of the recording is being provided to help you identify speakers and as a guide to help you listen to the recording. However, bear in mind that the recording is the evidence, not the transcript. If you hear something different from what appears in the transcript, what you heard is controlling. After the recording is played, the transcript will be removed.

Ninth Circuit Model Criminal Jury Instructions, No. 2.6 (2022 ed.) [Transcript of Recording in English]

STIPULATED INSTRUCTION NO. 4

RE: TRANSCRIPTS OF EVIDENCE IN FOREIGN LANGUAGE

You are about to hear evidence of recordings in the Korean language. Transcripts of the recordings will be admitted into evidence, read aloud, and displayed to you during trial. The transcripts are English-language translations of the recordings.

Although some of you may know the Korean language, it is important that all jurors consider the same evidence. The transcripts are the evidence. Therefore, you must accept the English-language translations contained in the transcripts.

Ninth Circuit Model Criminal Jury Instructions, No. 2.7 (2022 ed.) [Transcript of Recording in Foreign Language] (modified to reflect recordings not played)

STIPULATED INSTRUCTION NO. 5

RE: TRANSLATIONS OF EVIDENCE IN FOREIGN LANGUAGE

You are about to see evidience for which the original content was in the Korean language. English-language translations have been provided.

Although some of you may know the Korean language, it is important that all jurors consider the same evidence. The English-language translation is the evidence, not the foreign language that appears in the document. Therefore, you must accept the English-language translation contained in the document and disregard any different meaning of the non-English words.

Ninth Circuit Model Criminal Jury Instructions, No. 2.7 (2022 ed.) [Transcript of Recording in Foreign Language] (modified to reflect documents in foreign language)

STIPULATED INSTRUCTION NO. 6

RE: FOREIGN LANGUAGE TESTIMONY

You are about to hear testimony of a witness who will be testifying in the Korean language. Witnesses who do not speak English or are more proficient in another language testify through an official court interpreter. Although some of you may know the Korean language, it is important that all jurors consider the same evidence. Therefore, you must accept the interpreter's translation of the witness's testimony. You must disregard any different meaning.

You must not make any assumptions about a witness or party based solely on the fact that an interpreter was used.

Ninth Circuit Model Criminal Jury Instructions, No. 2.9 (2022 ed.) [Foreign Language Testimony]

STIPULATED INSTRUCTION NO. 7

RE: LIMITING INSTRUCTION RE: TAX RECORDS

You are about to hear evidence related to defendant 940 Hill LLC's tax records.  The tax records should be considered solely for their relevance as to the charged crimes and nothing else.  There are no tax violations charged against the defendants in this case.  The parties agree that there is no evidence presented at this trial that Mr. Lee or 940 Hill LLC avoided paying the taxes they each owed to the federal government or the state of California.

Ninth Circuit Model Criminal Jury Instructions, Nos. 2.12, 3.3 (2022 ed.) [Evidence for Limited Purpose; Other Crimes, Wrongs, or Acts of Defendant] (modified to reflect facts of case)

7

STIPULATED INSTRUCTION NO. 8

RE: LIMITING INSTRUCTION RE: EFFECT ON THE LISTENER

[For Exhibits 28-32, 41, 43, 44, 47, and 59]

You are about to see evidence of statements that are being admitted only for the limited purpose of establishing their potential effect on the listener, and not for the truth of their contents. Therefore, you must consider those statements only for that limited purpose and not for any other purpose.

Ninth Circuit Model Criminal Jury Instructions, No. 2.12 (2022 ed.) (modified to reflect facts of the case)

STIPULATED INSTRUCTION NO. 9

RE: LIMITING INSTRUCTION RE: ETHICS CODE

[For Exhibit 121]

Exhibit 121 is the City of Los Angeles Code of Ethics.  I instruct you that Exhibit 121 is admitted only for the limited purpose of establishing that the Code of Ethics applies to public officials of the City of Los Angeles.  It does not provide guidance as to any laws that apply to either defendant in this case.  The Court's other instructions provide the law applicable to this case.  Therefore, you must consider this evidence only for that limited purpose and not for any other purpose.

Ninth Circuit Model Criminal Jury Instructions, No. 2.12 (2022 ed.) (modified to reflect facts of the case)