Ariel A. Neuman - State Bar No. 241594
  aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendant. | CASE NO. 20-CR-0326-JFW <br><br> **JOINT STIPULATION REGARDING DEFENSE EXHIBITS** <br><br> Assigned to Hon. John F. Walter |

3796373.3

1    Defendants Dae Yong Lee and 940 Hill, LLC, by and through their counsel of
2    record, Ariel A. Neuman and Ray S. Seilie, and Plaintiff United States of America,
3    by and through its counsel of record, and the United States Attorney for the Central
4    District of California and Assistant United States Attorneys Mack E. Jenkins,
5    Veronica Dragalin, and Cassie D. Palmer, hereby submit the parties' Joint Pre-Trial
6    Defense Exhibit List.

7    Where there is no objection to an exhibit, the categories Government
8    Objection and Defendant Response in the stipulation are left blank. As noted in the
9    appropriate column, on June 6, 2022, defendants disclosed a number of potential
10   impeachment exhibits which had not previously been produced to the government,
11   in order to resolve any authenticity disputes in advance of trial. As to some of those
12   items, there is no authenticity dispute as to those items; other objections are noted
13   below.

14   As to exhibits (Exhibits 318-342 and 351-361) the government declines to
15   stipulate to the authenticity of those exhibits.

16   **Government's Statement Regarding Authenticity of (Exhibits 318-342**
17   **and 351-361).** The government has been unable to authenticate certain exhibits
18   based on the information defendants have provided (and refused to provide) to date.
19   As an illustration, Defense Exhibit 321 appears to be a screenshot of a Cellebrite
20   native report for one of George Esparza's phones, which shows certain metadata
21   associated with the report. Special Agent Civetti has compared the metadata in the
22   screenshot in Defense Exhibit 321 with the properties and metadata of the Cellebrite
23   native report in his possession. The metadata does not match. For example, the
24   location, created date, modified date, and accessed date are not the same.
25   Defendants have to date refused to provide additional information regarding how the
26   particular screenshots were created, by whom, and using what process. If
27   defendants seek to admit these records at trial, they should establish the authenticity
28   and foundation of those records through the investigator or individual who prepared

them, and not through Agent Civetti. The government proposed resolving this issue by having defendants provide a custodian-type declaration from the person who created these documents to establish the foundation for the documents, which defendants have refused. Without more information, the government is unable to authenticate these records.[1]

**Defendants' Response Regarding Authenticity of (Exhibits 318-342 and 351-361).** Unfortunately, the government's position on these exhibits has shifted three times, making a meaningful meet and confer impossible. First, after receiving the exhibits on June 6, on June 8 the government indicated in writing that it had no authenticity objections to any of the defense exhibits, and raised none during the parties' meet and confer on June 9. Then, late on Friday, June 10, the government raised an authenticity objection, essentially saying Agent Civetti was too busy to try to confirm their authenticity, but not identifying any specific problems with the exhibits.[2] Now, on the eve of filing this Joint Statement,[3] the government raises a single dispute about a single exhibit for the very first time, and otherwise says it cannot authenticate "certain [otherwise unidentified] exhibits." The government's moving target of a position and failure to provide sufficient information for the defense to respond except as to one exhibit, is not consistent with this Court's order for a good faith meet and confer and for the government to provide "specific reasons

---

[1] The government respectfully requests an opportunity to be heard in Court at the appropriate time regarding defendants' position. The government drafted its Statement Regarding Authenticity before having an opportunity to see defendants' position herein. The issue the government identified with Exhibit 321 applies to other exhibits as well and is merely an illustration of the authenticity issue presented by these records and defendants' refusal to provide more information.

[2] On Saturday June 11, the government said that it *might* reconsider its position if the defense provided a declaration from the person who created the exhibits. It still raised no specific objections for that declaration to address.

[3] At 6:00 p.m. on June 12.

3796373.3

3

JOINT STIPULATION REGARDING DEFENSE EXHIBITS

for the Government's failure to stipulate" to the authenticity of any exhibits. (ECF No. 456 at 2).

To be clear, these exhibits are extracted from the very Cellebrite database that the government produced to the defense and about which Agent Civetti apparently intends to testify at trial as foundation for numerous government exhibits. Had the government identified specific issues with the authenticity of the defense exhibits in a timely fashion (or at all), the defense could have attempted to address them. Instead, the government has stonewalled and shifted its position three times, twice *after* the parties' meet and confer.

