Ariel A. Neuman - State Bar No. 241594
 aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
 rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS HUIZAR, et al.,<br><br>Defendant. | CASE NO. 20-CR-0326-JFW<br><br>**DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DEFENDANT'S MOTION TO COMPEL USE IMMUNITY FOR CHRIS MODRZEJEWSKI**<br><br>Filed Concurrently with [Proposed] Order]<br><br>Assigned to Hon. John F. Walter |

Defendants Dae Yong Lee and 940 Hill, LLC, by and through their counsel of record, Ariel A. Neuman and Ray S. Seilie of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., hereby apply unopposed ex parte for an order that Defendants Dae Yong Lee and 940 Hill, LLC's Motion to Compel Use Immunity for Chris Modrzejewski (Dkt. 513) and all documents filed concurrently therewith (Dkt. 513-1 through Dkt. 513-10) (collectively, the "Motion") be sealed by the Court.

Shortly after Defendants filed the Motion, counsel for Chris Modrzejewski contacted Defendants' counsel of record and asked that it be sealed. Given the media attention to this matter, Mr. Modrzejewski respectfully requests that the Court seal the Motion in order to protect his and his family's privacy. Neither defense counsel nor the government object to Mr. Modrzejewski's request.

DATED: June 13, 2022

Ariel A. Neuman
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: /s/ Ariel A. Neuman
Ariel A. Neuman
Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee