Ariel A. Neuman - State Bar No. 241594
  aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS HUIZAR, et al.,<br><br>Defendant. | CASE NO. 20-CR-0326-JFW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNPPOSED *EX PARTE* APPLICTION FOR ORDER SEALING DEFENDANTS' MOTION TO COMPEL USE IMMUNITY FOR CHRIS MODRZEJEWSKI**<br><br>[Filed Concurrently with Unopposed Ex Parte Application for Order Sealing Defendants' Motion to Compel Use Immunity for Chris Modrzejewski]<br><br>Assigned to Hon. John F. Walter |

3796652.1

The Court has received and considered Defendants Dae Yong Lee and 940 Hill, LLC's Unopposed *Ex Parte* Application for Order Sealing Defendants' Motion to Compel Use Immunity for Chris Modrzejewski (Dkt. 513 and Dkt. 513-1 through 513-10).

The Court grants the Application and orders that Dkt. 513 and all accompanying documents be sealed..

**IT IS SO ORDERED.**

DATED:

_____
Hon. John F. Walter
United States District Judge