Ariel A. Neuman - State Bar No. 241594
  aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br>   Plaintiff, <br><br>   vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br>   Defendant. | CASE NO. 20-CR-0326-JFW <br><br> **JOINT STATEMENT RE OBJECTIONS TO DEFENSE EXHIBITS** <br><br> Assigned to Hon. John F. Walter |

3796675.2

Defendants Dae Yong Lee and 940 LLC, by and through their counsel of record, Ariel A. Neuman and Ray S. Seilie, and Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Cassie D. Palmer hereby submit the parties' Joint Statement re: Objections to Defense Exhibits, pursuant to the Court's order on June 13, 2022 (ECF No. 515). A revised version of the defense exhibit list is attached as Attachment A.

The parties met and conferred in person in advance of this submission. Pursuant to those discussions, the government withdrew its objections to Exhibits 307, 310, 315, 323-338, 340-341, 351-354, and 359-360. The government agreed to withdraw their hearsay objections to 302, 303, and 343-349 subject to an agreement that these exhibits would only be introduced for effect on the listener (to which defendants agree). The parties agreed that defendants would withdraw Exhibit 313 and replace it with Exhibit 362, to which the government has no objection. These revised positions, as well as the parties' remaining disputes, are described below.

The government notes that it still seeks to preserve objections not yet ripe in the instant Joint Statement, namely, objections to outside the scope, 403, improper impeachment, and/or relevance, depending on how the evidence comes in at trial and depending on the intended use of a defense exhibit.

**Exhibit 301**

**Government's Objection:** Hearsay.

**Defendants' Position:** This document is a letter from the Downtown Los Angeles Neighborhood Council to the Planning Department that was copied to Fred Shaffer. Defendants intend to introduce this exhibit for the sole purpose of establishing Shaffer's state of mind while he was working for 940 Hill as a contractor. Defendants do not seek to introduce this document to establish the truth of any statements contained within.

**Government's Position:**

The exhibit contains multiple out of court statements that assert various facts offered for their truth and that do not fall under any applicable exception. Specifically, a "Letter in Support" containing various sources extolling the virtues of the 940 Hill Project and other facts favorable to the defendant is hearsay. Simply asserting an exhibit is not offered for its truth is not sufficient to overcome a hearsay objection when the clear import of the document is to convey factual assertions that seek to bolster a defense theory or assertion. Moreover, Mr. Shaffer's state of mind of mind while working on the 940 Hill Project is not relevant to whether the defendants intended to bribe public officials.

**Exhibits 355, 356, 357, 358**

**Government's Objection:** Relevance, hearsay, 403

**Defendants' Position:** These exhibits are Cellebrite extracts of text messages, which defendants seek to use to show the volume and date ranges of text messages extracted from phones seized by the government, in the format in which they were extracted. Defendants do not seek to introduce these extracts to establish the truth of any statements in the messages themselves. Defendants are willing to prepare versions of these exhibits that redact the contents of the text messages to send back to the jury room if that addresses the government's concerns.

**Government's Position:** The exhibit contains multiple out of court text message communications that assert various facts offered for their truth and that do not fall under any applicable exception. In addition, due to the volume, irrelevant, and private nature of the communications the government further objects under Rules 403 (unduly prejudicial, jury confusion, and waste of time) and 401. To satisfy defendants stated purpose, they need only redact all of the content of these messages <u>before</u> showing them to the jury at any point during the trial. 403 concerns are not escaped by simply not again displaying objectionable content during jury deliberations. Should defendants make such full content redactions before displaying to the jury, the government will withdraw its objections.

**Exhibits 318-322, 361**

**Government's Objection:** Foundation, authenticity

**Defendants' Position:** The government has informed defense counsel that Agent Civetti has not been able to authenticate or establish foundation for these exhibits. Based on this representation, defendants will not seek to introduce these exhibits through Agent Civetti, but will leave these documents on their list as placeholders in the event that they determine that the documents can be authenticated through a different witness.

**Government's Position:** Defendants accurately describe the government's position. Specifically, that, after several attempts, Special Agent Civetti is unable to replicate the specific UFED Reader Report displays depicted in these exhibits, which he had been able to accomplish for several other UFED reports depicted in defense exhibits (and for which the government accordingly withdrew its foundation and authenticity objections). To the extent defendants can lay proper foundation through a competent witness, the government will not object to their admission.

DATED: June 14, 2022

Ariel A. Neuman
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:  /s/ Ray S. Seilie
Ray S. Seilie
Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

Dated: June 14, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

By:  /s/ via email authorization
MACK E. JENKINS
VERONICA DRAGALIN
CASSIE D. PALMER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# ATTACHMENT A
# REVISED DEFENSE EXHIBIT LIST

| No. | Description | Witness | Gov't Objections | Def. Response |
|---|---|---|---|---|
| 300 | 7/21/2015 Master Land Use Permit Application [color version of Ex. 7] | Fred Shaffer; Joon Cheon | | |
| 301 | 8/11/2015 DLANC Letter in Support | Fred Shaffer | Hearsay | Not offered for truth |
| 302 | 5/17/2016 Email from David Lee to Justin Kim re 940 Hill Project Application and Planning Department Hearing | Fred Shaffer | Effect on listener only | Agreed |
| 303 | 5/19/2016 Email from Joon Cheon re LA Times Publication of Project | Fred Shaffer; Joon Cheon | Effect on listener only | Agreed |
| 304 | 6/10/2016 Planning and Econ Development Weekly Report | Shawn Kuk | | |
| 305 | 6/15/2016 Planning Department Staff Report | Fred Shaffer | | |
| 306 | 6/17/2016 Planning and Econ Development Weekly Report | Shawn Kuk | | |
| 307 | 7/2/2016 Email from Justin Kim to George Esparza re 940 Hill Project Payment | Justin Kim; George Esparza | | |
| 308 | 7/22/2016 Director's Determination Letter re 940 S Hill | Fred Shaffer; Joon Cheon | | |
| 309 | 2/13/2017 Briefing re 940 S Hill Appeal Status | Shawn Kuk | | |
| 310 | Spreadsheet Prepared by Shawn Kuk | Shawn Kuk | | |
| 311 | Photographs of 940 S. Hill | Fred Shaffer; Joon Cheon | | |
| 312 | 8/15/2016 Email from Joon Cheon re Initial Analysis of CREED Appeal | Fred Shaffer; Joon Cheon; Julia Chang | Effect on listener only | Agreed |
| 313 | WITHDRAWN AND REPLACED WITH EXHIBIT 362 | | | |
| 314 | Draft Planning Department Appeal Recommendation Report for 9/27/2016 Central Area Planning Commission Hearing on 940 Hill | Fred Shaffer; Joon Cheon; Julia Chang | Effect on listener only | Agreed |
| 315 | 12/8/2016 Email from Justin Kim re CREED Appeal of 800 South Western Avenue | Justin Kim | | |

| | | | | |
|---|---|---|---|---|
| 316 | 12/26/2016 Email from Justin Kim re CREED Appeal re 3545 Wilshire with attachments | Justin Kim | Effect on listener only | Agreed |
| 317 | 1/25/2017 Emails from Julia Chang to Planning Department re 940 Hill Hearing Dates | Fred Shaffer; Joon Cheon; Julia Chang | Effect on listener only | Agreed |
| 318 | Esparza (03242015 - 01142016) - UFED Reader Report Creation Data | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment. |
| 319 | Esparza (07252016 - 08252017) - UFED Reader Report Creation Data | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 320 | Esparza (08252017 - 11072018) - UFED Reader Report Creation Data | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 321 | Esparza (4245) - UFED Reader Report Creation Data | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 322 | Esparza (6810) - UFED Reader Report Creation Data | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 323 | Esparza (03242015 - 01142016) - Extraction Overview – Identification | Agent Civetti | | |
| 324 | Esparza (07252016 - 08252017) - Extraction Overview – Identification | Agent Civetti | | |
| 325 | Esparza (6810) - Extraction Overview – Identification | Agent Civetti | | |
| 326 | Esparza (08252017 - 11072018) - Extraction Overview – Identification | Agent Civetti | | |
| 327 | Esparza (4245) - Extraction Overview – Identification | Agent Civetti | | |
| 328 | Esparza (03242015 - 01142016) - UFED Version | Agent Civetti | | |
| 329 | Esparza (07252016 - 08252017) - UFED Version | Agent Civetti | | |

| | | | | |
|---|---|---|---|---|
| 330 | Esparza (6810) - UFED Version | Agent Civetti | | |
| 331 | Esparza (08252017 - 11072018) - UFED Version | Agent Civetti | | |
| 332 | Esparza (4245) - UFED Version | Agent Civetti | | |
| 333 | Esparza (03242015 - 01142016) - Listing of Installed Apps | Agent Civetti | | |
| 334 | Esparza (03242015 - 01142016) - WeChat Messages | Agent Civetti | | |
| 335 | Esparza (03242015 - 01142016) - WhatsApp Messages | Agent Civetti | | |
| 336 | Esparza (07252016 - 08252017) - Listing of Installed Apps | Agent Civetti | | |
| 337 | Esparza (07252016 - 08252017) - WeChat Messages | Agent Civetti | | |
| 338 | Esparza (07252016 - 08252017) - WhatsApp Messages | Agent Civetti | | |
| 339 | Esparza (6810) - Listing of Installed Apps | Agent Civetti | Relevance; 403: confusion, waste of time | Provided as courtesy in advance of testimony; impeachment |
| 340 | Esparza (08252017 - 11072018) - Listing of Installed Apps | Agent Civetti | | |
| 341 | Esparza (08252017 - 11072018) - WeChat Messages | Agent Civetti | | |
| 342 | Esparza (4245) | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 343 | 5/9/2013 Email from Justin Kim re The Fashion Town | Justin Kim; Lucy Kim | Effect on listener only | Agreed |
| 344 | 5/22/2013 Email from Justin Kim re The Fashion Town, LLC | Justin Kim; Lucy Kim | Effect on listener only | Agreed |
| 345 | 7/28/2013 Email from Justin Kim re The Fashion Town, LLC | Justin Kim; Lucy Kim | Effect on listener only | Agreed |

3796675.2

9

JOINT STATEMENT RE OBJECTIONS TO DEFENSE EXHIBITS

| # | Description | Witness | Objection | Response |
|---|---|---|---|---|
| 346 | 10/26/2015 Email from Justin Kim Felipe Fuentes Fundraiser | Justin Kim | Effect on listener only | Agreed |
| 347 | 8/29/2016 Email from Justin Kim re Herb Wesson Fundraiser | Justin Kim; Lucy Kim | Effect on listener only | Agreed |
| 348 | 11/11/2016 Email from Justin Kim re Gilbert Cedillo Fundraiser | Justin Kim; Lucy Kim | Effect on listener only | Agreed |
| 349 | 2/27/2017 Email from Justin Kim re Curren Price Fundraiser | Justin Kim; Lucy Kim | Effect on listener only | Agreed |
| 350 | Justin Kim Phone Logs (Cover Page Only) | Agent Civetti | | |
| 351 | Kim - Extraction Overview – Identification | Agent Civetti | | |
| 352 | Kim - UFED Version | Agent Civetti | | |
| 353 | Kim - Parsed Call Logs | Agent Civetti | | |
| 354 | Kim - Call Logs Sorted by Time | Agent Civetti | | |
| 355 | Kim - SMS Messages Sorted by Date | Agent Civetti | Foundation; authenticity; relevance; Hearsay; 403: prejudice, confusion | Provided as courtesy in advance of testimony; impeachment |
| 356 | Kim - SMS Messages To/From Lee Sorted by Date | Agent Civetti | Foundation; authenticity; relevance; hearsay | Provided as courtesy in advance of testimony; impeachment |
| 357 | Kim - MMS Messages Sorted by Date | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 358 | Kim - MMS Messages to Lee | Agent Civetti | Foundation; authenticity; relevance; hearsay; 403: confusion | Provided as courtesy in advance of testimony; impeachment |
| 359 | Kim - Installed Apps | Agent Civetti | | |
| 360 | Kim - Listing of Installed Applications | Agent Civetti | | |

| # | Description | Witness | Objection | Response |
|---|---|---|---|---|
| 361 | Kim - UFED Reader Report Creation Data | Agent Civetti | Foundation; authenticity | Provided as courtesy in advance of testimony; impeachment |
| 362 | 2/22/2017 Email from Fred Shaffer attaching Response to CREED Appeal | Fred Shaffer | | |