| Name & Address: | |
|---|---|
| Ariel A. Neuman (2415940); Ray S. Seilie (277747) <br> BIRD, MARELLA, BOXER, WOLPERT, NESSIM, <br> DROOKS, LINCENBERG & RHOW, P.C. <br> 1875 Century Park East, 23rd Fl., Los Angeles, CA 90067 <br> (310) 201-2100 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, <br> PLAINTIFF(S) <br> v. <br> JOSE LUIS HUIZAR, et al., <br> DEFENDANT(S). | CASE NUMBER: <br> 20-CR-0326-JFW <br><br> NOTICE OF MANUAL FILING <br> OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged:  **(List Documents)**

DEFENDANTS DAE YONG LEE AND 940 HILL'S REPLY IN SUPPORT OF THEIR MOTION TO COMPEL USE IMMUNITY FOR CHRIS MODRZEJEWSKI

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| June 17, 2022 | Ariel A. Neuman |
|---|---|
| Date | Attorney Name |
| | 940 Hill, LLC and Dae Yong Lee |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING