UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-326(A)-JFW | Date | June 16, 2022 |
|---|---|---|---|

| Present: The Honorable | JOHN F. WALTER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | Korean interpreters: Mary Ann Deugseon Yi and Kathy Sim |

| SHANNON REILLY | MYRA PONCE | Mack Eric Jenkins / Veronica Dragalin / Cassie D. Palmer |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 5. Dae Yong Lee | X | | X | Ariel A Neuman | X | | X |
| 6. 940 Hill, LLC | X | | | Ray S. Seilie | X | | X |

| X | Jury Trial Day 3 |
|---|---|
| X | For the reasons stated on the record, Juror 7 is excused and replaced with Alternate Juror 1 |
| X | Witnesses called, sworn, and testified |
| X | Exhibits identified |
| X | Exhibits admitted |
| X | For the reasons stated on the record, Alternate Juror Jury No. 6 is excused |
| X | Case continued to   June 17, 2022 at 8:00 a m.   for further trial/further jury deliberation. |

Other:

6 : 30

Initials of Deputy Clerk   SR