UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-326(A)-JFW | Date | June 23, 2022 |
|---|---|---|---|

| Present: The Honorable | JOHN F. WALTER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | Korean: Mary Ann Deugseon Yi and Young Park |

| SHANNON REILLY | MIRANDA ALGORRI | Mack Eric Jenkins / Veronica Dragalin / Cassie D. Palmer |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 5. Dae Yong Lee | X | | X | Ariel A Neuman | X | | X |
| 6. 940 Hill, LLC | X | | | Ray S. Seilie | X | | X |

| X | Jury Trial Day 7 |
|---|---|
| X | Court and counsel discuss jury instructions and verdict form |
| X | Witnesses called, sworn and testified |
| X | Exhibits identified |
| X | Exhibits admitted |
| X | Case continued to  June 24, 2022 at 8:00 a. m.  for further trial |

Other:

                                                                             6 : 30

Initials of Deputy Clerk    SR