Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450

Craig Wilke (SBN 150728)
*craig@craigwilkelaw.com*
LAW OFFICE OF CRAIG WILKE
305 North Harbor Boulevard, Suite 216
Fullerton, California 92832-1901
Telephone: (714) 870-8900
Facsimile: (714) 879-2278

Attorneys for Defendant
Shen Zhen New World I, LLC

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-20-326(A)-JFW-4 |
| Plaintiff, | |
| v. | **DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S PRE-TRIAL EXHIBIT LIST** |
| SHEN ZHEN NEW WORLD I, LLC, | |
| Defendant. | Assigned to Hon. John F. Walter |

LAW
OFFICES OF
RICHARD M.
STEINGARD

1

1    Defendant Shen Zhen New World I, LLC, by and through its counsel of

2  record, Richard Steingard and Craig Wilke, hereby submit the government's

3  Exhibit List.  The Defendant respectfully requests leave of the Court to supplement

4  or modify this exhibit list, including adding or removing certain exhibits, as may

5  be appropriate.

6

7   DATED: October 17, 2022        By:    /s/

8                                         RICHARD M. STEINGARD
                                          CRAIG WILKE
9                                         Attorneys for Defendant
                                          SHEN ZHEN NEW WORLD I, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW
OFFICES OF
RICHARD M.
STEINGARD

2

# UNITED STATES v. SHEN ZHEN NEW WORLD I, LLC

## CR 20-326(A)-JFW

## DEFENDANTS' PRE-TRIAL EXHIBIT LIST

| Exh # | Title | Witness | Govt. Objection | Def. Response | Court's Ruling |
|---|---|---|---|---|---|
| **Background (1000s)** | | | | | |
| 1001 | Map of City of Shenzhen | Bill Allen; Henry Wang | | | |
| 1002 | Photos of City of Shenzhen | Bill Allen; Henry Wang | | | |
| 1003 | April 23, 2014 Los Angeles City Council, Journal/Council Proceeding re: Resolutions | Agent; George Esparza | | | |
| 1004 | April 24, 2014 Los Angeles City Council Resolutions | Agent; George Esparza | | | |
| 1005A | April 24, 2014Audio Recording Clip of Los Angeles City Council proceedings (26:10) | Agent; George Esparza | | | |
| 1005B | April 23, 2014 Video Recording of Los Angeles City Council proceedings (26:10) | Agent; George Esparza | | | |
| 1006 | Bill Allen LAEDC Biography Page | Bill Allen | | | |
| 1007 | Henry Wang LinkedIn Page | Henry Wang | | | |
| 1008 | June 2014 LAEDC "Growing Together: China and Los Angeles County" | Bill Allen; Henry Wang | | | |
| 1009 | April 5-13, 2014 Los Angeles County China Trade Mission Delegation Roster | Bill Allen; Henry Wang, Kim Maevers | | | |
| 1010 | April 5-13, 2014 Los Angeles County China Trade and Investment Mission Itinerary | Bill Allen; Henry Wang, Kim Maevers | | | |
| 1011 | May 5, 2014 Antelope Valley Press - Valley joining in on Asia trade Article | Bill Allen; Henry Wang, Kim Maevers | | | |
| 1012 | April 7, 2014 Photos of China Trip | Henry Wang; Kim Maevers | | | |
| 1013 | U.S. Department of Homeland Security Person Encounter List | Agent | | | |
| **Interviews & Transcripts (1100s & 1200s)** | | | | | |
| 1101 | September 2, 2015 FD-302 Interview Report of Jonathan Bell (Casino_0384761) | Jonathan Bell | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1102 | INTENTIONALLY LEFT BLANK | | | | |
|------|--------------------------|--|--|--|--|
| 1103 | INTENTIONALLY LEFT BLANK | | | | |
| 1104 | INTENTIONALLY LEFT BLANK | | | | |
| 1105 | November 18, 2020 FD-302 Interview Report of Harris Chan (Casino_2007313) | Harris Chan | | | |
| 1106 | November 18, 2020 Harris Chan Interview Transcript | Harris Chan | | | |
| 1107 | November 9, 2021 FD-302 Interview Report of Harris Chan (Casino_2068647) | Harris Chan | | | |
| 1108 | November 9, 2021 Transcript of Harris Chan Interview | Harris Chan | | | |
| 1109 | January 11, 2022 FD-302 Interview Report of Harris Chan (Casino_2068665) | Harris Chan | | | |
| 1110 | July 29, 2022 FD-302 Interview Report of Harris Chan (Casino_2105393) | Harris Chan | | | |
| 1111 | INTENTIONALLY LEFT BLANK | | | | |
| 1112 | INTENTIONALLY LEFT BLANK | | | | |
| 1113 | INTENTIONALLY LEFT BLANK | | | | |
| 1114 | July 11, 2017 FD-302 Interview Report & Transcript of Max Chang (Casino_2105393) | Max Chang | | | |
| 1115 | INTENTIONALLY LEFT BLANK | | | | |
| 1116 | INTENTIONALLY LEFT BLANK | | | | |
| 1117 | INTENTIONALLY LEFT BLANK | | | | |
| 1118 | August 11, 2022 FD-302 Interview Report of Li Chen (SZNW_TRIAL_00044) | Li Chen | | | |
| 1119 | August 11, 2022 Transcript of Li Chen Interview | Li Chen | | | |
| 1120 | INTENTIONALLY LEFT BLANK | | | | |
| 1121 | INTENTIONALLY LEFT BLANK | | | | |
| 1122 | INTENTIONALLY LEFT BLANK | | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1123 | July 9, 2020 Grand Jury Testimony of Andrew Civetti (Casino_2095324) | Agent | | | |
| 1124 | November 12, 2020 Grand Jury of Andrew Civetti Testimony (Casino_2095262) | Agent | | | |
| 1125 | June 14, 2022 Andrew Civetti Testimony in U.S. v. Dae Yong Lee, et al. | Agent | | | |
| 1126 | June 16, 2022 Andrew Civetti Testimony in U.S. v. Dae Yong Lee, et al. | Agent | | | |
| 1127 | June 24, 2022 Andrew Civetti Testimony in U.S. v. Dae Yong Lee, et al. | Agent | | | |
| 1128 | INTENTIONALLY LEFT BLANK | | | | |
| 1129 | INTENTIONALLY LEFT BLANK | | | | |
| 1130 | INTENTIONALLY LEFT BLANK | | | | |
| 1131 | INTENTIONALLY LEFT BLANK | | | | |
| 1132 | INTENTIONALLY LEFT BLANK | | | | |
| 1133 | July 13, 2017 FD-302 Interview Report of Virginia Clark (Casino_0359297) | Virginia Clark | | | |
| 1134 | August 8, 2022 FD-302 Interview Report of Virginia Clark (SZNW_TRIAL_00034) | Virginia Clark | | | |
| 1135 | August 8, 2022 Transcript of Virginia Clark Interview | Virginia Clark | | | |
| 1136 | INTENTIONALLY LEFT BLANK | | | | |
| 1137 | INTENTIONALLY LEFT BLANK | | | | |
| 1138 | INTENTIONALLY LEFT BLANK | | | | |
| 1139 | August 11, 2022 FD-302 Interview Report of Mark Davis (SZNW_TRIAL_00053) | Mark Davis | | | |
| 1140 | INTENTIONALLY LEFT BLANK | | | | |
| 1141 | INTENTIONALLY LEFT BLANK | | | | |
| 1142 | INTENTIONALLY LEFT BLANK | | | | |
| 1143 | July 8, 2022 FD-302 Interview Report of Jeff DiMarzio (Casino_2105619) | Jeff DiMarzio | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1144 | July 8, 2022 - Transcript of Jeff DiMarzio Interview (Casino_2105389) | Jeff DiMarzio | | | |
| 1145 | INTENTIONALLY LEFT BLANK | | | | |
| 1146 | INTENTIONALLY LEFT BLANK | | | | |
| 1147 | INTENTIONALLY LEFT BLANK | | | | |
| 1148 | June 20, 2017 FD-302 Interview Report of George Esparza (Casino_0359819) | George Esparza; Agent | | | |
| 1149 | June 20, 2017 Verbatim Transcription of George Esparza Interview (Casino_0359836) | George Esparza; Agent | | | |
| 1150 | June 29, 2017 FD-302 Interview Report of George Esparza (Casino_0360017) | George Esparza; Agent | | | |
| 1151 | June 29, 2017 Transcript of George Esparza Interview, Part 1 | George Esparza; Agent | | | |
| 1152 | June 29, 2017 Transcript of George Esparza Interview, Part 2 | George Esparza; Agent | | | |
| 1153 | June 29, 2017 Transcript of George Esparza Interview, Part 3 | George Esparza; Agent | | | |
| 1154 | July 1, 2017 FD-302 Interview Report of George Esparza (Casino_0360936) | George Esparza; Agent | | | |
| 1155 | July 1, 2017 Verbatim Transcription of George Esparza Interview | George Esparza; Agent | | | |
| 1156 | March 2, 2018 FD-302 Interview Report of George Esparza (Casino_0359712) | George Esparza; Agent | | | |
| 1157 | November 13, 2018 FD-302 Interview Report of George Esparza | George Esparza; Agent | | | |
| 1158 | December 12, 2018 FD-302 Interview Report of George Esparza | George Esparza; Agent | | | |
| 1159 | January 15, 2019 FD-302 Interview Report of George Esparza | George Esparza; Agent | | | |
| 1160 | March 26, 2019 FD-302 Interview Report of George Esparza | George Esparza; Agent | | | |
| 1161 | June 6, 2019 FD-302 Interview Report of George Esparza | George Esparza; Agent | | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| 1162 | March 25, 2020 FD-302 Interview Report of George Esparza (Casino_0370725) | George Esparza; Agent | | | |
|---|---|---|---|---|---|
| 1163 | June 15, 2020 FD-302 Interview Report of George Esparza (Casino_0381184) | George Esparza; Agent | | | |
| 1164 | September 19, 2022 George Esparza Interview Report (SZNW_TRIAL_00932) | George Esparza; Agent | | | |
| 1165 | September 19, 2022 George Esparza Interview Report (SZNW_TRIAL_00935) | George Esparza; Agent | | | |
| 1166 | May 16, 2022 George Esparza Interview Report (Lee Trial_00011) | George Esparza; Agent | | | |
| 1167 | June 21, 2022 George Esparza Trial Testimony | George Esparza; Agent | | | |
| 1168 | INTENTIONALLY LEFT BLANK | | | | |
| 1169 | INTENTIONALLY LEFT BLANK | | | | |
| 1170 | INTENTIONALLY LEFT BLANK | | | | |
| 1171 | INTENTIONALLY LEFT BLANK | | | | |
| 1172 | INTENTIONALLY LEFT BLANK | | | | |
| 1173 | January 27, 2022 FD-302 Interview Report of Rose Fistrovic (Casino_2096625) | Rose Fistrovic | | | |
| 1174 | January 27, 2022 Transcript of Rose Fistrovic Interview | Rose Fistrovic | | | |
| 1175 | July 20, 2022 FD-302 Interview Report of Rose Fistrovic (Casino_2105384) | Rose Fistrovic | | | |
| 1176 | INTENTIONALLY LEFT BLANK | | | | |
| 1177 | INTENTIONALLY LEFT BLANK | | | | |
| 1178 | INTENTIONALLY LEFT BLANK | | | | |
| 1179 | September 2, 2015 FD-302 Interview Report of Kathy Flynn (Casino_0384813) | Kathy Flynn | | | |
| 1180 | INTENTIONALLY LEFT BLANK | | | | |
| 1181 | INTENTIONALLY LEFT BLANK | | | | |
| 1182 | INTENTIONALLY LEFT BLANK | | | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| 1183 | September 2, 2015 FD-302 Interview Report of Stephen Fryson (Casino_0384796) | Stephen Fryson | | | |
|------|------|------|---|---|---|
| 1184 | INTENTIONALLY LEFT BLANK | | | | |
| 1185 | INTENTIONALLY LEFT BLANK | | | | |
| 1186 | INTENTIONALLY LEFT BLANK | | | | |
| 1187 | August 11, 2022 FD-302 Interview Report of Darius Hatami (SZNW_TRIAL_00031) | Darius Hatami | | | |
| 1188 | August 11, 2022 Darius Hatami Interview Transcript | Darius Hatami | | | |
| 1189 | INTENTIONALLY LEFT BLANK | | | | |
| 1190 | INTENTIONALLY LEFT BLANK | | | | |
| 1191 | INTENTIONALLY LEFT BLANK | | | | |
| 1192 | November 13, 2022 FD-302 Interview Report of Tiffany Huang (Casino_2007335) | Tiffany Huang | | | |
| 1193 | INTENTIONALLY LEFT BLANK | | | | |
| 1194 | INTENTIONALLY LEFT BLANK | | | | |
| 1195 | INTENTIONALLY LEFT BLANK | | | | |
| 1196 | November 17, 2018 FD-302 Interview Report of Isidra Huizar (Casino_0368186) | Isidra Huizar | | | |
| 1197 | November 17, 2018 Summary Translation of Isidra Huizar Interview (Casino_0368190) | Isidra Huizar | | | |
| 1198 | February 4, 2020 FD-302 Interview Report of Isidra Huizar (Casino_0370191) | Isidra Huizar | | | |
| 1199 | September 28, 2022 Isidra Huizar Interview Report (SZNW_Trial_03786) | Isidra Huizar | | | |
| 1200 | INTENTIONALLY LEFT BLANK | | | | |
| 1201 | INTENTIONALLY LEFT BLANK | | | | |
| 1202 | INTENTIONALLY LEFT BLANK | | | | |
| 1203 | November 17, 2018 FD-302 Interview Report of Salvador Huizar (Casino_0368272) | Salvador Huizar | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1204 | November 17, 2018 Transcript of Salvador Huizar Interview (Casino_0368276) | Salvador Huizar | | | |
| 1205 | January 30, 2020 FD-302 Interview Report of Salvador Huizar (Casino_0370203) | Salvador Huizar | | | |
| 1206 | September 27, 2022 Salvador Huizar Interview Report (SZNW_Trial_03799) | Salvador Huizar | | | |
| 1207 | INTENTIONALLY LEFT BLANK | | | | |
| 1208 | INTENTIONALLY LEFT BLANK | | | | |
| 1209 | INTENTIONALLY LEFT BLANK | | | | |
| 1210 | July 8, 2022 FD-302 Interview Report of Satoru Kato (Casino_2106147) | Satoru Kato | | | |
| 1211 | July 8, 2022 Transcript of Satoru Kato Interview (Casino_2105391) | Satoru Kato | | | |
| 1212 | INTENTIONALLY LEFT BLANK | | | | |
| 1213 | INTENTIONALLY LEFT BLANK | | | | |
| 1214 | INTENTIONALLY LEFT BLANK | | | | |
| 1215 | May 7, 2022 FD-302 Interview Report of Kevin Keller (Casino_0371300) | Kevin Keller | | | |
| 1216 | May 7, 2020 Transcript of Interview of Kevin Keller, Part 1 (Casino_1981901) | Kevin Keller | | | |
| 1217 | May 7, 2020 Transcript of Interview of Kevin Keller, Part 2 (Casino_1981900) | Kevin Keller | | | |
| 1218 | May 28, 2020 FD-302 Interview Report of Kevin Keller (Casino_0372237) | Kevin Keller | | | |
| 1219 | August 4, 2022 FD-302 Interview Report of Kevin Keller (Casino_2105609) | Kevin Keller | | | |
| 1220 | September 7, 2022 Kevin Keller Interview Report (SZNW_TRIAL_00922) | Kevin Keller | | | |
| 1221 | INTENTIONALLY LEFT BLANK | | | | |
| 1222 | INTENTIONALLY LEFT BLANK | | | | |
| 1223 | INTENTIONALLY LEFT BLANK | | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1224 | November 7, 2018 FD-302 Interview Report of Shawn Kuk (Casino_0361328) | Shawn Kuk | | | |
|---|---|---|---|---|---|
| 1225 | November 7, 2018 Shawn Kuk Interview Transcript (Casino_0172529) | Shawn Kuk | | | |
| 1226 | November 7, 2018 Shawn Kuk Interview Transcript (Casino_0172530) | Shawn Kuk | | | |
| 1227 | December 13, 2018 FD-302 Interview Report of Shawn Kuk (Casino_0364948) | Shawn Kuk | | | |
| 1228 | July 2, 2019 FD-302 Interview Report of Shawn Kuk (Casino_0366460) | Shawn Kuk | | | |
| 1229 | March 13, 2020 FD-302 Interview Report of Shawn Kuk (Casino_0370819) | Shawn Kuk | | | |
| 1230 | August 12, 2020 FD-302 Interview Report of Shawn Kuk (Casino_2006911) | Shawn Kuk | | | |
| 1231 | September 6, 2022 FD-302 Interview Report of Shawn Kuk (SZNW_Trial_00890) | Shawn Kuk | | | |
| 1232 | June 16, 2022 Shawn Kuk Trial Testimony | Shawn Kuk | | | |
| 1233 | June 17, 2022 Shawn Kuk Trial Testimony | Shawn Kuk | | | |
| 1234 | INTENTIONALLY LEFT BLANK | | | | |
| 1235 | May 29, 2020 FD-302 Interview Report of Nick Maricich (Casino_0372284) | Nick Maricich | | | |
| 1236 | May 29, 2020 Nick Maricich Interview Transcript | Nick Maricich | | | |
| 1237 | INTENTIONALLY LEFT BLANK | | | | |
| 1238 | INTENTIONALLY LEFT BLANK | | | | |
| 1239 | INTENTIONALLY LEFT BLANK | | | | |
| 1240 | January 26, 2021 FD-302 Interview Report of Peggy O'Donovan (Casino_2007543) | Peggy O'Donovan | | | |
| 1241 | January 26, 2021 Peggy O'Donovan Interview Transcript | Peggy O'Donovan | | | |
| 1242 | September 20, 2022 Peggy O'Donovan Interview Report (SZNW_TRIAL_00928) | Peggy O'Donovan | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1243 | INTENTIONALLY LEFT BLANK | | | | |
| 1244 | INTENTIONALLY LEFT BLANK | | | | |
| 1245 | INTENTIONALLY LEFT BLANK | | | | |
| 1246 | May 21, 2020 FD-302 Interview Report of Richelle Rios (Casino_0371353) | Richelle Rios | | | |
| 1247 | May 21, 2020 Richelle Rios Interview Transcript | Richelle Rios | | | |
| 1248 | INTENTIONALLY LEFT BLANK | | | | |
| 1249 | INTENTIONALLY LEFT BLANK | | | | |
| 1250 | INTENTIONALLY LEFT BLANK | | | | |
| 1251 | September 2, 2015 FD-302 Interview Report of Jonathan Solomon (Casino_0356405) | Jonathan Solomon | | | |
| 1252 | INTENTIONALLY LEFT BLANK | | | | |
| 1253 | INTENTIONALLY LEFT BLANK | | | | |
| 1254 | INTENTIONALLY LEFT BLANK | | | | |
| 1255 | February 4, 2021 FD-302 Interview Report of Verita Verita (Casino_2053971) | Verita Verita | | | |
| 1256 | February 4, 2021 Verita Verita Interview Transcript | Verita Verita | | | |
| 1257 | INTENTIONALLY LEFT BLANK | | | | |
| 1258 | INTENTIONALLY LEFT BLANK | | | | |
| 1259 | INTENTIONALLY LEFT BLANK | | | | |
| 1260 | September 17, 2018 FD-302 Interview Report of Yan Yan (Casino_0363161) | Yan Yan | | | |
| 1261 | November 19, 2018 FD-302 Interview Report of Yan Yan (Casino_0363895) | Yan Yan | | | |
| 1262 | December 4, 2018 FD-302 Interview Report of Yan Yan (Casino_0363886) | Yan Yan | | | |
| 1263 | September 12, 2022 Interview Report of Yan Yan (SZNW_Trial_00916) | Yan Yan | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1264 | INTENTIONALLY LEFT BLANK | | | | |
| 1265 | INTENTIONALLY LEFT BLANK | | | | |
| 1266 | INTENTIONALLY LEFT BLANK | | | | |
| 1267 | October 1, 2019 FD-302 Interview Report of Henry Yong (Casino_0365234) | Henry Yong | | | |
| 1268 | INTENTIONALLY LEFT BLANK | | | | |
| 1269 | INTENTIONALLY LEFT BLANK | | | | |
| 1270 | INTENTIONALLY LEFT BLANK | | | | |
| 1271 | February 13, 2019 FD-302 Interview Report of Ricky Zheng (Casino_0364010) | Ricky Zheng | | | |
| 1272 | February 21, 2019 FD-302 Interview Report of Ricky Zheng (Casino_0368251) | Ricky Zheng | | | |
| 1273 | April 8, 2019 FD-302 Interview Report of Ricky Zheng (Casino_0368261) | Ricky Zheng | | | |
| 1274 | October 27, 2020 FD-302 Interview Report of Ricky Zheng (Casino_2007297) | Ricky Zheng | | | |
| 1275 | October 27, 2020 Ricky Zheng Interview Transcript | Ricky Zheng | | | |
| 1276 | September 8, 2022 Interview Report of Ricky Zheng (SZNW_TRIAL_00925) | Ricky Zheng | | | |
| 1277 | September 15, 2022 Interview Report of Ricky Zheng (SZNW_TRIAL_00945) | Ricky Zheng | | | |
| 1278 | September 15, 2022 Interview Report of Ricky Zheng (SZNW_TRIAL_00947) | Ricky Zheng | | | |
| 1279 | INTENTIONALLY LEFT BLANK | | | | |
| 1280 | INTENTIONALLY LEFT BLANK | | | | |
| 1281 | INTENTIONALLY LEFT BLANK | | | | |
| 1282 | INTENTIONALLY LEFT BLANK | | | | |
| 1283 | INTENTIONALLY LEFT BLANK | | | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| LA Grand Redevelopment Project (1300s) | | | | |
|---|---|---|---|---|
| 1301 | August 1, 2016 Email from Kevin Keller to Vince Bertoni | Kevin Keller; Nick Maricich | | |
| 1302 | August 1, 2016 Email from Kevin Keller to Nick Maricich | Kevin Keller; Nick Maricich | | |
| 1303 | August 3, 2016 Email from Kevin Keller to Paul Habib | Kevin Keller; Nick Maricich | | |
| 1304 | August 4, 2016 Email from Kevin Keller to Raymond Chan | Kevin Keller; Nick Maricich | | |
| 1305 | August 5, 2016 Planning & Econ Development Weekly Report (Casino_0059841) | Shawn Kuk; Kevin Keller; Nick Maricich | | |
| 1306 | May 4, 2018 Planning & Econ Development Weekly Report (Casino_0060864) | Shawn Kuk; Kevin Keller; Nick Maricich | | |
| 1307 | May 11, 2018 Planning & Econ Development Weekly Report (Casino_0060873) | Shawn Kuk; Kevin Keller; Nick Maricich | | |
| 1308 | June 15, 2018 Planning & Econ Development Weekly Report (Casino_0060919) | Shawn Kuk; Kevin Keller; Nick Maricich | | |
| 1309 | June 29, 2018 Planning & Econ Development Weekly Report (Casino_0060937) | Shawn Kuk; Kevin Keller; Nick Maricich | | |
| 1310 | July 16, 2018 LA Dept. of City Planning Letter, Application Deemed Complete (Casino_0814439) | Kevin Keller; Rose Fistrovic | | |
| 1311 | April 26, 2018 Rose Fistrovic Email and Psomas Entitlement Schedule (Casino_0714333) | Rose Fistrovic; Jeff DiMarzio | | |
| 1312 | June 22, 2018 Aly Smith Email and Psomas Entitlement Schedule (Casino_0714018) | Rose Fistrovic; Jeff DiMarzio | | |
| 1313 | July 13, 2018 Aly Smith Email and Psomas Entitlement Schedule (Casino_0818309) | Rose Fistrovic; Jeff DiMarzio | | |
| 1314 | The L.A. Hotel Downtown Presentation | Agent; DiMarzio | | |
| 1315 | June 7, 2018 Transfer of Floor Area Rights Application | Agent; DiMarzio | | |
| 1316 | Rose Fistrovic Biography | Rose Fistrovic | | |
| 1317 | Psomas' work post-2018 | Rose Fistrovic | | |
| 1318 | DTLA Timeline (SZNW_TRIAL_03792) | Agent; DiMarzio | | |

13

| 1319 | January 15, 2018 CCA Presentation | Rose Fistrovic | | | |
|------|-----------------------------------|----------------|--|--|--|
| 1320 | Roster for Project | Rose Fistrovic | | | |
| 1321 | January 31, 2019 E-mail Between Rose Fistrovic, Virginia Clark, Hanwei and Shenzhen Team | Rose Fistrovic | | | |
| 1322 | June 3, 2019 City of Los Angeles Letter | Rose Fistrovic | | | |
| 1323 | June 17, 2019 E-mail Between Jin Hwang & Daisy Rojas | Rose Fistrovic | | | |
| 1324 | June 17, 2019 Metropolitan East Service Planning Letter | Rose Fistrovic | | | |
| 1325 | June 25, 2019 The L.A. Grand Hotel Downtown Redevelopment Utilities Technical Memorandum - Draft | Rose Fistrovic | | | |
| 1326 | July 17, 2019 E-mail Between Jeffrey DiMarzio, Mike Swan & Satoru Kato | Rose Fistrovic | | | |
| 1327 | July 18, 2019 E-mail Between May Sirinopwongsagon & Jennifer Marks | Rose Fistrovic | | | |
| 1328 | May 29-June 25, 2020 Psomas Invoice | Rose Fistrovic | | | |
| **Loan (1400s)** | | | | | |
| 1401 | Attorney Records | Sun, Yong | | | |
| 1402 | December 2018 East West Bank Demand and Loan Payoff | Peggy O'Donovan; Verita Verita, Yan Yan | | | |
| 1403 | September 24, 2014 East West Bank Short Note Inquiry | Peggy O'Donovan; Verita Verita | | | |
| 1404 | East West Bank Records re: APR Disclosure Results | Peggy O'Donovan; Verita Verita | | | |
| 1405 | EWB Records re: Grace Luck Holdings Account Opening Information | Yan, Verita | | | |
| 1406 | September 17, 2014 East West Bank Records re: Grace Luck Holdings CD Account | Yan Yan; Peggy O'Donovan; Verita Verita | | | |
| 1407 | September 23, 2014 East West Bank Note, Security Agreement and Disclosure Statement | Yan Yan, Peggy O'Donovan; Verita Verita | | | |
| 1408 | August 8, 2014 E-mail Between Henry Yong & George Esparza | Yong, Esparza, Zheng | | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| | | | | |
|---|---|---|---|---|
| 1409 | August 10-15, 2014 E-mails re: Promissory Notes | Yong, Esparza, Zheng | | |
| 1410 | August 18, 2014 E-mails re: CD and Bank Loan | Yong; Esparza; Zheng | | |
| 1411 | August 22, 2014 E-mail Between Henry Yong & Jose Huizar | Yong | | |
| 1412 | August 20, 2014 E-mail re: Fee Agreement and Promissory Note | Yong, Esparza, Zheng | | |
| 1413 | August 20, 2014 E-mail re: Amended Promissory Note | Yong, Esparza | | |
| 1414 | August 20, 2014 E-mail re: Joint Venture Agreement | Yong, Esparza | | |
| 1415 | September 3, 2014 E-mail re: American Plus Bank Loan Application | Yong, Esparza, Zheng | | |
| 1416 | September 3, 2014 E-mail re: Promissory Note | Yong, Esparza | | |
| 1417 | September 5, 2014 E-mail re: Grace Luck Holdings Corporate Resolution | Yong, Esparza, Zheng, Yan | | |
| 1418 | September 9, 2014 E-mail re: Grace Luck Holdings Corporate Resolution | Esparza, Zheng, Yong, Verita, O'Donovan | | |
| 1419 | September 18, 2014 E-mail re: Letter of Authorization | Yong, Esparza, Zheng | | |
| 1420 | December 2014 E-mails re: Foreign Address | Yan; Verita, Zheng | | |
| 1421 | October 3, 2015 E-mail re: Letter of Authorization | Esparza; Zheng | | |
| 1422 | April 25, 2018 E-mail re: Letter of Authorization | Zheng; Yong | | |
| 1423 | East West Bank Records re: Loan Payoff | O'Donovan, Verita | | |
| 1424 | December 17-18, 2018 Fax & E-Mail Between Jose Huizar & Jason Gao | | | |
| **Las Vegas (1500s)** | | | | |
| 1501 | August 12, 2015 Venetian Casino Patron Rating Detail of Wei Huang (LVSC-HUIZAR-S 1-001065-7) | Agent; Anderson; Stern | | |

| 1502 | August 26, 2008 Venetian Casino Credit Line Information for Wei Huang (LVSC-HUIZAR-S 1 -001514, 001210) | Agent; Anderson; Stern | | |
|---|---|---|---|---|
| 1503 | May 30, 2010 MGM Airfare for Wei Huang | Agent; Anderson; Stern | | |
| 1504 | February 5, 2011 to September 21, 2014 MGM Grand Ratings for Wei Huang | Agent; Anderson; Stern | | |
| 1505 | Venetian Casino Patron Rating Summary (LVSC-HUIZAR-S 1 -001029) | Agent; Anderson; Stern | | |
| 1506 | February 4-6, 2011 MGM Grand Spreadsheet of Comps for Wei Huang | Agent; Anderson; Stern | | |
| 1507 | August 24, 2013 Palazzo Report (LVSC-HUIZAR-S1-001581) | Agent; Anderson; Stern | | |
| 1508 | June 7, 2014 Jonathan Bell Emails to Multiple Parties re: "Huang, Wei #2666883" (LVSC-HUIZAR-S 1-001441-2) | Agent; Anderson; Stern | | |
| 1509 | March 18, 2015 Las Vegas Sands Credit Application Supplement Signed by Wei Huang (LVSC-HUIZAR-S 1 -001467-8) | Agent; Anderson; Stern | | |
| 1510 | June 7, 2014 Las Vegas Sands Credit Application Supplement Signed by Wei Huang (LVSC-HUIZAR-S 1 -001449-50) | Agent; Anderson; Stern | | |
| 1511 | INTENTIONALLY LEFT BLANK | | | |
| 1512 | August 24, 2014 Palazzo Report( LVSC-HUIZAR-S 1 -001588-93) | Agent; Anderson; Stern | | |
| 1513 | August 1, 2014 - August 11, 2015 Las Vegas Sands Aviation Passenger Use Report (LVSC-HUIZAR-S 1 -000262-3) | Agent; Anderson; Stern | | |
| 1514 | August 23, 2019 FD-302 re: Government Subpoenas | Agent; Anderson; Stern | | |
| 1515 | CTRs for Huang Wei, Cosmopolitan of Las Vegas | Agent; Anderson; Stern | | |
| 1516 | 12-21-16 - Palazzo Daily Log - (VLV001635) | Agent; Anderson; Stern | | |

| 1517 | 12-17-16 - Palazzo Daily Log (VLV001691) | Agent; Anderson; Stern | | |
|---|---|---|---|---|
| 1518 | 12-21-16 - Palazzo Daily Log (VLV001694) | Agent; Anderson; Stern | | |
| 1519 | Palazzo Flight Manifest | Agent; Anderson; Stern | | |
| 1520 | June 14, 2014 [21:21:10] Video Still of Huizar, Huang, Zheng & Esparza | Agent; Anderson; Stern | | |
| 1520A | June 14, 2014 [21:41:50-21:42:06] Video Clip | Agent; Anderson; Stern | | |
| 1520B | June 14, 2014 [22:47:43-22:47:49] Video Clip | Agent; Anderson; Stern | | |
| 1520C | June 14, 2014 [22:48:32-22:48:32] Video Clip | Agent; Anderson; Stern | | |
| 1521 | June 15, 2014 [00:05:33] Video Still of Huizar, Huang, Zheng & Esparza | Agent; Anderson; Stern | | |
| 1521A | June 15, 2014 [23:52:09-23:52:14] Video Clip | Agent; Anderson; Stern | | |
| 1522 | July 7, 2015 [22:26:14] Video Still of Esparza, Zheng, Huang, Yang & Huizar | Agent; Anderson; Stern | | |
| 1522A | July 7, 2015 [21:19:50-21:19:55] Video Clip | Agent; Anderson; Stern | | |
| 1522B | July 7, 2015 [21:52:10-21:52:48] Video Clip | Agent; Anderson; Stern | | |
| 1522C | July 7, 2015 [21:53:47-21:54:02] Video Clip | Agent; Anderson; Stern | | |
| 1522D | July 7, 2015 [22:22:07-22:22:24] Video Clip | Agent; Anderson; Stern | | |
| 1523 | August 5, 2016 [22:09:19] Video Still of Huizar, Zheng, Huang, Esparza & Chu | Agent; Anderson; Stern | | |
| 1523A | August 5, 2016 [22:08:55-22:09:03] Video Clip | Agent; Anderson; Stern | | |
| 1523B | August 5, 2016 [23:09:32-23:09:52] Video Clip | Agent; Anderson; Stern | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1524 | August 5, 2016 [23:10:00] Video Still of Huizar, Zheng, Huang, Esparza & Chu | Agent; Anderson; Stern | | |
|---|---|---|---|---|
| 1524A | August 5, 2016 [23:10:03-23:10:07] Video Clip | Agent; Anderson; Stern | | |
| 1534B | August 5, 2016 [23:12:13-23:12:15] Video Clip | Agent; Anderson; Stern | | |
| 1524C | August 5, 2016 [00:19:57-00:20:16] Video Clip | Agent; Anderson; Stern | | |
| 1525 | August 6, 2016 [22:46:46] Video Still of Huizar, Zheng, Huang, Yang, Chu & Esparza | Agent; Anderson; Stern | | |
| 1525A | August 6, 2016 [22:46:26-22:46:47] Video Clip | Agent; Anderson; Stern | | |
| 1525B | August 6, 2016 [22:47:10-22:47:13] Video Clip | Agent; Anderson; Stern | | |
| 1525C | August 6, 2016 [23:09:42-23:09:50] Video Clip | Agent; Anderson; Stern | | |
| 1525D | August 6, 2016 [23:12:00-23:12:10] Video Clip | Agent; Anderson; Stern | | |
| 1525E | August 6, 2016 [23:13:21-23:13:30] Video Clip | Agent; Anderson; Stern | | |
| 1525F | August 6, 2016 [23:34:00-23:34:05] Video Clip | Agent; Anderson; Stern | | |
| 1526 | August 6, 2016 [22:39:56] Video Still of Huizar, Zheng, Huang & Yang | Agent; Anderson; Stern | | |
| 1526A | August 6, 2016 [23:40:25-23:40:50] Video Clip | Agent; Anderson; Stern | | |
| 1527 | January 28, 2017 [01:16:57] Video Still of Huizar, Zheng, Huang, Yang, Chu & Esparza | Agent; Anderson; Stern | | |
| 1527A | January 28, 2017 [01:14:33-01:14:54] Video Clip | Agent; Anderson; Stern | | |
| 1527B | January 28, 2017 [01:15:03-01:15:22] Video Clip | Agent; Anderson; Stern | | |
| 1527C | January 28, 2017 [01:18:48-01:18:55] Video Clip | Agent; Anderson; Stern | | |

| | | | | | |
|---|---|---|---|---|---|
| 1527D | January 28, 2017 [01:19:17-01:19:31] Video Clip | Agent; Anderson; Stern | | | |
| 1527E | January 28, 2017 [01:14:33-01:14:54] Video Clip | Agent; Anderson; Stern | | | |
| 1528 | January 28, 2017 [16:00:21] Video Still of Zheng, UF 1, Huang, UM 1, UM 2, UM 3 | Agent; Anderson; Stern | | | |
| 1528A | January 28, 2017 [15:51:16-15:52:40] Video Clip | Agent; Anderson; Stern | | | |
| 1528B | January 28, 2017 [16:22:40-16:22:47] Video Clip | Agent; Anderson; Stern | | | |
| 1528C | January 28, 2017 [16:23:38-15:52:40] Video Clip | Agent; Anderson; Stern | | | |
| 1528D | January 28, 2017 [19:17:45-19:19:45] Video Clip | Agent; Anderson; Stern | | | |
| 1529 | January 28, 2017 [15:41:56] Video Still of Zheng, UF, Huang, UM | Agent; Anderson; Stern | | | |
| 1529A | January 28, 2017 [15:42:45-15:42:50] Video Clip | Agent; Anderson; Stern | | | |
| **Plea and Immunity Agreements (1600s)** | | | | | |
| 1601 | February 15, 2020 E-mail from AUSA Mack Jenkins to Terrence Jones with Proposed Factual Basis Attached (Casino_2095823-40) | George Esparza; Agent | | | |
| 1602 | March 10, 2020 to March 23, 2020 E-mail Thread Between AUSAs and Terrence Jones (Casino_2095841-43) | George Esparza; Agent | | | |
| 1603 | Highlighted Revised Draft Factual Basis from AUSA Mack Jenkins' March 23, 2020 E-mail (Casino_2095844-63) | George Esparza; Agent | | | |
| 1604 | March 25, 2020 E-mail from AUSA Veronica Dragalin (Casino_2095864) | George Esparza; Agent | | | |
| 1605 | April 1, 2020 E-mail from Terrence Jones to AUSAs Veronica Dragalin and Mack Jenkins with Executed Factual Basis Attached (Casino_2095864) | George Esparza; Agent | | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1606 | September 19, 2014 Note from George Esparza's Phone (Casino_0285983) | George Esparza; Agent | | | |
| 1607 | June 19, 2016 Note from George Esparza's Phone | George Esparza; Agent | | | |
| 1608 | April 27, 2017 Note from George Esparza's Phone | George Esparza; Agent | | | |
| 1609 | June 29, 2017 Note from George Esparza's Phone | George Esparza; Agent | | | |
| **Recordings (1700s)** | | | | | |
| 1701 | April 20, 2017, 5:54 PM Recording of Call Between George Esparza & Jesse Leon | George Esparza; Agent | | | |
| 1701A | April 20, 2017, 5:54 PM Transcript of Call Between George Esparza & Jesse Leon | George Esparza; Agent | | | |
| 1702 | April 23, 2017, 3:21 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | | |
| 1702A | April 23, 2017, 3:21 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | | |
| 1703 | April 28, 2017, 2:36 PM Recording of Call Between George Esparza & George Chiang | George Esparza; Agent | | | |
| 1703A | April 28, 2017, 2:36 PM Transcript of Call Between George Esparza & George Chiang | George Esparza; Agent | | | |
| 1704 | April 28, 2017, 3:52 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | | |
| 1704A | April 28, 2017, 3:52 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | | |
| 1705 | May 1, 2017, 11:40 AM Recording of Call Between George Esparza & George Chiang | George Esparza; Ricky Zheng; Agent | | | |
| 1705A | May 1, 2017, 11:40 AM Transcript of Call Between George Esparza & George Chiang | George Esparza; Ricky Zheng; Agent | | | |
| 1706 | May 1, 2017, 11:48 AM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | | |

LAW OFFICES OF RICHARD M. STEINGARD

20

| | 1706A | May 1, 2017, 11:48 AM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
|---|---|---|---|---|---|
| | 1707 | May 3, 2017, 9:21 AM Recording of Call Between George Esparza & Justin Kim | George Esparza; Agent | | |
| | 1707A | May 3, 2017, 9:21 AM Transcript of Call Between George Esparza & Justin Kim | George Esparza; Agent | | |
| | 1708 | May 9, 2017, 4:58 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1708A | May 9, 2017, 4:58 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1709 | May 9, 2017, 9:58 AM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1709A | May 9, 2017, 9:58 AM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1710 | May 17, 2017, 3:03 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1710A | May 17, 2017, 3:03 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1711 | May 17, 2017, 5:30 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1711A | May 17, 2017, 5:30 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1712 | May 18, 2017, 2:05 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1712A | May 18, 2017, 2:05 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1713 | May 18, 2017, 6:28 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1713A | May 18, 2017, 6:28 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1714 | May 19, 2017, 2:46 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| | 1714A | May 19, 2017, 2:46 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| | | | | |
|---|---|---|---|---|
| 1715 | May 19, 2017, 2:52 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1715A | May 19, 2017, 2:52 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1716 | May 19, 2017, 4:30 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1716A | May 19, 2017, 4:30 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1717 | May 24, 2017, 6:56 PM Recording of Call Between George Esparza & Mayra Alvarez | George Esparza; Agent | | |
| 1717A | May 24, 2017, 6:56 PM Transcript of Call Between George Esparza & Mayra Alvarez | George Esparza; Agent | | |
| 1718 | May 9, 2017 Recording of Call Between George Esparza & Ricky Zheng | Agent; George Esparza; Ricky Zheng | | |
| 1718A | May 9, 2017 Transcript of Call Between George Esparza & Ricky Zheng | Agent; George Esparza; Ricky Zheng | | |
| **E-mails (1800s)** | | | | |
| 1801 | INTENTIONALLY LEFT BLANK | | | |
| 1802 | INTENTIONALLY LEFT BLANK | | | |
| 1803 | March 19, 2014 E-mail Between George Esparza and Wei Huang | George Esparza; Ricky Zheng; Agent | | |
| 1804 | May 30, 2013 E-mail Between Harris Chan, George Esparza & Raymond Chan | Harris Chan | | |
| 1805 | May 14, 2017 E-mail Between Jose Huizar & Ricky Zheng | Ricky Zheng | | |
| 1806 | July 24, 2022 E-mail Between Jeffrey DiMarzio & Henry Jannol (SZNW_TRIAL_03793) | Agent; DiMarzio | | |
| 1807 | April 18, 2016 E-mail Between Satoru Kato & 'Summer-SZNW' | Agent; DiMarzio | | |
| 1808 | May 4, 2016 E-mails Between Raymond Chan & Jeffrey DiMarzio | Agent; DiMarzio | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1809 | July 20, 2016 E-mail Between Jeffrey DiMarzio & 'Summer-SZNW" | Agent; DiMarzio | | | |
|---|---|---|---|---|---|
| 1810 | July 31, 2016 E-mail Between Jeffrey DiMarzio & Satoru Kato | Agent; DiMarzio | | | |
| 1811 | May 10, 2018 E-mail Between Rose Fistrovic, Jeffrey DiMarzio, Satoru Kato, Michael Nytzen & Mitch Menzer | Agent; DiMarzio | | | |
| 1812 | June 12, 2018 E-Mail Between Jeffrey DiMarzio & Kaige Yang | Agent; DiMarzio | | | |
| 1813 | March 18, 2016 E-mail Between Jeffrey DiMarzio & Victor Li | Agent; DiMarzio | | | |
| 1814 | July 16, 2015 E-mail Between George Esparza & George Chiang | Agent; Esparza | | | |
| 1815 | INTENTIONALLY LEFT BLANK | | | | |
| 1816 | INTENTIONALLY LEFT BLANK | | | | |
| 1817 | INTENTIONALLY LEFT BLANK | | | | |
| 1818 | July 1, 2013 George Esparza E-mail | Agent; Esparza | | | |
| 1819 | INTENTIONALLY LEFT BLANK | | | | |
| 1820 | INTENTIONALLY LEFT BLANK | | | | |
| 1821 | INTENTIONALLY LEFT BLANK | | | | |
| 1822 | Ricky Zheng E-mails | Agent; Zheng | | | |
| 1823 | INTENTIONALLY LEFT BLANK | | | | |
| 1824 | INTENTIONALLY LEFT BLANK | | | | |
| 1825 | INTENTIONALLY LEFT BLANK | | | | |
| 1826 | INTENTIONALLY LEFT BLANK | | | | |
| 1827 | INTENTIONALLY LEFT BLANK | | | | |
| 1828 | INTENTIONALLY LEFT BLANK | | | | |
| 1829 | INTENTIONALLY LEFT BLANK | | | | |
| 1830 | INTENTIONALLY LEFT BLANK | | | | |
| 1831 | George Esparza E-mails | Agent; Esparza | | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| 1832 | INTENTIONALLY LEFT BLANK | | | | |
| 1833 | INTENTIONALLY LEFT BLANK | | | | |
| 1834 | INTENTIONALLY LEFT BLANK | | | | |
| 1835 | INTENTIONALLY LEFT BLANK | | | | |
| 1836 | INTENTIONALLY LEFT BLANK | | | | |
| 1837 | INTENTIONALLY LEFT BLANK | | | | |
| 1838 | INTENTIONALLY LEFT BLANK | | | | |
| 1839 | INTENTIONALLY LEFT BLANK | | | | |
| 1840 | INTENTIONALLY LEFT BLANK | | | | |
| **Text Messages (1900s)** | | | | | |
| 1901 | May 8-9, 2017 Text Messages Between George Esparza & Scott Yamabe | Agent; Esparza | | | |
| 1902 | Text Messages Between Jeffrey DiMarzio & Virginia Clark | Agent; DiMarzio | | | |
| 1903 | Ricky Zheng Texts | Agent; Zheng | | | |
| 1904 | INTENTIONALLY LEFT BLANK | | | | |
| 1905 | INTENTIONALLY LEFT BLANK | | | | |
| 1906 | INTENTIONALLY LEFT BLANK | | | | |
| 1907 | INTENTIONALLY LEFT BLANK | | | | |
| 1908 | INTENTIONALLY LEFT BLANK | | | | |
| 1909 | INTENTIONALLY LEFT BLANK | | | | |
| 1910 | INTENTIONALLY LEFT BLANK | | | | |
| 1911 | INTENTIONALLY LEFT BLANK | | | | |
| 1912 | INTENTIONALLY LEFT BLANK | | | | |
| 1913 | George Esparza Texts | Agent; Esparza | | | |
| 1914 | INTENTIONALLY LEFT BLANK | | | | |
| 1915 | INTENTIONALLY LEFT BLANK | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1916 | INTENTIONALLY LEFT BLANK | | | | |
| 1917 | INTENTIONALLY LEFT BLANK | | | | |
| 1918 | INTENTIONALLY LEFT BLANK | | | | |
| 1919 | INTENTIONALLY LEFT BLANK | | | | |
| 1920 | INTENTIONALLY LEFT BLANK | | | | |
| 1921 | INTENTIONALLY LEFT BLANK | | | | |
| 1922 | INTENTIONALLY LEFT BLANK | | | | |
| **Photos (2000s)** | | | | | |
| 2001 | Photos in Australia | Agent; Esparza; Zheng | | | |
| 2002 | Photos in Cabo | Agent; Esparza; Zheng | | | |
| 2003 | Photos in Las Vegas | Agent; Esparza; Zheng | | | |
| **Miscellaneous (2100s)** | | | | | |
| 2101 | Agent Civetti Warrant Affidavits | Agent | | | |
| 2102 | Agent Civetti Complaint Affidavits | Agent | | | |
| **Summary Charts (2200s)** | | | | | |
| 2201 | Godoy Settlement Money Flow | Demonstrative | | | |
| 2202 | Summary of Chip Sharing by Huang 2013-2018 | | | | |
| 2203 | Individual Trips - Slide 1 WH RZ JH | | | | |
| 2204 | Summary Spreadsheet of Huang Las Vegas Casino Trips | | | | |
| 2205 | INTENTIONALLY LEFT BLANK | | | | |
| 2206 | Bar Graph of Huang Trips to Las Vegas | | | | |
| 2207 | Breakdown of Comps 1 | | | | |
| 2208 | Breakdown of Comps 2 | | | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD