# EXHIBIT 2-1

Honorable John F. Walter
United States District Judge
Central District of California
United States Courthouse
350 W. 1st Street, Courtroom 7A
Los Angeles, CA  90012

Dear Judge Walter,

My name is Soni Lee and I am David Lee's wife who sat in the front row throughout the trial. David and I have been married for 30 years and we have three wonderful adult children.

I am writing this letter to you in hopes of appealing to your sympathy and compassion as you consider your sentencing for David. I also hope my letter will shed a light on who David truly is and how much of what was presented at the trial is not indicative of his character.

During the years of our marriage, we have had a balance of many good and bad memories. Of course, in the beginning we enjoyed the honeymoon stages of being in love, but our focus quickly shifted towards creating a better life for ourselves in order to provide for our family. We were happy newlyweds, but we were also both immigrants with nothing and soon to be expecting our first child, we needed to tighten our belts in order to provide security for our children's well-being. This required us to work tirelessly for countless days and nights, but we did not complain as this was the life we had chosen and envisioned; we were both proud to work together in creating a better future for our loved ones.

However, before we could pursue our own careers, David lost his father suddenly and he was required to take over for his father and help run the business with his mother. David's father started what was a small fashion accessories wholesale store. From that point on, we both worked 16 hour days to grow the business to support our family.

What I can tell you about my husband is that he is very devoted to his family, friends, and his business partners. He is incredibly generous to his employees and treats them more like family than subordinates. We have lived our lives striving to be good people who have been blessed by the grace of God. We could not have grown our business to where it is now without the support of our family, friends, and incredibly devoted employees. It was definitely not an overnight success and took many years or sacrifice and hard work to build, but we pushed forward day by day with the mindset that we could not fail. As our hard work started to pay off, we further grew our business ventures and bought real estate properties and businesses. We sacrificed a lot of precious time not being with our own kids as they grew up because of the long hours we had to work, but we knew we were doing this for them and their future. We are fortunate that our kids

grew up kind, gentle, and smart and as a result, they are successful in their own rights seeking their own dreams.

What I considered an amazing life was suddenly turned into a nightmare when I found out about this case. There was not only shock but total disbelief that my husband could have been involved with such a case. I could not believe that my husband could be a person that is capable of the actions he was found guilty for. If what the government said was true, standing before me I did not see the person I married and certainly not the life partner that has helped build our family and our lives. Both of us, but especially David, had always made every effort to do things the right way, and to build our business and our family by never straying from the path of proper conduct that we set out at the very beginning. I have never known David to waiver from that path, and the government's case was shocking and so far from what I knew that I could not imagine it were true.

As a result of the trial, we talked a lot about how we ended up here and the mistakes that brought us to this moment. I can only conclude that that our vision to succeed in order to create a better future for our family had been slowly warped over the years into a twisted vision seeking the fortunes of this world and materialistic items. This is not who we are, or who we have ever been. David has always shown me and agreed with me that money and success mean nothing without the love and support of family. We worked very hard with the dream that one day we would enjoy the fruits of our labor together as a family, not separated. We could have had all the money in the world, but it becomes meaningless when you realize the original intention for making this money is lost. If we lost our way, I know now that we should have relied more on God to lead us rather than lean on others. David and I have spent so many nights talking, understanding that none of what we have accomplished mattered, if we weren't together to share it.

When this case started, I wanted to bury my head in the sand and not think about it. I prayed to God to help us and to guide us through it. I still believe God has a plan for us as a family to learn from this and to grow in his light.

Your Honor, I know my husband. I have loved him for the past 30 years and I will continue to love him. I know that he is a good man, a good father, and a good husband. He has been a light in our family and our community for so many years. I am not just saying that because of his sentencing but because it is true.

I am grateful that this case allowed David so much to think and reflect, to finally see what truly matters for our family, what truly matters for his own happiness. While our family has been put through so much anguish over these last years, and we understand that heartache and pain will endure into the future for an unknowable amount of time, I do believe that this will allow our family to grow, to learn, and to get stronger as a result.

While waiting and preparing for the sentencing, my husband had countless days of heartaches, feeling extremely remorseful for his mistakes and for things he has not been able to see before this case. The past months have allowed him to open his eyes and find deeper meaning in his heart and life. He realized that this is not a setback, but rather, a setup for something greater. He feels in his heart tremendous passion and joy to continue to help out the community and people in need.

Despite knowing all of these things, it is still daunting and scary to think we will be apart from David as a result of this. He has always been the rock of our home, the foundation, and it will be so difficult to know that he is enduring punishment alone and separated from those who love him so. We know it is coming and we are dreading the day he will no longer be with us at home.

I, on behalf of myself and my family, ask for your leniency in sentencing David. David knows the wrong he did to our family and our employees and those who have helped us over the years, and he is incredibly remorseful. There is nothing that he can do to undo what he's done, but I also know he is sorry and he wants to make it right. I have seen a renewed man in some ways, and I see now a motivation to come out of this with a renewed sense of gratitude for his life and to live right by that, not only for himself but for our family. And in doing so, we as a family, hope we can make amends for his acts and start anew. While it is purely a selfish reason, we would like to have him home. Aside from occasional business trips, I haven't been without my husband since we've gotten married. And until my kids moved away for college, our kids have not been away from their father for more than a few days at a time. I dread what is coming, as I will be alone, with only his ailing mother for company.

As his loving wife who knows the kindness in his heart and as his lifelong partner who truly knows what he is feeling, let me tell you that he is a good man who made a huge mistake, and he will accept the punishment imposed on him. However, right now, we ask that you grant David and our family one last chance to allow him to make amends with us at home so that he can pay back to the community that he's hurt and to earn back the trust that he's lost as a result of this case. We just want him to have the chance to rehabilitate himself without having to be away from his family for too long. We only ask that you give him a second chance to make up for his mistakes and I know in my heart that he will not let you down.

Thank you kindly for your time in reading my letter.

*Soni Sung Yun Lee*

Soni Lee

# EXHIBIT 2-2

## Redacted Public Version

Sophia Lee

███████████████

April 14, 2023

The Honorable John F. Walter
United States Courthouse
350 W. 1st Street
Los Angeles, CA 90012
Courtroom 7A

Dear Judge Walter:

I am Sophia Lee and David Lee is my father. I am writing this letter to urge the Court to be merciful and lenient to my dad. My dad is a loving father, a man of faith, and, above all, a hard worker in every category. My dad has worked so hard his entire life, barely taking any time off, to ensure that my brothers and I were afforded all the opportunities he was not afforded while he was growing up in Brazil. My dad, the man that he is, works just as hard to provide these opportunities for his employees, his employees' children, and others in the community. It's not an exaggeration to say that hundreds of people rely on my dad, and he is very cognizant of the burden as well as the great privilege that comes with it. He is loved and respected by his employees, some of whom have been working for my dad longer than I've been alive. He is also loved and respected by many in the Korean community in Los Angeles and is known for being generous with his time, money, and energy.

You can say the strongest drive of my dad's life is to support his family and community, to make sure we are all taken care of. I could list forever the people he impacted and moments shared. What comes to mind as I write this letter are the special moments my dad and I shared. Growing up, my dad drove me to school every day, and believe it or not, these car rides with my dad shaped me into the person I am today. On these drives, we'd debate everything from the purpose of life to whether spaghetti sauce should be paired with noodles or rice (to this day, my dad eats spaghetti sauce with rice, paired with kimchi…). Odd food combinations aside, during these car rides, my dad instilled in me his strong work ethic, compassion, and a sense of curiosity. My dad and I don't get to share these car rides as often anymore, but when we do, I am a middle-schooler again, seeking my dad's conversation, his laugh, and his counsel.

With my dad's support, encouragement, and the core values he instilled in me, I was able to achieve my dreams of becoming an attorney. My dad is not a perfect man, but he is the perfect dad. I am deeply saddened to see what has happened in this case, and I believe that his dogged determination to provide the most he could for all those he needed to support caused him to stumble along the way. The legal system in the United States is very important to me, and I am proud of

having devoted the past three years of my life to the practice of law and hope to do so for many more years.  I am not writing this letter to request that my dad avoid any punishment, but I am respectfully asking the Court to be lenient so that my dad is able to learn from his mistakes and come out of this as a better man, father, and husband.   My dad has erred, but if given a second chance, I am certain that he will go back to being the honorable and hardworking man I know he is.  I urge the Court to be merciful and lenient to my dad.

Sincerely,

Sophia Lee

# EXHIBIT 2-3

March 16, 2023

The Honorable John F. Walters
United States District Court
Judge for The Central District of California

Your Honor,

I hope this letter finds you well. My name is John Ho Yoon Lee. I am the youngest son of David Lee. I turned 22 this year and have come to feel extremely grateful for the sacrifices my dad has made for me. From the start, my dad has been supportive and proud of me, letting me know through actions that he always has my back. When I was in 5th grade, I remember I got kicked out of school for copying someone else's book report and the first person in my corner was my dad telling me it was going to be okay. I remember during our rides back home from church, we would sing along to whatever was playing on the radio. I remember how he slept on the floor next to me to keep me company while everything was in boxes when we had moved into our new house when I was seven. I remember how he used to pick me up after study hall in the late afternoons and surprise me since he usually wasn't the one to pick me up. He even taught me how to shave for the first time when I had no idea how to use a razor. He pretty much taught me all the basics of a respectable man: how to respect each other, how to be responsible and take care of yourself, how to dress for all occasions, and overall survive in this tough world. I genuinely, without a doubt, would not be remotely close to where I am now without my Dad. He truly saw the bigger picture in me when no one else did.

My Dad always stressed that family is first and how we should never forget it. He is there for every important event, has entertained my mom's side of the family at every family reunion, and welcomes every friend of mine I invite for a hangout with food and great hospitality regardless of the time of day or if he has even met them. As I have become older, I've realized the depth and magnitude of how much my Dad has sacrificed for me throughout my life. I love him a lot and I really hope he receives nothing but the best. My name affirms my honor.

Sincerely,

John Lee

# EXHIBIT 2-4

## Redacted Public Version

Honorable John F. Walter
United States District Judge
Central District of California
United States Courthouse
350 W. 1st Street, Courtroom 7A
Los Angeles, CA  90012

Dear Judge Walter,

My name is David Lee Jr. the son of David Lee Sr.

Thank you for taking the time to read my letter about my father. I am writing this letter in hopes
of sharing with you a little bit more about how he has been like as a father figure and his impact
on my life. I hope this information will be useful to you when you are making your decision on
my father's sentencing.

During most of my childhood, I grew up with a caretaker because both my parents were
extremely busy. As a child, I often wondered why they had to work so much and I did wish my
parents could have been more involved in our childhood. I have recently turned 27 and I realize
now that my parents had to work very hard throughout my childhood to provide the most
comfortable life for me and my siblings and a comfortable life they indeed provided. When I was
growing up, I did not understand the true value of the sacrifices my parents made for me, but
now I realize that they have given me one of the greatest gifts. They sacrificed a majority of their
freedom in order to pass on that gift to their children. It is my turn now to fight for my dad's
freedom as it is only fair for me to return the favor.

My dad has a funny habit of leaving the dinner plate spotless when he eats; he doesn't dare to
leave leftover food even if he is extremely full. My siblings and I always thought this was very
unnecessary and when he also forced us to finish everything on our plates we complained and
joked to him that overeating will definitely lead to health problems. At first glance, this single
habit of his seems very unimportant, but it actually reveals a lot about my dad. As the youngest
child out of his many siblings my dad often had to be quick and fight for his food or else his
older siblings would finish the food first and there would be nothing left for him. Even from a
young age my father had to live with a burning fire that would tell him if he did not keep moving
forward he would be left to be burnt. Throughout my childhood and adolescence, I have seen this

fire continuously burning whether it was seen in his work ethics, in his conversations, and even in his daily habits.

I once accompanied my father on his business trip to Yiwu, China (one of the biggest wholesale market places in the world). We were there for about a week, but it felt like a month because everyday we woke up extremely early and walked around the entire markets from dawn until dusk. I followed my dad in awe as he never complained about being tired but rather I saw excitement in his eyes wherever we went. On one of the days we walked through the city for what felt like 10 miles and I suddenly flopped down because my legs gave out. My dad came and sat down next to me and said, "look at that young boy working in the stall. They work so hard to make just a dollar's worth. Would you be able to survive like that?" I realized the reason my dad was never tired throughout our trip was because everywhere we went he saw his younger self in all the hardworking people we met. And at that moment, my dad became my role model; I dearly wanted to feel the same motivation and passion he possessed. My dad taught me to be a strong fish that can swim against the current.

Your Honor, I proudly write this letter to you to tell you that my father is a good man and his many good deeds to others and his many accomplishments that he has achieved in his lifetime far outweighs the mistakes he has made. My father's influence and impact reaches to many people as he has always lived a passionate life filled with tenacity and grit. He has also lived most of his life carrying on the weight and the responsibilities of many people, not just his family. I can tell you that countless people rely, depend, and give their trust to my father. I will really miss my dad while he is away and the liveliness at home will definitely be gone. I also worry a lot for my mom's mental wellbeing as she has never been separated from my dad ever since their marriage. My wish is that my dad be remembered for all the good deeds that he has done and not for the mistake he has made. Your Honor, I selfishly ask of you to empathize with my father's history and the hardships that he has had to face throughout his life. As his son who has been blessed with the freedom he himself was never able to experience, I ask of you to please give him a second chance to know that he can and is allowed to live a comfortable life as well.

Thank you for taking the time to read my letter,

David Lee Jr.

# EXHIBIT 2-5



Honorable John F. Walter
United States District Judge
Central District of California
United States Courthouse
350 W. 1st Street, Courtroom 7A
Log Angeles, CA 90012

05/24/2023

Your honor,

My name is Joon H Cheon, and I was the lead architect for the 940 Hill project. I am also a close friend of David Lee and have known him for the last twenty years. We have also worked together on several real estate projects, including many in the Fashion District in downtown Los Angeles.

I kept updated on David's trial because I was scheduled to testify for the government, but was told that I did not need to show up the day before. I was surprised and saddened to hear that David was convicted. I recognize David got a fair trial and that the jury found what it did, but I am submitting this letter to encourage your honor to consider David's long history of community service and generosity at the time of sentencing. I also wanted to provide your honor with some details about what happened with 940 Hill that I did not have a chance to tell the jury during the trial. I am saying these things now not because I am trying to criticize the jury, but because I want to provide some important context to the events that took place.

I met David in 2006 to propose an architectural design for a building development he is pursuing.
Before I took on the 940 Hill project, I had worked with David on 8 projects, many of which were located in the Fashion District. The Fashion District was full of businesses run by Korean immigrants who were hoping to succeed in America. David was one of them, and once his business became successful, he really tried to help others climb up the same ladder that he did.
For example, around 2012, David purchased some warehouses and built out some showrooms so that local business owners would have a place to show off their merchandise instead of staying outdoors in street stands. But instead of renting them out, David made an effort to sell these spaces to the owners at reasonable prices, so that they could start owning their own piece of Los Angeles. None of these business owners would have been able to afford the property without David's help. And David could have easily made more money on this property by renting out these spaces or by selling these warehouses to other developers. But he wanted to help his community members succeed the same way he had.



Eventually, David became successful enough to purchase the 940 Hill property with two of
his business partners. He later hired my firm to work on plans to redevelop the property
into a large mixed-use development that would provide much-needed housing and
commercial revitalization to a part of downtown Los Angeles that was fairly rundown.

I was proud of this project. David and I saw it as our potential legacy to the city of Los
Angeles. We were going to take a rundown parking lot and turn it into a beautiful modern
apartment complex surrounded by local businesses. We were going to plant trees and make
the area beautiful by making sure there was plenty of space for people to walk around. I
was excited to work with my friend David to make this dream come true.

Our dreams required us to work closely with the city planners at the Planning Department.
They were enthusiastic about the project and saw its potential for the city, but they were
also in charge of making sure that the project was good for the neighborhood and the city.
This meant that we had to work with many city agencies to hear their concerns and address
them. Even though the process was slow and sometimes frustrating, David never asked me
to take a shortcut or to try to get around a law. He wanted to do everything right, and so did
I. So we talked to the city planners. We always addressed their concerns.

We also worked with the neighborhood council to get their support for the project, and they
eventually signed a letter saying that they were in favor of the project. We finally got to
celebrate when the Planning Department approved our project. We were only a few months
away from being able to start building our dream project.

All of that came to a stop when CREED filed its appeal. At first, my reaction was that this
was just another bump in the road we would have to deal with. All of the problems
mentioned in the appeal seemed made up to me, and everyone on our team knew it. What I
heard was that the union just wanted to slow down the project so we would agree to hire
their members. So we started working on the response to the appeal. We were confident
that since we had the city planners' support, we just needed to get to the hearing, win the
appeal, and move on.

But then he started talking to Justin Kim about the appeal. I wasn't there for all of their
conversations, but after David started talking to Justin, I realized that Justin was telling
David that the appeal was a real problem, and that David needed Justin's help to fix it. I had
known Justin before, and I never trusted him. Justin was always trying to make himself
seem like the most important person in the room and got upset whenever people didn't
think of him that way. I often saw him scream and yell at people when he didn't think they
were showing him enough respect. I didn't like him, but I know he had connections with
the city government, and that David considered him a friend.

I know the appeal was resolved at some point, and that Justin helped take care of it. It was
my impression at the time that David was trying to settle with the union directly, but I
realize that the jury did not think that was true. I honestly do not know what Justin said to



David behind closed doors, or how David responded. Whatever really happened, David obviously made a huge mistake working with Justin. But there is no doubt in my mind that David would not have even thought about paying a city councilmember for a vote if it had not been for Justin Kim's influence. But Justin wanted to make himself important, and he convinced David to listen to him instead of the rest of us. I am 100% sure that David would not be in the situation he is in now if it wasn't for Justin Kim. He was convinced to make a huge mistake by a terrible, selfish person, and must now face the consequences for that.

Your honor, David Lee is a kind and honorable person who made a huge mistake that led him to where he is today. You have only had a chance to hear about him based on the worst thing he has ever been accused of doing. But in the 20 years I have known him, I can tell you that David is a good person who has always cared more about others than himself and would never hurt others just to help himself. What the jury says he did is shocking and completely out of character. He is loved by his family and is seen by his friends as a shining example of the American dream.

I am hoping that you see the same thing I have seen after our long friendship, and that you are lenient with his sentence. I am sure that David will never make a similar mistake again, and I am sure that he has already learned his lesson before even a single day of prison. I only ask that you make his time away from his family and community as short as possible, because their lives are better when he is around.

Thank you for taking the time to read this, your honor.

Joon H Cheon

# EXHIBIT 2-6

April 24, 2023

The Honorable John F. Walter
United States District Court
Courtroom 7A
350 W. 1st Street
Los Angeles, CA 90012

      **RE:**   **Support Letter for David Dae Yong Lee**
             **Case No. 20-CR-0326-JFW**

Dear Honorable John F. Walter:

      I am writing this letter in support of my dear friend and employer, David Dae Yong Lee.  I would like to bring to your light the kind of person that he is, despite the allegations that he has faced in recent times, and humbly plead for your leniency.

      My name is Jason Kang, C.F.O. of Asset Investment Capital Corporation. I have been happily married for 20 years and have 2 children. My wife and I have tried to teach and raise our children with good family values and respect for the communities that we learned from our parents.  We've been serving at Sarang Community Church in Anaheim for the past 15 years to guide and raise our next generation to be stronger mentally, physically and spiritually.

      I first met David, in 2010 through the introduction of a mutual friend.  I started to work with him a month later, and it has been more than 12 years now.  At first, it was amazing to see so many employees, vendors, and business partners have been working with him for more than 10 to 15 years.  However, by working with him, I was able to understand why most of them still work for him to this day.  David is well respected by his vendors and business partners.  He is a type of person that will always look out for the best interest of the others than filling his own pocket. He tries to make decisions based on being fair or even more favorable for others even if he has to take a loss or be in a disadvantageous position. He treats everyone with courtesy and also feeds them with positivity that he naturally carries in himself. David has also treated me and my family with the same level of fairness, generosity and compassion.  He has always gone out of his way to make sure that I was well taken care of and that my family's needs have been met.

      He also serves at various community organizations, such as Korean Chamber of Commerce, Korean American Manufacturer's Association and Young Nak church. He always has tried to find a way to serve and give back to the community.  I have worked with him very closely for over 13 years now and probably spent more time than anyone. We worked very hard and shared much more than just work.  He has been like a big brother, I never had.  For the years that I've known him, he has shown me nothing but integrity, hard-working, courtesy, compassion, loyalty and serving others.

I still remember in 2011, one of our general contractors depleted all of construction funds with 80% done with the project. He fled the construction site and basically notified us that he did not have enough funds to finish the job. I did not know anything about the construction, yet David decided to take over the construction and resumed to finish where he left off. We gathered all of the sub-contractors and how much work was left and how much it would cost. I had to pretend like I knew what I was doing by staring down and raising my voice. However, David was different. He was very genuine and treated them like his relatives. He even ensured the subs that they would get paid for the remaining work and told them to continue. Furthermore, David contacted the general contractor to return to the site and finish what he started. David not only covered for the deficit of over $300,000 because of the general contractor's poor management and incompetence, but David also gave the general contractor a chance to redeem himself to finish the job. At the time, I couldn't understand, but now I see the quality that David had in his heart.

There was another incident where one of our employees was stealing sales proceeds and using the debit card to charge his personal expenses from one of our retail stores. He had done it for about 3 months and we confronted him. Everyone around David suggested pressing charges against him to teach him a lesson as well as set an example for other employees. I was very furious because he was directly under my supervision and I had no idea. However, David had a different idea of discipling him and gave him another chance. David not only have him another chance, but increase his wage and more work hours, so that he can pay back earlier. The employee ended up quitting and still has not paid back David in full. We told David again to press charges, but he just simply laughed. He said "How desperate he has been to do such a thing. He will one day realize his mistake and hope he learn from this incident." I was amazed that he was not even upset about that incident, and even worried about him. Like these incidents, David showed me so much value in life in many different occasions.

It is still utterly shocking to me that David was convicted of breaking the laws and that I am writing this letter to you. I believe that David did not have any intent to violate the laws of the United States because he has always tried to do the right thing. However, it will be greatly appreciated if you can see what he can offer to the community and how he can positively influence others in many different ways. I pray that you would see good qualities that he can provide this community and I once again plead for your leniency. Please do not hesitate to contact me if you have any questions.

Thank you for your time and consideration.

Sincerely,

Jason Kang

# EXHIBIT 2-7

## Redacted Public Version

Elizabeth Park

To the Honorable Judge F. Walter:

My name is Elizabeth, and I am David's niece. I work as a pediatric occupational therapist. Having known Uncle David my entire life, I have felt nothing but love, support, and inspiration from him.

I write this letter to show you the kind of person he is and the ways he has impacted me. He is someone I have always admired and respected because of his incredible work ethic and because of his character as a husband, father, son, brother, and uncle. From when I was little, my mom always shared how she, Uncle David, and their other siblings worked hard from a young age to support my grandparents' business in Brazil. She would boast that he never went to college but achieved success from working tirelessly. She told me he greeted and remembered every single customer who walked through their store, how he worked late hours to accommodate last minute customers, and how he would often spend time eating dinner with them afterwards, making sure they were cared for. Uncle David has always gone above and beyond to show his care through his actions. Throughout my life, he and my aunt Soni have generously and joyfully hosted the warm family gatherings that me and my cousins always eagerly anticipated. When my elderly grandmother lived with my mother, he and Aunt Soni were often over to care for her after working long hours at their store. He has always been and still is a wonderful and kind father to my cousins. Additionally, Uncle David serves faithfully on Sundays at the same local church he's been a member of since immigrating from Brazil. He possesses many great qualities that I strive for as a therapist, mother, wife, and daughter.

While I understand that Uncle David has been found guilty, I hope that this letter provides a holistic perspective of who he is as an uncle, father, husband, son, and brother. He manages to overcome the stressors and pressures of life with a big smile, a joyful spirit, and faith in the Lord. This season of life has forever changed him and our family, and I know that my uncle is willing to do anything he can for a second chance. I ask that you please show him mercy and grace. I thank you for reading and considering my letter.

Sincerely,

Elizabeth Park

# EXHIBIT 2-8

## Redacted Public Version

October 26, 2022

Honorable Judge F. Walter

My name is Fabiana Chung, and I am the oldest niece of Dae Young Lee; to me, he is my Uncle David. From the earliest childhood memory of my uncle, he has been and always will be the most generous, compassionate, grounded, and the hardest-working person I have ever known. His motto is always to be optimistic, pay it forward, and ask yourself, "how can I do more to make things better?"

His hard work and dedication to his family and businesses give me hope that, as a second-generation Korean American, I can make it in America and live "the life of the American Dream."  He continues to be a role model in every aspect of my daily life.

His example of true generosity, love, and empathy was most faithful in form when my husband and I lost our first daughter to a tragic accident at the hands of the babysitter in July 2015. Leah was the first grandchild of our family and was loved by all. Unfortunately, her babysitter decided to take Leah poolside on July 21st, and she fell asleep on the lounge chairs. A neighbor discovered Leah sometime later, and the babysitter was arrested and sentenced for child negligence.

Uncle David, who handles many business ventures and has a hectic daily schedule, took us into his home for weeks and nurtured us emotionally and physically. Not only did he take in the whole family, but all our friends who had traveled from afar. As the busy man I know him to be, he physically took time off work to ensure my husband and I were cared for. His actions were most genuine and have made profound impressions on my heart. To this day, I do not know how to repay him for his generosity and compassion. He indeed was and continues to be the beacon of light in a great time of despair. Uncle David is the anchor of our family; anyone can depend on him and ask for help when in need.

We are our actions, and our actions reveal who we are. Uncle David has always taken care of others with the best intentions. However, he is a man who has never committed an offense, and, in this case, the action of his generosity had an unfortunate outcome.  Uncle David is and always will be an honest man.

Respectfully yours,

Fabiana Chung

# EXHIBIT 2-9

## Redacted Public Version

October 27th 2022

Rev. Jason Park

███████████

To the honorable Judge F. Walter:

I thank you for the opportunity to write a letter for my uncle. I am a Presbyterian minister ordained in the Presbyterian Church of America. Being a pastor, I find myself occasionally speaking in court on behalf of congregants. However, this is the first time I am writing on behalf of a family member. I am saddened by this occasion, but grateful for the opportunity to provide a clearer picture of Uncle David.

From his high school years, David and all his siblings worked in the family business. That was true back then and it's still true today. He never went to college and never pursued business outside of the family. And over the decades, the siblings began to lean upon Uncle David more and more. Eventually, the well-being of the entire family (by that I mean his mother, his siblings, his nephews, and nieces) rested on his efforts. A rising tide lifts all boats. I can't imagine the type of pressure he must have carried for decades. The stress of needing to provide for so many must have been constant. The need to consider not only his well-being, but also future generations.

As we enter the holiday season, Christmas was a special time in our family. Uncle David and Aunt Soni always hosted all thirty of us. Immediately walking in, I would notice the spread of food placed on a huge dining table. There would be pies, turkey, ham and a plethora of sides. Uncle David would usually be outside grilling some meat, while everyone else in the family would be inside preparing the rest of the feast. Lunch would turn to dinner. And dinner would turn into desserts. But what sticks out most from all those feasts over all the years would be Uncle David's smile. The smile was always beaming and could light up any room. He would always make an effort to share a laugh with every single family member. I took satisfaction in knowing that these feasts must have been rare moments in his life. Where for one day, he would be able to stop working and enjoy the fruits of his labor. Where for one day, Uncle David could pause and be satisfied with his sacrifice and efforts.

As a pastor I am not familiar with the intricacies of the law. However, as a pastor, I hope to be a good judge of character. And while Uncle David is not perfect, he is a good man. He is someone who has been providing for his family for decades. He does everything for his family. The family has always been his life story. That was true when he was a high schooler and it's still true today.

It still boggles my mind to think about the responsibility he was given at such a young age. And this is what I hope the court understands. Namely, the heart of Uncle David. A heart to provide for those he loves so dearly.

I thank the court for this short opportunity to share a little about Uncle David. Humbly, I ask the court to consider David's story when considering an appropriate sentence. I ask the court would understand Uncle David and in turn grant mercy. I pray that the court would use its powerful discretion well.

Blessings Upon You
Rev. Jason Park

# EXHIBIT 2-10

## Redacted Public Version

June 23, 2023

Paul Lee

███████████████████████████

████████████████

Dear Judge Walters,

Respected Judge, I am Paul Lee, the older brother of David Lee. I am writing this letter to express my support for my brother and to provide insight into David's character, in the hopes of appealing to your grace and mercy during his sentencing.

Our family, consisting of four siblings, was raised by dedicated lifelong educators who made the decision to immigrate to Brazil when we were young, seeking a better life for us. We spent our formative years in Brazil before immigrating to the United States in 1982. After spending the initial 4 years in New York, we settled down in Los Angeles, where we have established our roots for the past 36 years. Through our experiences of moving from Brazil to the United States, we have learned the importance of hard work in order to succeed as immigrants in a foreign country.

Honorable Judge, I would like to share with you what I have observed while witnessing David's management of his fashion accessories business, Joia, for the past 35 years. He started the business in a small store alongside our parents and has grown it into a tremendously successful enterprise. This achievement alone is remarkable. Moreover, David deserves recognition for the person he has remained throughout this journey. He has remained loyal to his family, friends, and even his employees. Many of the nearly hundred employees, who he considers part of his Joia family, have been with him for the majority of these 35 years, and they consider Joia not just a workplace but a shared endeavor. Just as we do, they believe that the success David experiences in the business is shared by everyone at Joia, owing to the sense of community and love that is fostered there. David's loyalty, love, and kindness have earned him the affection of everyone at Joia, as well as the customers and vendors who have been with him and his wife Soni since the beginning.

Honorable Judge Walters, our family is deeply rooted in Christianity, guided by devout Christian parents who instilled in us the values of living under God's grace and love. They taught us to abide by God's word and to serve the community for God's purpose. This principle has guided both myself and David. Since our arrival in Los Angeles, David has been an active member of the Young Nak Church and has humbly served as an ordained Deacon, fulfilling his role in the service of God.

Honorable Judge Walters, from our early years until our immigration to the United States, our parents provided us with everything we needed. Unfortunately, our father passed away shortly after our arrival, and we regret that he could not witness much of the success we have achieved. However, our mother, who is currently 97 years old, is still with us. Although she may not be as strong and healthy as before, she still holds David, our youngest sibling, as her favorite child. David has taken great care of her on behalf of all of us, and his dedication to our mother fills me with immense pride.

Honorable Judge Walters, since our arrival in the United States, our entire family has strived tirelessly to achieve the American dream. However, in our pursuit of starting and running businesses to support our families, we have encountered mistakes, losses, and failures. We have been cheated, wronged, and misled by unscrupulous individuals, causing us to almost abandon our American dreams. Nevertheless, we have remained united as a family, supporting each other through thick and thin. We will stand by David in this case as well. We acknowledge the mistake he has made, considering it a collective error, and we will support him throughout the process of making amends, ensuring that he never repeats such a mistake. At this time, we humbly request your mercy in light of everything I have shared, and we hope that you can grant him another chance to redeem himself and rectify his mistakes.

Thank you for taking the time to read this letter. Your consideration is greatly appreciated.

Sincerely,

Paul Lee

To: The Honorable Judge John F. Walter                                    10/23/2022

존경하는 판사님, 저는 이선용 입니다. 피고 이대용의 형입니다.

존경하는 판사님, 우리 형제는 한국에서 평생을 교육자로 사신 부모님을 따라 남미의 브라질로
이주하여 10년을 살면서 우리의 청소년기를 남미의 브라질에서 보냈습니다. 그후 1982년 미국으로 재
이주하여 뉴욕에서 4년, 로스앤젤레스에서 36년을 살았습니다. 어려서 부터 외국으로 다니면서 배운
나름대로 배운 생활의 신념은 모든일을 열심히해서 반듯이 성공적인 이민생활을 해야한다는게 저희 온
가족과 형제들이 소원하는 것입니다.

존경하는 판사님, 데이빗이 현재 운영중인 죠이아 트레이딩을 35년간 이끌어온 데이빗의 모습을 쭉
옆에서 지켜본 저의 소견을 말씀드리겠습니다. 아주 미약한 시작으로 오늘까지 훌륭하게 성장시킨
비지니스 자체도 대견하지만, 칭찬받을만한 데이빗의 인간성과 성품또한 알수있습니다. 실제
예를들어 죠이야 트레딩에서 일하는 직원들의 대다수가 현재일하는 죠이야 트레이딩을 평생직장으로
생각하고 일하고있습니다. 이는 단순한 고용인과 종업원의 관계를 넘어서는 즉, 죠이야를 같이
운영하는 일원으로 책임과 권리를 다한다는 생각, 같은배를 타고있다는 생각으로 열심히 일하는
직원들의 모습에서 데이빗의 성실함과 많은 종업원들을 포용하며 통설하는 리더로서의 품격을 알수가
있습니다. 많은 손님들과의 관계또한 칭찬받는 업주입니다. 특히 20년 30년을 넘겨 죠이야 트레이딩과
거래하는 수많은 벤더들 모두가 진심에서 우러나는 칭찬과 찬사를 데이빗에게 보내고 있습니다.

존경하는 판사님, 우리가족모두는 조부모님때부터 독실한 기독교인으로 지금도 가족모두 각자 섬기는
교회에서 중직을 맡아서 봉사하고 있습니다. 특히 데이빗은 나성 영락교회에서 안수집사로 봉직하며
모든 봉사활동에 적극 참여하고 있습니다.

존경하는 판사님, 어린시절 우리들을 데리고 남미로 또 미국으로 이민을 오신 부모님중에 어버님은
미국에 오셔서 돌아가셨습니다. 이제 혼자되신 90이 넘은 어머니가 계십니다. 우리 형제중 막내인
데이빗을 제일로 사랑하시는 연로하신 어머니를 지극정성으로 모시는 데이빗의 모습또한 우리
형제들의 자랑입니다.

존경하는 판사님, 오늘날까지 우리 온 가족은 아메리칸 드림을위해 열심히 살아왔습니다. 하지만
비지니스를 운영하면서 크고 작은 실수들도 있었고, 꿈을 이루겠다는 과한 욕심도 있었습니다. 숨기고
싶은것도 있었고, 억울한 실수도 있었습니다. 데이빗의 잘못있다면 우리 형제와, 가족의 잘못으로 받아
함께 참회하며 앞으로는 사회에 더욱 선한 영향력을 전하는 모범이되도록 노력하겠습니다. 판사님의
아량높으신 판결을 기대합니다. 감사합니다.

10/23/2022

이 선용 드림.

30

# EXHIBIT 2-11

## Redacted Public Version

To: Honorable Judge

From: Carl Pak (An Elder for Young Nak Presbyterian Church in Los

Angeles) ██████████████████████████████████

██████████

Dear Honorable Judge

I am sending this letter requesting leniency on behalf of our brother in Christ, David Lee. I am his church friend and have been served at Young Nak Presbyterian Church since November 1985. I thank you in advance for reading this letter that I and many of our church members have signed in support of David Lee. It is highly unusual and very difficult for us to think David Lee whom I have known for a longtime as a person who would violate law as he is and always been a good person.

My name is Carl Pak. I have been a member for Young Nak Presbyterian Church since 1979. I have been elected to become an elder for the church back in 2018. My duties as an elder includes serving as a board member and work with the senior pastor to make and modify church rules and serve and discipline congregation member who does not follow church rules. Currently David holds a position as an "Ordained Deacon". As part of his duty as an Ordained Deacon, David manages operations and the finance of the department he was assigned. David's duty as an ordained deacon also includes overseeing inflows and outflows of the church funds that includes accounting and verification of church offerings and donations.

Personally, I've known David and his family (include wife and David's mother) since they joined our church back in November of 1985 . His mother who is now retired from church leadership have been one of the women's ministry leaders for almost 30 years. I first met her when I was volunteering for church's Transportation Department in 1998 and she always treated me like her own family. When I first met David, I immediately knew where he got his wonderful characteristics, great personalities, warm heart and always being humble man. Until now David is a same person whom I have always known for a longtime.

David and his wife serve church diligently giving their time and energy. David was elected to become an ordained deacon back in 2013 when our church had 4,000 weekly attendances. An ordained deacon's involvement in church activities includes overseeing and running one or more church department that he was assigned. Which means he needs to devote his time for church every Sunday which isn't very easy things to do while running many businesses. He has also contributed and supported church in many ways not to mention financially. From 2007 to

2017 our church held bazaar event every year. This was a fund-raising event to set up library at youth detention facilities in greater Los Angeles area as well as to support community services organizations. David and his wife were one of the major contributors to the event every year donating a lot of popular goods from their business to elevate the event by attracting church members to participate the event. I can surely say that without his contributions for this event, the church would not have met the goals we set. David has also helped financially countless time. It is almost impossible to mention everything on this short letter.

The rest of us, who have signed this letter along with me collectively wanted to submit this letter in support of David Lee. We do not know the full details behind what has happened in the case involving brother David but we wanted to take this time to lend our support for David and his family and to seek audience with your honor through this letter to express our love for David in hopes that your honor can have a better idea of who David is as a person and hope that your honor can grant him leniency as you consider David's punishment as a result of the case.

Collectively, we are all Ordained Deacons, Elders and church members of Young Nak and we are all very well acquainted with brother David. Our initial thought was to have individuals write personalized letters to your honor but thought this would be better suited to save you time as those of us that have signed on this letter are all servants of God who have served the church and our community along with David. Despite the allegations made against him and the resulting conviction, the David that we know is a far cry from the convicted felon that sits before you. We have all served with David at our church, Young Nak Church, in various positions ranging from the Welcoming Committee, Education Department, Young Adult Group, Parking Assistants, Community Outreach, Love L.A. (dedicated to helping the homeless), Food (kitchen) and Ushers/Greeters on Sunday. Through it all, what we all know of David is that he is a kind, humble, soft spoken, considerate, generous, family-oriented person that tries his best to help serve in any capacity to aid those in need. He is always the first to volunteer for church events and have always been extremely generous in supporting the church and its programs.

Individually, we have had several conversations with David regarding what happened in this case, and it is evident that David is remorseful for his participation in the wrongdoing. He certainly wishes he could take back the mistakes he's made but he also realizes that he must own up to his mistakes and take the appropriate punishment accordingly. We are certain that your honor is far more knowledgeable in terms of what happened and what David did. We also know that regardless of the intentions, one must own his mistakes and make amends for the mistakes. We hope and pray that your honor will be fair and just in determining David's punishment. We know he must serve his punishment but only ask that you take into account that as long as we

have known him David has been an amazing brother in Christ and we believe this was an once in a lifetime mistake for him.

We know it is likely that David will have to spend some time away from us and his family. We also know that he will spend that time to reflect on his mistakes and to better himself and to improve so that he does not make a similar mistake in the future. We just kindly ask that you give David the benefit of the doubt that this is unlike his character and that he will likely never make such a mistake again.  We pray for your leniency in determining his punishment and pray that you allow him to return back to his family and to our church community sooner rather than later.  Thank you so much for your time and consideration.

Respectfully,

Carl Pak

**Young Nak Church Members In Support of Brother David Lee**

1. Inyoung H. Huang

Joy Kang

_[This page contains two columns of handwritten signatures, most of which are illegible.]_

Left column:
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_
Moon Hwang
JUNG YEll LEE

Right column:
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_
_[signature]_

Byung Ha Park

Byung Ha Park

Jin duck dome

SONG WHAN

Young Ho KIM

Yeo S. LIM

Andy Kang

MICHAEL Cho

JUNG Yeh LEE

KIM

In Kee Kang

Jung Oh
Youn Ouk KIM

TAESOO Roh
YONG CHUL C KANG

Hannha KH Kim

Caleb D Kim

Hang sook oh

Sung Sook Lim

SOON CHA Oh

Kyung ok kang

gune pak

DONG H YO

Shin Sook Lee

SUNG CHOO KANG

YONG IL KIM

HEI SUNG KIM

Soon Ja Chung

YOU MIN KIM

KEUM HEA KIM

Ki Woong Hyun

HEE Sook HYUN

Eun Kyung Kim

Cheong I Kim

Rhya James

Kim Zangrik

Jackie Kim

Alice Lew (옥선영)

Sung Park

DONG H MO

Shin Sook Lee

SUNG CHOU KANG

YONG IL KIM

HEI SUNG KIM

Hei Sung Kim

Soon Ja chung

Soon Ja chung

YOU MIN KIM

KEUM HEA KIM

Ki WOONG HYUN

HEE SOOK HYUN

Eun Kyung Kim

Eu K Lin

Cheong il Kim

Cheong il Kim

Rhya Slams

Jackie kim

Alice Lew (유선용)

Sung Park

Monica Lee

Jeanne Park

# EXHIBIT 2-12

## Redacted Public Version

June 23, 2023

Dear Honorable Judge,

I am a brother in Christ with Deacon David Lee and I write this letter on his behalf to ask for your leniency in considering his sentence.

I currently serve with brother David at Young Nak Church here in Los Angeles. I have been a member of the church for the past 32 years and I became an elder of the church back in 2012. I have worked the past 15 years as the Pharmacist in Charge at the California Correctional Health Care Services.

I have known David for the past 30 years. I came to know David through his mother, who is a devout Christian who constantly prayed for her family including David. I was always so struck by how much love she shared for her youngest son and how much she believed in the power of prayers. And through her prayers, David came to meet his wife Soni to start a family and to grow his faith in the almighty Lord.  It has given me incredible joy and love to watch his growth not only as a man but also as a brother in Christ and his spiritual growth the past 30 years.

Our congregation is nearly 9,000 members and I serve in the Service Preparations department with brother David. I had not served in the same department with David until recently but I have witnessed his devotion to church and have always seen nothing but love and kindness from David and his wife.

When I first heard about the troubles that David had gotten into, I firmly believed that power of prayer would guide him and his family and that God's mercy will shine upon him. Through my 32 years living in the U.S. as an immigrant, I firmly also believe in the justice system and I believe the justice system works to the benefit of all.  David's case is no exception. I believe the jury's decision was the correct one and I have no doubt, David had his opportunity to show his side of the story. I am just sad to see that David now has to own up to his mistake and to take his punishment.

Through sweat and tears, brother David worked hard to support his family and to make his American dreams come true. None of what happened in this case can take that away from him. We understand that he made a mistake and he will have

to pay the price for his mistake but I am certain he learned his lesson from this
and he will be a better person as a result of it.

I know David as the God fearing devoted brother in Christ who now kneels before
the Lord almighty to ask for his forgiveness. He has expressed his regrets to me
and I certainly believe he now accepts his fate and wants to make amends for his
wrong actions. But despite the guilty verdict that deems him a criminal, there is
nothing that can take away who he is as a loving father, devoted husband, generous
friend, filial son and humble servant of God. So through this letter, I ask that your
honor grant David your enormous understanding and empathy in rendering his
sentence.  Thank you kindly for taking the time to read my letter.

Caleb Kim

# EXHIBIT 2-13



1662 W. Adams
Blvd Los Angeles,
CA 90007
www.givingtreeroasters.co
m
givingtreeadf@gmail
.com

To Whom It May Concern:

In 2011, the Angeles Dream Foundation was founded with a vision to help better the lives of those affected by developmenta l disa bilities a nd their families by offering them opportunities.  Opportunities include interning and volunteering at the organization and learning employ able skills, having a space to gather as a community, and building meaningful relationships. The cha rity foundation is funded by grants, donations, and income from selling items, such as clothing. The organization has seen positive impacts on our interns; the most important being that they feel as though they have a place in society .

In 2014, the Angeles Dream Foundation first opened GivingTree Thrift Store in the store plaza on Western, a property that Mr. Lee was stated to own.
Thus, our relationship started as property owner (Mr. Lee) and lessee (GivingTree Thrift) . As a cha rity, that was just getting started, GivingTree Thrift was facing difficulty with operating costs, majorly the cost of renting the store space. We informed Mr. Lee of our cha rity 's vision to help the community of people with developmenta l disabilities and asked if a ny discount on the rent were possible. He was very understanding and generous and informed us he would donate our rent amount back to our cha rity organization. This helped us enormously with continuing to operate, grow our organization, and impact the community . His generosity is one of
the reasons why GivingTree Thrift was a ble to grow and continue to where it is today, including opening a sister store ca lled GivingTree Coffee in which our interns with developmental disa bilities a re learning to barista .
Additionally, the organization had partnered with a local church and its missiona ry trips. Mr. Lee also kindly contributed goods to these trips, such as accessories for children (e.g. headbands, scarves, etc.). He did all of this without asking for anything in return. We remember him as a really kind, philanthropic landowner/person. When he sold the plaza property, the new landowner did not show us the same generosity as Mr. Lee, and as a result, we had to move to another location.



1662 W. Adams
Blvd Los Angeles,
CA 90007
www.givingtreeroasters.co
m
givingtreeadf@gmail
.com

Because of our history, we were very surprised to hear a bout the allegations of the trial. We write this letter to express that Mr. Lee has made a very positive impact on the community . Based on our previous interactions and what we know of Mr. Lee, he is a man of faith who helps others a nd serves the community, growing spiritua lly within the opportunity .

Regardless of the trial outcome, we believe in opportunities. Just like how our students/interns  have found opportunity and support in our organization, a charity Mr. Lee has supported selflessly, we ask that Mr. Lee can have another opportunity to further be of service to the community  in his faith .

It is clear Mr. Lee is saddened by what has happened a nd has expressed his desire to accept the events a nd grow from this to become a better per on to serve the community . Based on experience of knowing Mr. Lee since 2015, we believe he should be given a second opportunity to make up for any mistakes that may have been made . By providing him a second opportunity, he will be a ble to continue his impactful service to the community and provide additiona l meaningful opportunities to others.

Thank you for your time and consideration.

Sincerely,

Jungho Lee

CEO of Angeles  Dream Foundation

# EXHIBIT 2-14

## Redacted Public Version

 university presbyterian church

October 18, 2022

The Reverend Dr. Soon Chung



The Honorable John Walter
United States Courthouse,
350 W. 1st Street,
Los Angeles, CA 90012, Courtroom 7A

RE: David (Dae Yong) Lee

Dear Judge Walter,

I have known David (Dae Yong) Lee for almost nine years. We consider each other as family friends because our children went to the same school and took a few of the same classes. At one point, his youngest son and my youngest son ran on the track team together. As a result, we went to our sons' meets on a weekly basis, and I got to interact a lot with David and his wife, Soni (Sung Yun). Our families often ate together and their children attended the church I pastor for several years.

Although I know that David was found guilty, I would like to offer a fuller picture of David as a person and give you further insight into his character. He is a husband, father, and son who deeply cares about the well-being of his family. He is very supportive of his children, visits his mother on a weekly basis, and is always there to lend a hand to his siblings. Over the years, I have also visited his store and observed that there is a low level of turnover among his employees. His wife would often tell me that the employees know that he is a great listener who really looks out for them. He is very optimistic about life as a whole and this attitude positively affects his wife, family, friends, employees, and colleagues. In addition, David is an extremely generous person whose generosity extends outside of his immediate social circle to the handicapped, elderly, and outreach ministries of churches in the LA area. For instance, when I was at a restaurant with him, he paid for one of his employee's meals. Although he attended a different church, he donated new clothes, accessories, face masks and other items to the homeless and convalescent home ministries at my church during the holidays, such as Mother's Day, Father's Day and Christmas. In fact, during the COVID-19 pandemic, he was instrumental in providing masks to people who were most in need. He has always deeply felt this sense of duty to help the needy and handicapped.

I want to thank you, Judge Walter, for reading my letter and ask that you consider what I wrote in regards to his sentence. Each individual at one point in their lives makes mistakes, but it is helpful to remember what kind of person the convicted person really is. I hope you can consider these facts. If you have any questions about my letter, please feel free to contact me. I would be more than happy to provide any further information.

Faithfully yours,

The Reverend Dr. Soon Chung
Head Pastor
UCLA Presbyterian Chaplain

1333 Westwood Blvd. Los Angeles, CA 90024 · T:310.208.3991 · www.upcla.org

# EXHIBIT 2-15

## Redacted Public Version

Heung Sik Park

██████████████

████████████

██████████

December 14, 2023

            Re: David Lee

Dear your honor,

My name is Heung Sik Park. I immigrated to the United States in October 1981 and now I
run a small skin care product and fashion jewelry wholesale business. The reason I am
writing this letter is because of my friend David Lee who I met when I first started to work
in this country. I am heartbroken about what happened and what David did and the result
of the trial. I have known David for 35 years. My first job was at Santee Enterprise which was
a fashion jewelry company and I worked there for 3 years. When I first met David, David was
working in downtown LA on the corner of Los Angeles Street and Santee Street where he
was working for his parents when he was selling socks and underwear. I met him because
his parents were my customers and David was always very hard working and had a great
personality. So, for almost 35 years we have become close friends. Over those years, we
have gone through a lot together. So even with all that we've gone through, it was a
complete shock to hear about what happened and the trial. At one time, in our circle of
business owners, David's nickname was "Yes Man" because he never said "no" to anyone. I
have never seen him turn down his customer and I have never heard that he ever did. In
this business, he has always had a great reputation and he was always smiling and nice to
everyone. He would always first willing to let others come first even if he was on the losing
end. Just like I needed help when I first started my business, David was always there for
anyone, his employees or anyone he knew, that wanted to start a business. He never turned

down anyone who asked for help. So as David got more successful, he tried to help others succeed too.

He was always giving priority to his customers, his employees, family and friends. He never allowed anyone to disrespect or be rude to anyone he knew, and he never treated anyone rudely. He never refused any of his customers from returning any items and even though he had the buying power (as a big wholesale buyer) to buy directly from oversee factories, he never went around the middle guys because he believed everyone deserved to work hard to try to succeed and he never let down the middle guys. That is the reason all of the importer/middle guys appreciated him and looked to work with him, and he never disappointed them. It is one of his business philosophy that he hasn't changed, even now.

And many of his employees have been working for him for over 20 years. Nowadays, it is impossible to see workers that still working for the same company for over 20 years. David's employees have self pride in working for David and his family. You can tell a lot about David's heart and how he treats his employees and his sincerity to them by seeing so many employees that have stayed with him for so many years. Even now, I still see his hard work and his genuine and kind personality and it hasn't changed as long as I have known him.

I remember it like yesterday. In 1997, at a young age, after 2 hard years, I lost my business and I was in hard times. But David gave me, 30,000 dollars, which is a lot of money, so that I can start another business and gave me encouragement and support to start another business. And that is the reason I was able to recover and get back on my feet. Of course, the money he lent me, I paid back a long time ago and money wasn't the important thing but I still owe him a great deal of gratitude for what he did for me when he didn't need to. My wife and I can't forget what he has done for us and we will never be able to thank him enough for his kindness.  To this day, I am still trying to repay him for his kindness but he doesn't even let me bring it up anymore.

David has been going to the same church for the last 40 years, the same church that his parents started to attend when they immigrated here. As an Ordained Decon, he continues to serve the community by volunteering at church, taking a leadership role at church and continuing to help others as he did for me. I have never and I do not doubt his faith, his sincerity, his genuinous or his kindness. He continues to be the same person that I've have known all these years, doing the same good work while taking care of his ill mother. I know this sounds nothing like what you have heard about him at trial but I hope you believe me when I say, David is a good man with an even better heart and what he did is not who he really is.  Now thinking about him being away from his family makes me sad for his mother, his wife and children and even the workers at his store. As someone who has known him for so long, I just wanted to let you know how I feel so that you can make the right choice in determining his punishment. I just thank you for taking time to read my humble letter. I just hope my letter gives you a bigger picture of who David really is. I thank you, Judge.

Respectfully,

Heung Sik Park

December 14th, 2022

Heung Sik Park

████████████████

██████████████████

███████████████

██████████

존경하는 재판장님,

제 이름은 Heung Sik Park 이라고 합니다. 저는 1981 년 10 월에 미국에 이민와 현재는 작은 Skin Care Product 과 Fashion Jewelry 를 수입해서 도매하는 사업을 운영하고 있습니다. 이 글을 쓰게된 동기는 이민을 와서 첫 사회생활을 하면서 만난 David Lee 의 재판건으로 인해 너무나 가슴이 아파 이렇게 글을 씁니다.

제가 David Lee 를 만난지는 35 년이 되어 갑니다. 저의 첫 직장인 Santee Enterprise 라는 Fashion Jewelry 회사에서 3 년 동안 직장생활을 했을때 였습니다. 제가 그를 처음 만났을때는 Downtown 에 Los Angeles Street 과 Santee Street 사이에 있는 골목길에서 부모님이 운영하시는 작은 가게 앞에 그가 좌판을 펴고 양말을 팔던 때 였습니다. 그의 부모님이 저의 고객이서 자연스럽게 그와 만났고 성실하고 좋은 성격이어서 벌써 35 년에 가까운 시간을 친구처럼 알고 지내고 있습니다. 오랜시간을 같은 업종에 몸담고 있으면서 많은 일들이 있었습니다. 그의 인품을 너무나도 잘 아는 저이기에 그런 불미스러운 일로 재판을 받고 있다는 것에 저는 너무나도 큰 충격을 받았습니다.

한때 업계에서 그의 별명은 "Yes Man" 이었습니다. 저는 그가 그의 고객은 물론 거래처와 다투는것을 한번도 본적도 없고 들은적도 없습니다. 이 업계에서 모든 사람들로부터 좋은 평판을 받고 있고 항상 웃는 얼굴로 상대방을 대하고 자신의 이익을 양보할 줄 아는 그런 사장입니다. 많은 거래처들이 제가 그랬던것 처럼 처음 그들의 사업을 시작하면서 그의 도움을 필요로 했고 그 또한 그들에게 도움을 주는데 주저하지 않았습니다. 그의 사업은 항상 성장을 했고 성장에 걸맞게 많은 거래처들과 함께 성장을 공유했습니다. 그는 고객과 거래처를 항상 중시했습니다. 자신의 이익이 고객과

거래처의 이익에 반하는것을 허락하지 않았습니다. 고객이 오래된 물건을 반품을 할때도 기꺼이 반품을 받아주었습니다. 그의 buying power 는 직접 공장과 거래를 해도 될만큼 충분한 물량을 주문 할수 있지만 자기의 중간 거래처를 빼고 공장과 직거래 하는 일을 하지 않고 거래처를 실망시키지 않았습니다. 그에게 수많은 거래처들이 그와 거래를 하고 싶어하는 이유입니다. 그것은 그의 사업신조입니다.

그의 많은 직원들은 20 년을 넘게 회사를 위해 근무하고 있습니다. 20 여년을 넘게 보아왔던 직원들이 아직도 그 회사에서 근무하는 것을 볼수 있습니다. 그의 직원들은 자기 회사에서 일하는것에 대해 자부심도 갖고 있을 정도 입니다. 그가 직원을 대하는 마음을 엿볼수 있는 부분입니다.  현재의 그의 사업은 그의 성실함과 좋은 인품으로 이루어 졌음을 오랫동안 제가 보아왔습니다.

1997 년으로 기억됩니다. 어린 나이에 시작한 저의 사업이 실패해서 2 년을 어려운 생활을 보내고 있던 때에 그는 저에게 3 만불이라는 적지 않은 돈을 빌려주면서 새로 시작해 보라는 권유와 함께 용기를 주었고 제가 다시 회복할 수 있는 기회를 주었습니다. 그에게 빌린 돈은 오래전에 갚았고 돈이 전부는 아니었지만 그에게 진 마음에 빛은 아직도 갖고 있습니다. 제 아내는 그때를 너무나 고맙게 생각하고 있고 지금 그를 위해 매일 기도하고 있습니다.

그는 그의 부모님이 이민오신 때부터 다니시던 영락교회에 40 년을 넘게 같은 교회에 다니고 있고 교회에서 많은 봉사와 어려운 사람들을 위해 좋은 일을 하는것을 제가 직접 보아 왔습니다.

저는 그의 믿음과 인품을 믿어 의심치 않습니다. 지금도 그는 치매에 걸리신 노모를 보살펴 드리고 있습니다. 그리고 회사를 위해 열심히 일하는 직원들과 적지 않은 거래처들을 위해 그의 빈자리는 너무도 클것으로 생각됩니다.

그를 오랜 세월 동안 지켜본 한사람으로서 그에 대한 얘기를 재판장님께 말씀드리고 싶었습니다. 두서 없는 글을 읽어 주셔서 대단히 감사합니다. 아무쪼록 재판장님의 판단에 저의 생각이 조금이나마 고려 되었으면 합니다.

Heung Sik Park

December 14, 2022

# EXHIBIT 2-16

## Redacted Public Version

Date: March 10, 2023

Jae Chung - President



Re: David (Dae Yong) Lee's Case

Your Honor:

It is a genuine honor to write this letter in favor of Mr. David Lee, who is more than a client, but a great friend of mine. I have known David for more than 12 years now and can confidently support David's character as one of the most upright member of our community.

First time I met with David was in 2011, where he needed a renovation of the commercial condominiums that he developed. Time to time he came by and I thought it was to check up on us. However, I quickly discovered that he didn't come to check up on us, but to show his courtesy for us, working on his units. He brought snacks and lunches to encourage my employees and it really brought them a better experience in this field. Many times, we saw many property owners look down on my employees, just because they're working as construction workers. However, David treated them with the respect and courtesy as any businessmen and his colleagues.

I immediately knew that we would be working on different projects. Throughout I have known David, he has been of fine character and an honorable individual. As a man of integrity, David not only garners respect from those around him, but also gives that same respect to everyone in both personal and professional settings. A generous and thoughtful man, David is always the first to help others. David finds great pleasure in lending a hand to the community, by offering opportunities for employment. His generosity is shown through his enthusiasm to keep businesses open and help others to become managers and owners of their own right. David's hard working and giving spirit is evident of his commitment and love for the Los Angeles community.

I understand the seriousness of this matter; however, it is my sincere hope the court takes this letter into consideration at the time of sentencing. My good friend, David, has always been an upright character and is a valuable member of our community.

If any further information is required or my appearance in court is needed to verify information I have provided, I would be proud to provide further assistance in support of David Lee's character.

Sincerely,

Jae Chung

# EXHIBIT 2-17

## Redacted Public Version

# James Gomez



November 14, 2022

The Honorable John F. Walter
United States Courthouse
350 W. 1st Street
Los Angeles, CA 90012
Courtroom 7A

     Re: David Dae Yong Lee

Dear Judge Walter:

Over the past 11 years I have come to know Mr. David Lee both professionally through my work
with TVLesson.com and professionally through his work in various capacities in the community.
On a personal level I have grown close to Mr. Lee, his wife Soni along with his family. He is
genuinely a caring family man and he regularly attends Youngnak Church of Los Angeles.
I first met Mr. David Lee on a professional level through my works with TVLesson.com. I was
the host and on air personality on a number of the Internet tutorials. I have always known him to
be a respectable businessman that treated his employees with kindness, respect, and dignity. I
have known him to be very caring and generous with his employees. If ever there is a need or
family situation that comes up with his employees he's the first one to offer his support. I have
witnessed him offering an employee support with tuition cost for school in order to receive a
higher education. I have also witnessed him offering financial support for an employee's son
when he got married. He goes above and beyond to try to get to know his employees and their
families.

Personally Mr. Lee has generously helped me with a number of nonprofit organizations I am
involved in. When I was a member of Firehouse Church Mr. Lee regularly donated merchandise
for several outreach events including Christmas and Mother's Day. He has been a Champion to
assist me with the Meals on Wheels program here in La Habra. For the past few years prior to
Covid I participated by volunteering with Mr. Lee at his church for an annual outdoor Swap
Meet fundraiser. Mr. David Lee would donate thousands of dollars of product which would be
sold to parishioners and he would donate 100% of the proceeds to benefit is Church. I was able
to witness firsthand how he is loved and respected by members of his church. For this and many
more reasons I can wholeheartedly say that Mr. David Lee I have known and have grown to love
as a friend and brother in Christ as a good man with a heart of gold. I have witnessed firsthand
his humbleness and his caring heart. I was deeply saddened when I first learned of the charges
brought against Mr. Lee. I pray that somehow God would turn this horrible situation for his glory.

I humbly ask for grace and compassion for Mr. Lee. I trust and know in my heart there's so
many ways he can continue to make a difference in the community. If I can be of further service,
please do not hesitate to contact me at                    .

Sincerely,

James Gomez
Meals on Wheels Board Member

# EXHIBIT 2-18

## Redacted Public Version

Date: 11/02/22

Name of person making the recommendation: Joon Choe
Title of person making the recommendation: Joon Ho Choe DDS
Mailing Address: 
Phone number: 
Email: 

Re: David(Dae Yong) Lee,

Your honor:

I exceptionally recommend Mr. David lee, who is more than a friend to me and have been a tenant over
10 years. I have known him for 20 years now, and during this time, I have known David's qualities.

During this entire period, I have known David to be an enthusiastic individual, hardworking, and have a
high level of integrity. With excellent communication, David is a kind-hearted, generous, thoughtful, and
a man that always respected those around him personally and professionally. He dedicated his career
playing a vital role re-building the Fashion District in Downtown, Los Angeles. He was always the first
person to lend a helping hand and give small business owners an opportunity to become property and
showroom owners in the Fashion District. From community mobilization, capacity building as well as
planning and implementing community-based projects. It is evident that David's commitment,
dedication, and love for the community.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the
current case, I believe David Lee to be an honorable individual, a valuable member of our community,
and a good friend, business partner, and human being.

If you need further information regarding David Lee's character or require me to appear in court to
verify information that I provided here, please feel free to contact me at

Sincerely,

Joon Ho Choe DDS

# EXHIBIT 2-19

## Redacted Public Version

January 15, 2023

      RE: David Lee

To The Honorable Judge Walters:

Thank you for taking the time to read this letter that I am writing on behalf of my friend, David
Lee. I have known David for nearly 20 years, and I would like to give you a glimpse of the kind
of person he is. Throughout the years that I have known him, he has been nothing but kind,
generous, and humble. I have come across many people in my lifetime, but few have shown the
humility, generosity, and authenticity that I have experienced with David.

I have been blessed to run various successful business, including a Korean Supermarket chain,
which has allowed me to be directly involved in the Korean American community of Los
Angeles. I have had the privilege of serving as President of the Korean American Federation of
Los Angeles and serving two separate terms as the President for the Korean Chamber of
Commerce.

I first got to know David during the 1992 Los Angeles riots. As, Korean American, immigrants,
businessmen and leaders within our community, we felt compelled to act during a perilous time
for Koreatown and Fashion District businesses that were built up over the preceding 20 years.
We organized our community, employees, and fellow business owners to do whatever we could
to keep our businesses burning to the ground. Through our mutual support for one another, we
were able to withstand those terrible days and were fortunate to have many of our business
remain intact from the worst of the LA Riots. From that point we spent the next 30 years
building a friendship based on a foundation of mutual respect and shared pain.

10 years ago, I introduced David to the Korean Chamber of Commerce and recommended that he
become and member and join the board of directors, which he immediately accepted. Through
my many years volunteering at various community-based organizations, I have always had the
fortune of working with David. He was a constant presence by my side as we worked diligently
to provide services, guidance, and connection for the Korean American community. Through it
all, David was an enthusiastic member who was always willing and ready to lend a helping hand
to get things done. He has always been an upstanding individual with a tremendous heart!
When I first heard about the allegations against my good friend, I was both shocked and
heartbroken for David and his family. This was such a departure from the person that I knew.




I understand and appreciate our country's justice system and would never question nor downplay its importance and I would not do so in this case. However, I would like to ask you for your time to consider the good that David has done and not so much about the mistake he made. I believe he is a good man, and he will learn from this experience to become a better person. I truly believe that. So, in that light I just ask you for your open mind in considering his punishment and ask that you give him another chance to redeem himself. Because I know he can certainly make a difference in our community.  His service in the community will be greatly missed by many others including myself. Thank you so much.


Sincerely,

Kee Whan Ha,
Chairman





◇ Hanam Chain USA Inc.: 2740 W. Olympic Blvd. L.A., CA 90006 (213)382-2913/ (213)382-2913(Fax)
◇ Torrance Hannam, Inc. :3030 W. Sepulveda Blvd. Torrance, CA 90505 (310)539-8899/ (310)539-8523(Fax)
◇ Super 1 Hannam Inc.: 5301 Beach Blvd. Buena Park, CA 90621 (714)736-5800/ (714)736-5805(Fax)
◇ Super 1 Torrance Inc.: 2515 Torrance Blvd. Torrance, CA 90503 (424)731-7447/ (424)731-7313(Fax)
◇ Super 1 La Palma Inc.: 4951 La Palma Ave. La Palma, CA 90623 (562)924-7422/(562)924-7472(Fax)
◇ Hannam Traders Inc.: 2300 Raymer Ave. Fullerton, CA 92833 (714)738-6255/ (714)738-6264(Fax)

# EXHIBIT 2-20

## Redacted Public Version



June 23, 2023

Kevin Kang



Subject: Letter of Support for David Lee

Dear Judge Walter,

I hope this letter finds you well. I am writing to express my support and share my personal experiences regarding David Lee, whom I have known for almost two decades. As an esteemed member of the justice system, I trust in your wisdom and fair judgment, and I appreciate your consideration of my perspective.

Allow me to provide insight into David's character and the positive impact he has had on both our community and my life. Our relationship began when I frequented Joia, his store, as a customer. David, alongside his mother and wife, always welcome customers warmly, treating us as friends. Their dedication and hard work left a lasting impression on me.

As time passed, our acquaintance grew into a friendship, and eventually led to a business partnership. I witnessed firsthand David's entrepreneur skills and his contributions to the fashion district. Not only was he a prominent figure in the wholesale accessories industry, but he also played a vital role in revitalizing the neighborhood through the construction of new buildings and showrooms. David became a role model for many, including myself, embodying the American dream through his determination and success.

Throughout our journey, David consistently demonstrated a strong commitment to giving back to the community. Inspired by his philanthropic endeavors, I established a charitable organization called Kang Dream Foundation in 2013, where we annually support local non-profits that often help our community and those in need. David was not only supportive of my efforts, but also actively engaged in charitable work himself. We often discussed the importance of gratitude and the responsibility we had to contribute to society.

I must also mention that we briefly became competitors when David ventured into saving a struggling retail clothing business that he had invested in with fellow fashion district business owners. Despite my

advice against proceeding, David's motivation went beyond personal gain. His primary concern was to secure employment for hundreds of employees associated with the company. This anecdote underscores his selflessness and dedication to others, even when facing challenging circumstances.

Judge Walter, please understand that my intention in writing this letter is not to excuse David's actions. He has acknowledged his lapse in judgment, and I recognize that he must face the consequences of his actions. However, I firmly believe that this isolated incident is not representative of David's true character. His exemplary record as a law-abiding citizen, a devoted family man, and a deeply religious individual attest to his overall integrity.

I am confident that David will learn from this experience, take full responsibility for his actions, and strive to make amends to both his family and society. Therefore, I respectfully request that you consider leniency when determining his sentence. I believe that David's regret, combined with his commitment to personal growth and restitution, makes him deserving of a second chance.

Thank you for your time and thoughtful consideration. I sincerely hope that you can recognize the potential for David to reclaim his American dream. Should you require any additional information or wish to discuss this matter further, please do not hesitate to contact me. I am available at your convenience.


Yours sincerely,

Kevin Kang

# EXHIBIT 2-21

## Redacted Public Version

Korean Apparel Manufacturers Association (KAMA)



February 20, 2023

Dear Honorable Judge,

It is with my deepest sympathy, that I am writing this letter for the case regarding Mr. David Lee.

My name is Richard Cho, whom are in the manufacturing and wholesaling business of ladies' apparel in downtown Los Angeles, commonly referred to as the Fashion District or Jobber. I am currently serving as President for a non-profit organization named Korean Apparel Manufacturers Association (KAMA). KAMA represents hundreds of Korean American owners and leaders working in the fashion industry in Los Angeles. Even in midst of a busy daily schedule, David has served to make impactful and sometimes utterly urgent matters necessary to better this town. In the times of need, he even donated out of his own pocket to contribute for greater causes such as protecting store fronts in times of chaos.

I, along with many members, believe strongly that David is a well-respected, honest and caring business owner who is also supported by many employees and community leaders throughout. David has long been an advocate of hard work and a forerunner of sharing things together to better the business-labor relationships amidst very tough business regulations and laws. He has worked so hard and diligently to build a dream-come-true stable company and keep up with the payrolls, and more importantly communicating with his employees and peers which he calls them his extended families.

It is with a special pride and attachment of David to work hard and practice humble ethics in daily routine. I must convey that David feels gratitude towards the community and this country who gave opportunities and many things, and strongly feels obligated to contribute back in so many ways he can. Also, I must strongly emphasize that of business owners that I know of, David is someone with the most dignity, honesty and integrity. When someone was to meet him walking down the street or in his everyday office where the door is always open, he is focused to listen no matter who it is. Although David is in a time of hardship due to this sad, unfortunate event, which I personally think is driven by wrong acquaintances of few aspirational political individuals, I can proudly say that I stand by David's humble character.

It is with my great respect and honor to ask the court to treat David with exceptional leniency and compassion. Thank you and I hope this letter finds you well.

Sincerely,

Richard P. Ch

Richard P. Cho
Korean Apparel Manufacturers Association (KAMA)

# EXHIBIT 2-22

## Redacted Public Version



April 5, 2023

UNITED STATES DISTRICT COURT
Central District of California
350 W. 1st Street, Suite 4311
Los Angeles, California 90012

**Re:** **David Dae Yong Lee**
**Letter of Support**

Dear Honorable Judge John F. Walter:

Honesty, Integrity, Humility, Compassionate, Hard-Working & Family are some
of the words that comes to mind when I think about David. I humbly write this letter in
support of David, so that I may add insight to his character, and that your honor may
show leniency to a man who tirelessly strived to do everything right in achieving the
American Dream.

My name is Robert Cho, managing member of Byzantine, LLC. Our family is in
the business of investing in real estate with emphasis in supporting our community
through empowering and building stronger future generation. We particularly work with
charter schools and schools which support youth with disabilities. Outside of business
and family, I serve as a youth mentor, teacher, and support & guidance counselor in our
community church of 2000 members.

I first met David 20 years ago through the introduction of my father as they were
business partners who shared similar background. As my father was much older, I
remember David showing utmost respect even though there may have been differences in
direction and approach. That was my first impression of David, and till this day, as my
business partner and friend, he still lives up to those values while remaining committed to
serving God, family and community.

When I initially heard of David's indictment, I was in utter shock. It had to be a
mistake! Community and business members alike, those that knew him personally and

those that knew of him, could not believe the allegations presented in front of him as David has proved his character through his everyday life. David has always been the first to grab the short end of the stick, he's always been the first to give (often times even without asking), but more importantly, he's always been the first to care about his community even though it may not always have been beneficial to him.

As a devoted business member is Los Angeles, David employees hundreds of employees for his businesses. Although our goal as a business person is to strive to make all businesses succeed, that's not always the case. Even then, David puts forth the well-being of his employees and their families before his profits. He truly lives by the motto that the employees are the backbone of his companies. It's not very common that you run into an employer who employees this many people and knows each and every one by their first name. Even through the worst COVID-19 pandemic, David retained all his employees, putting their needs as priority over his profits. When the world was hoarding essential goods and PPEs (some as price gauging opportunities), David was donating these items to the community and most in need.

That's the David I know and that's the David who is.

Unfortunately, to my surprise, the jury found him otherwise. With respect to the court and the judicial system, I'm sure David and his family devastatingly awaits his sentencing. So, instead of waiting in the sidelines, I write this letter with heavy heart, as I plead for your honor's leniency, to look beyond the mistake that one has made, and to see the life of a man as a whole rather than the sum of its parts. I wish I had the opportunity to plead in front of the jury, but now I pray that your honor would find the appropriate sentencing of community service for a man who has sacrificed and contributed so much to our community.

Thank you for your time and if you have any questions, please do not hesitate to contact me at your convenience.

Yours Truly,

Robert Cho

# EXHIBIT 2-23

## Redacted Public Version

November 11, 2023

Young Cho

█████████████████████

██████████████

    Re: David Lee

Dear Judge Walters

I am Young Cho and I am one of David Lee's business partner.
Specifically, I was previously one of the co-owners of the 940
Hill Street property that was the center of this trial involving
David Lee. I wanted to take this opportunity to share with you
my thoughts, impressions and opinion on David in hopes that it
will help you in understanding the type of person David is so
that you may be lenient with him during his sentencing.

I served in the US Army as a Captain from June 1984 through
April 1990.  After serving in the military, I have owned and
operated a fashion business with my wife and family focused on
denim jeans. Like David, we were able to work hard and
persevere to achieve the American dream. I am thankful for all
that this country has provided me and my family and would not
trade it for any other place on earth.  My faith and love for this
country also includes its justice system which I believe in and
this case about David is no exception. While I am disappointed
in the jury's decision, I believe they made the best decision they

could under the circumstances and believe that this court handled the entire process fairly and justly. What I would like for you to understand is that what David has been convicted of isn't the type of behavior or actions of the person that I know to be David.

I've known David for nearly 20 years. And in that time, I have become not only his business partner but also his close friend. David is a very successful business man but he is even a better person. Gentle, kind and supportive are the three words that stand out in my mind.

David and I, along with several other business owners pitched in to buy the 940 Hill Street property in 2008 as a means to invest some of our business earnings toward real estate. While some of the other stayed in the project, I exited from the 940 Hill Street ownership in about early 2015 so that I could focus more on other project. I know David's partners that remain in the 940 Hill project and I consider all of them kind, nice and upstanding individuals.

What I read about this case really surprised me and shocked me. I know David is ambitious but I would have never thought that David is the kind of person to instruct someone to break the law. In all the years I have known David, I know that he is not the type to break any laws let alone let someone else break it for his own benefit.

David and I are partners in many different projects and businesses. He loved working with others and always opened to listen to everyone in the group. In many business meetings, he would spend extra time to listen to all members and pay respect to every one of them in the beginning and at the end of each and every meeting. He would mitigate differences amongst the group and always tried his best to accommodate everyone, so they could leave the meeting with lighter feet. He specially respected all of the elder members and lead on the younger members. He's a true born leader, yet humble and modest.

David, while an extremely successful business person, is not a complicated person nor dramatic. He is as low key as a person can get and he is always humble and gentle. So the guilty verdict of him intentionally instructing someone else to break the law, doesn't seem right in my mind. And that is what I would like you to know, judge. That though he has been found guilty of doing this, he generally isn't the type of person to do such and will certainly not do so in the future.

I don't want you to just take my word on who David is. I would like you to take some time to review all of the letters of his friend, family and business person who will inevitably write supporting letters to try to show you the true character of the man that is David Lee. I hope after you have reviewed all the letters, you too would understand him more like we do and see that what happened was not a common thing but an aberration.

That David Lee is a good man and that he will likely never do anything to get himself into this position again.

I thank you for your time and consideration in reading my letter and I hope you can be lenient in considering David's punishment.

Thank you.

Young A. Cho

Young Cho

# EXHIBIT 2-24

## Redacted Public Version

June 23, 2023

Young Kim

███████████████
██████████████████
███████████
█████████

Dear Honorable Judge Walter,

I am right now Mr. David Lee's manager at Joia and I have been here for 15 years as a manager at Joia. I live with my wife and our 4 children and we work hard to support our family.

I remember the first time I met Mr. Lee 15 years go. I already knew he was a very successful business person and so meeting him in person was very hard and I was very nervous. But when I met him, I felt I didn't have to worry. He was so warm and nice and he spoke to me with so much kindness. I will never forget that first time I met him. And from there I have been working with him and his family for the last 15 years.

To give you a small idea of how Mr. Lee is, he is always very nice and caring to everyone. Not just the people around him but even the people he doesn't know Even the poor homeless people around our stores, he is always very nice to them and treats them kindly and with respect. Even people who come to sell stuff at our stores, he is nice and always very good to everyone, even if they keep coming and bothering everyone. He and Mrs. Lee are also very nice to us and the people who work with us. Mr. Lee always listens to our problems and he is always offering to help us if we need anything. Even when it doesn't help him, he is always there to help us out and looks out for us. We feel luck to work with him and Mrs. Lee and I always think to myself "I hope I can become someone like him one day."

I thought about this a lot and I just wanted to do something for him while he is having a hard time because he is always there for us when we need help.  So I thought about it and decided to write this letter to you. He has supported me and the rest of us throughout the time I have been here and I wish I could do something to help him. Even with all the responsibilities he has he has never shown that he is down or that he is upset. Even though I don't know what happened here, I know he is a good person and I hope you can understand that too.

When I heard about what happened here, I was surprised and I couldn't believe it. It was a shock and it also broke my heart. He has always been such a role model for me that it hurt to hear about what happened. It didn't sound like the person I know.

Scanned with CamScanner

Dear honorable Judge, I believe you are fair and that you will be fair in deciding what happens to Mr. Lee. I also know that if you make a mistake, you should pay the price for it. If you cannot follow the rules and make the wrong decision, you should be punished and I know Mr. Lee knows and believes that too. I also know that Mr. Lee regrets what happened and that he feels bad to everyone, including everyone at Joia.

Mr. Lee is a role model that I would have bet my life on to be righteous and do the right thing. And because he is like a father to a lot of us, it breaks our heart to hear what happened and what will be happening as a result of his mistake. I just ask that you consider what I have written here and give Mr. Lee the benefit of the doubt that this is not the type of person he really is and that he made a big mistake and he is sorry about it. I just ask for your leniency as you decide what happens to Mr. Lee. We will pray that he come back to all of us soon and that he can again be the person I admire so much. Thank you very much.

Sincerely,

Young "Kenny" Kim

Scanned with CamScanner

Dear Judge Walter,


저는 현재 재판중인 David Lee 께서 대표로 계시는 회사에 15년째 메니져로 근무중인 Young Kim 이라고 합니다.
아내와 아이들 넷을 키우며 나름 행복한 가정을 꾸리고 살아가고 있는 평범한 가장이기도 합니다.

15년전 저희 사장님을 처음 뵜을때가 새삼 기억이 납니다.
이미 사회적으로 굉장한 성공을 거두신 분이라는것을 이미 알고 있었기에 사장님과의 첫 만남이 저에게는 긴장감으로 가득찬 매우 어려웠던 순간이었습니다.
하지만 사장님을 막상 만나뵙고 보니 괜한 걱정이었다는 것을 알았습니다. 너무도 따뜻하고 친절하게 저의 말들을 경청해 주셨습니다. 저에게는 절대 잊을 수 없었던 첫 만남이었습니다.
그렇게 저의 15년 회사 생활은 시작이 되었습니다.

회사앞을 지나가던 homeless 의 무례한 행동에도 화를 내시지 않고 부드럽게 그들을 대해 주시던 모습들 그리고 회사에 물건을 팔러 오던 온갖 sales men 들을 진심으로 대해 주시고 행여나 그들의 마음에 상처가 될까 조심 조심 예의 바르게 말씀을 건네 주시던 사장님. 직원들 하나 하나의 작은 의견에도 언제나 진심으로 경청해 주신 저의 사장님의 모습을 저는 절대 잊을 수가 없습니다. 지금 내가 손해를 보는 것 같다는 생각이 들지라도 사람들과의 인연을 더욱 중요시 여기셨던 저의 사장님을 보면서 저는 제 자신에게 묻곤 했습니다. "나는 과연 사장님과 같은 사람이 될 수 있을까?"

저는 다짐하고 또 다짐 했습니다. 언제나 저를 믿어주시고 저를 향한 배려를 아끼지 않으시던 저의 사장님을 위해 제가 할 수 있는 모든 노력을 다 할 것이라는 것을 말이죠. 저에게는 이 회사가 저의 젊은 날을 대변해 줄 전부였고 동시에 저희 사장님은 이 회사에 전부셨습니다. 엄청난 무게를 느끼는 자리였음에도 사장님은 언제나 지혜롭게 헤쳐 나갔셨습니다.

처음 사장님의 소식을 접하고 도처히 믿기질 않았습니다. 충격적이었고 동시에 마음이 너무 아팠습니다. 사장님은 저에게 너무도 크나 큰 존재였기에 제 마음은 더욱더 아팠습니다.

존경하는 재판장님! 합당하고 공정한 법 아래 명확한 판단을 내리실거라는 사실은 믿어 의심치 않습니다. 죄에는 그에 따르는 합당한 징계가 따르게 된다는 사실 또한 잘 알고 있습니다. 신중하지 못한 판단 착오로 올바르지 않은 선택을 하셨다는 사실은 저희 사장님 또한 깊히 반성하고 계실거라 생각됩니다.

저에게는 저의 인생을 걸만큼 전부였던 존재이셨고 저희 회사의 수많은 직원들 모두에게는
그들의 마음을 따뜻하게 안아 주시던 아버지 같은 존재이셨음이 제가 견디기 힘든 이유일
것입니다.

부디 재판장님의 선처를 호소합니다.

감사합니다.

Sincerely,

Young Kim

# EXHIBIT 2-25

## Redacted Public Version

Albert J. Jang, CPA

████████████

████████████

October 22, 2022

Re:     Mr. David Lee

To whom it may concern,

This letter is to state my relationship and my perspective and understanding about Mr. David Lee for his
character through our relationship. I have known Mr. David Lee over fifteen years. He was successful
businessman who has accomplish American Dream through his successful business in Downtown Los
Angeles. I have served as same church member from Youngnak Presbyterian Church of Los Angeles. I
wish I can represent his character and dignity through our relationship on and off the business
perspective and represent true character of Mr. David Lee.

As far as his business reputation, he was very successful doing wholesale accessory in Downtown Los
Angeles. I did not had a chance to serve him or his company as outside CPA, but I have experienced few
of our clients who partnership with him in several investments and investment opportunities. I only
heard praise about his business ethics and straight forward attitude towards to the investment he is
going in to, and with relationship with his partners. I also serve as a president of Korean American
Chamber of Commerce of Los Angeles where Mr. David Lee serves as director. He is always quite and
supportive for our projects and community developments. He is always very supportive financially
where he shows his sincerity through his participation.

I also serve with Mr. David Lee in our church ministry. We are both ordained deacon in our church
ministry and it has been pleasure serving the church together with him. He was humble enough to serve
in the fellowship department where he had to prepare the meals for over two thousand people every
Sunday. He also serves in building maintenance department where he had to work as super intendent
for Janitors. It is not easy to serve those difficult roles with success he achieved in his business.
However, his humbleness always brings him down to earth position among our church congregations
and serve in sincere manner.

I hope this letter represents part of Mr. David Lee where he is very respective businessman and sincerely
community leader. His humble and empathetic gestures always bring true emotions to all his
participation in nonprofit works and community work he participated with. Please let me know if any of
you have questions about Mr. David Lee.

Sincerely,

Albert Jang, CPA

84

# EXHIBIT 2-26

## Redacted Public Version

Young Kim

███████████████████

███████████████

Honorable John F. Walter
District Judge, United States Courthouse
350 W 1st Street, Courtroom 7A
Los Angeles, CA 90012

June 28, 2023

**Re:   Mr. Dae Yong "David" Lee**

Dear Judge Walter,

My name is Young Kim and I am writing this letter to request your lenience on behalf of my friend of over 30 years, Mr. David Lee, the defendant before you. I currently serve as Chairman of the Board of Directors of the Korean American Federation of Los Angeles (KAFLA), a 501(c)(3) nonprofit organization dedicated to serving the Korean American community of Los Angeles County, including small business owners in need of financial assistance due to the pandemic. Prior to KAFLA, I have also served as President of Korean-American Apparel Manufacturers Association, a nonprofit organization dedicated to assisting local industry merchants.

I have been in business in Los Angeles for over 30 years and have known David for as long as I have been in business. Over these years I have known David to be a hardworking, diligent, and God-fearing person. David is a good man and despite his mistake, I hope you will look at his character and see that he is not a bad man but a simple man who made a poor decision.

David and I grew up working in the fashion district. We became friends through our common struggles of running our businesses and trying to support our families. We met when we were both very young while selling clothing and undergarments at a downtown swap meet. We didn't have much but we both wanted to work hard and earn a living so that we could provide for our families. I recall many days where we would both show up early in the morning to set up our tables and tents to prepare and sell our clothes, socks, and underwear. All we had were our dreams of building a business and making something of yourself. With not much money and limited English, we didn't have much but our desire to succeed.

The story of the immigrant who arrives to the United States to create a better life for his family is the same.  We all had to sacrifice ourselves in order to support our families and work hard to build a better life for our children.  One thing in common that immigrants who have succeeded have is that they generally do not have many friends, including David and me.  It is difficult to make friends when you are working 16 to 18 hour days, seven days a week.  And for those fortunate enough to become successful and have some downtime later in life, they may not find much genuine friendships to enjoy.

David and I have experienced similar struggles in building our businesses.  We both worked hard and gave up our personal time so that we could make something of ourselves.  In the process of pursuing our American dream, David and I became friends and have come to know and appreciate each other very much.  I consider David to be one of the most genuinely kind and gentle people that I know.  David isn't just nice to some people, he is kind to *everyone*.  You can tell by how he treats those who are not in such a great position.  The way David treats his workers and those less fortunate than us shows me what type of person he truly is.  David is always there to lend a hand when his employees and friends need help.  And as long as I have known him, he has rarely said no to anyone who has truly needed help.  He has a kind, generous heart and genuinely cares for others.

When I found out about what happened in this case, I knew he was in trouble.  He is so trusting of people.  Even when it seems pretty apparent that someone is taking advantage of him, David always gives them the benefit of the doubt.  I believe such is what happened in this case.  I do not sit here questioning the jury's verdict.  I am certain they made the best decision that was before them.  However, what I would like you to know is that David really could have also been a victim of some bigger plot and could have gotten himself into something much greater than he could have even imagined.  Again, I make no excuses for what happened but do bring this up so that you may consider the possibility and you may grant him leniency in your sentencing.

I truly believe David is one of the good guys out there and I would love nothing more than for my friend to be back home with his family as soon as possible so that he can atone for his mistakes and make things better for himself and his family. I also believe that if given the chance, David will not make the same mistake and will continue his previously straight and narrow path of family, friends and God. I just hope you can believe what I am saying and give David a chance to be back with his family sooner than later. Thank you Judge Walter.

Respectfully,

Young Kim

# EXHIBIT 2-27

## Redacted Public Version

Samuel Lee



10/18/2022

     RE: My uncle David Lee

To: The Honorable Judge John F. Walter

My name Samuel Lee and I am the nephew to David Lee, who is my father's younger brother. I have known him all my life, from my birth to the current age of 27. I was troubled to hear about the recent case about him as he has always been someone that I could look up to and trust. I feel compelled to write this letter of character for my uncle, to do what is in my own means, to support and fight for him as part of my family and as a good human being. I understand the seriousness of this matter, however, I hope the court will show some leniency.

My uncle has always been a generous and supportive individual that stands will all those that surrounds him. I see the times my father and uncle would spend together, supporting their mother in any way possible. He would be sure to meet her, sometimes arduous, demands without even so much as an excuse. Whether that would be time to spend with her, or to financially support her, no time or cost was and is a loss to help his mother.

All of us younger members of the family would also experience this generous support, making sure that we're doing well and supporting us through our own dreams and endeavors, whether in success or failure. His own children were supported in all sorts of different paths, from going to law school or participating in a shooting tournament with no demands on his part. He wanted them to be happy and was more than willing to support them in all their activities.

To his community, he stands up for the small businesses in the Fashion District. He helps others where he can, investing into his friends and their families for their success. He is an active member of his church as well, always taking a portion of his earnings and willingly giving it as a tithe. He takes the time to work with his church as well, helping in

the background logistics, never needing acknowledgement for his own work.

While it is unfortunate that he has made some bad decisions, thus resulting in this case, I stand by him in support and pride. He is not a man of greed nor is he one to take malicious action upon others. Moving forward, I believe he will become a better man and pay his debts to society.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current claims against him, I believe my uncle is an honorable individual with a generous heart, having more to give to the community and his family.

Sincerely,

Samuel Lee

# EXHIBIT 2-28

## Redacted Public Version

Julie Lee



10/18/2022

      Re: David Lee

Dear Judge Walter,

My name is Julie Lee and I am the wife of Paul Lee and David Lee's sister in law. Since the day I married Paul 30 years ago, we have become one family. My first recollection of meeting David nearly 30 years ago is that how kind, sweet and gentle he was. But through all these years, David has not changed at all and he is still the same kind, gentle, loving person I met back then.  What I have gotten to know about David in the past 30 years is that not only is he a kind, gentle person but he is also an incredible father, loving husband, devoted sibling as well as dutiful son. The length he goes to take of his family is without measure and we all feel nothing but love and support from him.

David's success with his business is not surprising when you see him at work. He is the first one there and the last one leaving. He puts in more work than anyone he hires and he does so because he believes he must be the example for others to follow.  But aside from his work ethics, he is also a very devout Christian who serves for his church as one of their ordained Deacon. Our family did not see his appointment as a surprise on the count of all of his work for the church but to finally see him become a part of the ministry made our mother in law, incredibly happy and we all rejoiced in the grace that God has provided us.

Our mother in law is 97 years old and she is steadily becoming weaker. She considers David to be her favorite child and from amongst the 4 children, despite her declining mental acumen, she still remembers David's phone number.  She also only calls him multiple times a day as it has become a habit for her. Regardless of the fact that my mother in law still lives with David, she finds it comforting to call him daily to make sure he is doing well. The thought of her calling him and not having him be able to pick up the phone, makes my heart break.  Due to her age and her current condition, we don't have the heart to break the news to her about David current situation. The more I think about it, the fact that David may not be here when she ultimately passes, just makes me incredibly sad. We still haven't figured out what we will do when the time comes...

Dear Judge Walters, we all understand that David made a mistake that is not easily forgivable. We also know that he must pay a price for his mistake. However, we ask that you grant him leniency as you decide his fate and consider the kind, gentle person that he is and how one mistake, however big, shouldn't be a lifelong penalty. We know if given the chance, he will not make the same mistake and he

will be a better person as a result of this life changing mistake. Thank you for your time and consideration.

Sincerely,

Julie Lee

Julie Lee

To: The Honorable Judge John F. Walter

제 이름은 이쥴리 입니다.

저는 30년전 이대용씨 형과 결혼 하면서 한 가족이 되었습니다. 제가 격어 본 이대용씨는

30년전 처음 만났을때 부터 지금까지 정말 한결같이 성실하고 정직한 분 이십니다.

항상 친절하고 다정한 성품을 가진 좋은남편, 존경 받는 아버지 이시고, 아무리 바빠도 나이

많으신 어머니를 정말 지극히 보살피시는분 이십니다.  또한 이대용씨는 성공한 사업가지만 본인이

항상 앞장서서 성실하게  일하여 본보기가 되었기 때문에 많은사람들의 칭찬과 존경을 받고있습니다.

신실한 기독교 신자이신 이대용씨는 교회생활도 열심히 하셔서 주일예배 뿐만 아니라 선교사역과

전도사역에도 힘 쓰시고 지역봉사에도 열심이셔서 매년 바자회를 통해 기금을 마련하여 지역사회에

도움을 주고 계십니다.

저희에게는 나이 많으신 어머니가 계십니다. 막내아들 이대용씨를 너무 사랑하셔서 희미해진

기억으로도 늘 이대용씨를 찾으십니다. 다른사람은 가끔 못알아 보셔도 막내아들은  늘 곁에 두고 함께

하고 싶어 하십니다. 이대용씨도 모든일을 뒤로하고 자주 찾아가서 함께 오랜시간을 보내면서 어머니를

즐겁게 위로해 해드립니다. 이런 막내아들을 오래 보지 못하시면 이유도 모르시고 굉장히 슬퍼 하실

것이며, 그것을 바라봐야하는 저희가족은 무슨말로 설명 드려야 할지 가슴이 먹먹해질 것입니다.

이대용씨는 저희가정에서도 직장에서도 정말 없어서는 안될 소중한 분이시고, 잘못된 부분을  분명히

충분하게 반성하여 바로 잡으실수 있습니다. 부디 이대용씨의 사람됨을 살펴주셔서 좋은판단 내려

주시길 간곡히 부탁 드립니다.

이 쥴 리 드림

95