# EXHIBIT 4

```
 1                  UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3          HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

 4

 5   UNITED STATES OF AMERICA,      )
                                    )
 6                 Plaintiff,       )
                                    )
 7       v.                         )  Case No. CR 20-326(A) JFW
                                    )
 8   DAE YONG LEE,                  )       VOLUME 4
     940 HILL, LLC,                 )    (Pages 786 - 1042)
 9                                  )
                    Defendants.     )
10   _____)

11

12             REPORTER'S TRANSCRIPT OF PROCEEDINGS
                          TRIAL DAY 4
13                  FRIDAY, JUNE 17, 2022
                         8:04 A.M.
14               LOS ANGELES, CALIFORNIA

15

16

17

18

19

20

21

22   _____

23      MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR
               FEDERAL OFFICIAL COURT REPORTER
24              350 WEST 1ST STREET, ROOM 4455
               LOS ANGELES, CALIFORNIA  90012
25                     (213) 894-2305
```

UNITED STATES DISTRICT COURT

```
 1                    APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF:

 4       TRACY L. WILKISON
         United States Attorney
 5       BY:  MACK E. JENKINS
         BY:  VERONICA DRAGALIN
 6       BY:  CASSIE D. PALMER
              Assistant United States Attorneys
 7       United States Courthouse
         312 North Spring Street
 8       Los Angeles, California  90012

 9

10   FOR THE DEFENDANTS:

11       BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS,
         LINCENBERG & RHOW
12       BY:  ARIEL A. NEUMAN
         BY:  RAY S. SEILIE
13            Attorney at Law
         1875 Century Park East, 23rd Floor
14       Los Angeles, California  90067

15

16   KOREAN INTERPRETERS:

17       KATHY SIM
         MARY ANN YI
18       ANNIE LEE

19

20   ALSO PRESENT:

21       ANDREW CIVETTI, FBI Special Agent

22

23

24

25
```

**INDEX OF WITNESSES**

PLAINTIFF'S WITNESSES                                           PAGE

KUK, Shawn

    Direct Examination (Resumed) by Mr. Jenkins        795
    Cross-Examination by Mr. Seilie                    836
    Redirect Examination by Mr. Jenkins                861
    Recross-Examination by Mr. Seilie                  869


CHANG, Julia

    Direct Examination by Mr. Jenkins                  871
    Cross-Examination by Mr. Seilie                    902
    Redirect Examination by Mr. Jenkins                912


ESPARZA, George

    Direct Examination by Ms. Dragalin                 915

```
        1        A.   Yes.
        2        Q.   And if you -- and he was the one who requested your
        3   office's support in denying the appeal; correct?
        4        A.   Him and others mentioned in my briefings.
09:31AM 5        Q.   I think that's -- yes, it's the first sentence
        6   there.  He was the -- Justin Kim was the one who requested your
        7   office's support in denying the appeal; correct?
        8        A.   Yes.
        9        Q.   Now, let's look at the background section.
09:31AM 10            Oh, I'm sorry.  If we could quickly look at that
       11   paragraph that references the Central APC hearing.
       12            Now, you mentioned -- you testified earlier about
       13   the fact that the reason the Central APC or the planning staff
       14   recommended denial of the appeal was that they had been the
09:32AM 15   ones to work on the project and get it into the shape that it
       16   was when it got approved by the Planning Department; correct?
       17        A.   Right.  The Planning Department did that for the
       18   Planning Commission.
       19        Q.   And the Planning Department is staffed with experts
09:32AM 20   and engineers who know the minutia and details of city
       21   planning; correct?
       22        A.   Correct.
       23        Q.   They are not elected officials; correct?
       24        A.   No.  They're civil servants.  Yeah, not elected
09:32AM 25   officials.
```

**UNITED STATES DISTRICT COURT**

|  |  |  |
|---|---|---|
|  | 1 | Q.   They're civil servants who are trying to do what's |
|  | 2 | best for the city; correct? |
|  | 3 | A.   Correct. |
|  | 4 | Q.   And they're the ones who help -- they don't simply |
| 09:32AM | 5 | present what the developer gives them.  They work together with |
|  | 6 | the developer to make sure that the package that's presented to |
|  | 7 | the Planning Department is good for the city; correct? |
|  | 8 | A.   Well, I would -- I would go so far as they would -- |
|  | 9 | they work independently, objectively, right, to discern the |
| 09:32AM | 10 | merits of any application. |
|  | 11 | Q.   So they've independently and objectively discerned |
|  | 12 | the merits of the application and they recommended denial of |
|  | 13 | the appeal; correct? |
|  | 14 | A.   Correct. |
| 09:33AM | 15 | Q.   Now, Huizar was not part of the Area Planning |
|  | 16 | Commission; right? |
|  | 17 | A.   No. |
|  | 18 | Q.   He wasn't going to vote on that first stage of the |
|  | 19 | appeal; correct? |
| 09:33AM | 20 | A.   No.  Correct. |
|  | 21 | Q.   And it was your understanding that these experts at |
|  | 22 | the Planning Department, after their independent and objective |
|  | 23 | analyses, had a general response of denying CREED LA's appeals; |
|  | 24 | correct? |
| 09:33AM | 25 | A.   That had been the track record up until that point, |

**UNITED STATES DISTRICT COURT**

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

      I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

      DATED THIS 18TH DAY OF JUNE, 2022.


      /S/ MYRA L. PONCE
_____
MYRA L. PONCE, CSR NO. 11544, CRR, RDR
FEDERAL OFFICIAL COURT REPORTER