In light of the government's failure to abide by the Court's order, the defense requests that, as set forth therein, the Court find that the government has waived its authenticity and foundation objections to these exhibits.

| No. | Description | Witness | Gov't Objections | Def. Response |
|---|---|---|---|---|
| 300 | 7/21/2015 Master Land Use Permit Application [color version of Ex. 7] | Fred Shaffer; Joon Cheon | | |
| 301 | 8/11/2015 DLANC Letter in Support | Fred Shaffer | Hearsay | Not offered for truth |
| 302 | 5/17/2016 Email from David Lee to Justin Kim re 940 Hill Project Application and Planning Department Hearing | Fred Shaffer | Hearsay | Not offered for truth |
| 303 | 5/19/2016 Email from Joon Cheon re LA Times Publication of Project | Fred Shaffer; Joon Cheon | Hearsay | Not offered for truth |
| 304 | 6/10/2016 Planning and Econ Development Weekly Report | Shawn Kuk | | |
| 305 | 6/15/2016 Planning Department Staff Report | Fred Shaffer | | |
| 306 | 6/17/2016 Planning and Econ Development Weekly Report | Shawn Kuk | | |
| 307 | 7/2/2016 Email from Justin Kim to George Esparza re 940 Hill Project Payment | Justin Kim; George Esparza | Hearsay | Not offered for truth; impeachment |
| 308 | 7/22/2016 Director's Determination Letter re 940 S Hill | Fred Shaffer; Joon Cheon | | |
| 309 | 2/13/2017 Briefing re 940 S Hill Appeal Status | Shawn Kuk | | |
| 310 | Spreadsheet Prepared by Shawn Kuk | Shawn Kuk | Hearsay in "Full Comments" column | Not offered for truth |
| 311 | Photographs of 940 S. Hill | Fred Shaffer; Joon Cheon | | |
| 312 | 8/15/2016 Email from Joon Cheon re Initial Analysis of CREED Appeal | Fred Shaffer; Joon Cheon; Julia Chang | Effect on listener only | Agreed |
| 313 | 9/26/2016 Letter from Parker Environmental Consultants to Heather Bleemers | Fred Shaffer | Authenticity; lack of foundation; hearsay | Fred Shaffer will establish authenticity and foundation; not offered for truth |

| No. | Description | Witness | Gov't Objections | Def. Response |
|---|---|---|---|---|
| 314 | Draft Planning Department Appeal Recommendation Report for 9/27/2016 Central Area Planning Commission Hearing on 940 Hill | Fred Shaffer; Joon Cheon; Julia Chang | Effect on listener only | Agreed |
| 315 | 12/8/2016 Email from Justin Kim re CREED Appeal of 800 South Western Avenue | Justin Kim | Hearsay | Not offered for truth |
| 316 | 12/26/2016 Email from Justin Kim re CREED Appeal re 3545 Wilshire with attachments | Justin Kim | Effect on listener only | Agreed |
| 317 | 1/25/2017 Emails from Julia Chang to Planning Department re 940 Hill Hearing Dates | Fred Shaffer; Joon Cheon; Julia Chang | Effect on listener only | Agreed |
| 318 | Esparza (03242015 - 01142016) - UFED Reader Report Creation Data | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment. |
| 319 | Esparza (07252016 - 08252017) - UFED Reader Report Creation Data | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 320 | Esparza (08252017 - 11072018) - UFED Reader Report Creation Data | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 321 | Esparza (4245) - UFED Reader Report Creation Data | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 322 | Esparza (6810) - UFED Reader Report Creation Data | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 323 | Esparza (03242015 - 01142016) - Extraction Overview – Identification | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 324 | Esparza (07252016 - 08252017) - Extraction Overview – Identification | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of |

| No. | Description | Witness | Gov't Objections | Def. Response |
|---|---|---|---|---|
| | | | | testimony; impeachment |
| 325 | Esparza (6810) - Extraction Overview – Identification | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 326 | Esparza (08252017 - 11072018) - Extraction Overview – Identification | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 327 | Esparza (4245) - Extraction Overview – Identification | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 328 | Esparza (03242015 - 01142016) - UFED Version | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 329 | Esparza (07252016 - 08252017) - UFED Version | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 330 | Esparza (6810) - UFED Version | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 331 | Esparza (08252017 - 11072018) - UFED Version | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 332 | Esparza (4245) - UFED Version | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 333 | Esparza (03242015 - 01142016) - Listing of Installed Apps | Agent Civetti | Relevance; 403: confusion, waste of time | Provided as courtesy in advance of testimony; impeachment |

| No. | Description | Witness | Gov't Objections | Def. Response |
|---|---|---|---|---|
| 334 | Esparza (03242015 - 01142016) - WeChat Messages | Agent Civetti | Relevance; 403: confusion, waste of time | Provided as courtesy in advance of testimony; impeachment |
| 335 | Esparza (03242015 - 01142016) - WhatsApp Messages | Agent Civetti | Relevance; 403: confusion, waste of time | Provided as courtesy in advance of testimony; impeachment |
| 336 | Esparza (07252016 - 08252017) - Listing of Installed Apps | Agent Civetti | Relevance; 403: confusion, waste of time | Provided as courtesy in advance of testimony; impeachment |
| 337 | Esparza (07252016 - 08252017) - WeChat Messages | Agent Civetti | Relevance; 403: confusion, waste of time | Provided as courtesy in advance of testimony; impeachment |
| 338 | Esparza (07252016 - 08252017) - WhatsApp Messages | Agent Civetti | Relevance; 403: confusion, waste of time | Provided as courtesy in advance of testimony; impeachment |
| 339 | Esparza (6810) - Listing of Installed Apps | Agent Civetti | Relevance; 403: confusion, waste of time | Provided as courtesy in advance of testimony; impeachment |
| 340 | Esparza (08252017 - 11072018) - Listing of Installed Apps | Agent Civetti | Relevance; 403: confusion, waste of time | Provided as courtesy in advance of testimony; impeachment |
| 341 | Esparza (08252017 - 11072018) - WeChat Messages | Agent Civetti | Relevance; 403: confusion, waste of time | Provided as courtesy in advance of testimony; impeachment |
| 342 | Esparza (4245) | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 343 | 5/9/2013 Email from Justin Kim re The Fashion Town | Justin Kim; Lucy Kim | Hearsay | Not offered for truth; impeachment |

| No. | Description | Witness | Gov't Objections | Def. Response |
|---|---|---|---|---|
| 344 | 5/22/2013 Email from Justin Kim re The Fashion Town, LLC | Justin Kim; Lucy Kim | Hearsay | Not offered for truth; impeachment |
| 345 | 7/28/2013 Email from Justin Kim re The Fashion Town, LLC | Justin Kim; Lucy Kim | Hearsay | Not offered for truth; impeachment |
| 346 | 10/26/2015 Email from Justin Kim Felipe Fuentes Fundraiser | Justin Kim | Hearsay (multiple levels) | Not offered for truth; impeachment |
| 347 | 8/29/2016 Email from Justin Kim re Herb Wesson Fundraiser | Justin Kim; Lucy Kim | Hearsay (multiple levels) | Not offered for truth; impeachment |
| 348 | 11/11/2016 Email from Justin Kim re Gilbert Cedillo Fundraiser | Justin Kim; Lucy Kim | Hearsay (multiple levels) | Not offered for truth; impeachment |
| 349 | 2/27/2017 Email from Justin Kim re Curren Price Fundraiser | Justin Kim; Lucy Kim | Hearsay (multiple levels) | Not offered for truth; impeachment |
| 350 | Justin Kim Phone Logs (Cover Page Only) | Agent Civetti | | |
| 351 | Kim - Extraction Overview – Identification | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 352 | Kim - UFED Version | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 353 | Kim - Parsed Call Logs | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 354 | Kim - Call Logs Sorted by Time | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 355 | Kim - SMS Messages Sorted by Date | Agent Civetti | Foundation; authenticity; relevance; Hearsay; 403; | Provided as courtesy in advance of testimony; |

| No. | Description | Witness | Gov't Objections | Def. Response |
|---|---|---|---|---|
| | | | prejudice, confusion | impeachment |
| 356 | Kim - SMS Messages To/From Lee Sorted by Date | Agent Civetti | Foundation; authenticity; relevance; hearsay | Provided as courtesy in advance of testimony; impeachment |
| 357 | Kim - MMS Messages Sorted by Date | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 358 | Kim - MMS Messages to Lee | Agent Civetti | Foundation; authenticity; relevance; hearsay; 403: confusion | Provided as courtesy in advance of testimony; impeachment |
| 359 | Kim - Installed Apps | Agent Civetti | Foundation; authenticity; 403: cumulative (duplicate of 353) | Provided as courtesy in advance of testimony; impeachment |
| 360 | Kim - Listing of Installed Applications | Agent Civetti | Foundation; authenticity; relevance; 403: confusion, waste of time | Provided as courtesy in advance of testimony; impeachment |
| 361 | Kim - UFED Reader Report Creation Data | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |

| | | |
|---|---|---|
| 1 | DATED:  June 13, 2022 | Ariel A. Neuman |
| 2 | | Ray S. Seilie |
| | | Bird, Marella, Boxer, Wolpert, Nessim, |
| 3 | | Drooks, Lincenberg & Rhow, P.C. |

By: _____/s/ Ray S. Seilie_____
Ray S. Seilie
Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

Dated: June 13, 2022        Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

By: _____/s/ via email authorization_____
MACK E. JENKINS
VERONICA DRAGALIN
CASSIE D. PALMER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA