# EXHIBIT 5

```
                UNITED STATES DISTRICT COURT

        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

         HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE


UNITED STATES OF AMERICA,    )
                             )
        PLAINTIFF,            )      CASE NO.
                             )
        vs.                   )      CR 20-326-JFW
                             )
DAE YONG LEE,                )
940 HILL, LLC,                )      VOLUME 7
                             )      PAGES 1578 TO 1826
        DEFENDANTS.           )
                             )




                    REPORTER'S TRANSCRIPT OF
                         TRIAL DAY 7
                   THURSDAY, JUNE 23, 2022
                         7:34 A.M.
                  LOS ANGELES, CALIFORNIA
```

---

**MIRANDA ALGORRI, CSR 12743, RPR, CRR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CALIFORNIA 90012
MIRANDAALGORRI@GMAIL.COM

```
 1                    APPEARANCES OF COUNSEL:

 2


 3   FOR THE PLAINTIFF:

 4        TRACY L. WILKISON
          UNITED STATES ATTORNEY
 5        BY:  MACK JENKINS
          BY:  VERONICA DRAGALIN
 6        BY:  CASSIE PALMER
          Assistant United States Attorneys
 7        United States Courthouse
          312 North Spring Street
 8        Los Angeles, California 90012

 9
     FOR THE DEFENDANT:
10
          BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW
11        BY:  ARIEL A. NEUMAN
          BY:  RAY SEILIE
12        1875 Century Park East
          23rd Floor
13        Los Angeles, California 90067

14
     FOR WITNESS KIM:
15
          LAW OFFICES OF DAVID VAUGHN
16        BY:  DAVID P. VAUGHN
          350 South Grand Avenue
17        Suite 3550
          Los Angeles, California 90071

18

19

20

21

22

23

24

25
```

**INDEX OF WITNESSES**

| WITNESSES | PAGE |
|---|---|

KIM, Justin

    Cross-examination by Mr. Neuman      1594
    Redirect examination by Mr. Jenkins      1750
    Recross-examination by Mr. Neuman      1771


MODRZEJEWSKI, Jeffrey Matthew

    Direct examination by Ms. Dragalin      1774
    Cross-examination by Mr. Seilie      1810
    Redirect examination by Ms. Dragalin      1821
    Recross-examination by Mr. Seilie      1823

```
 1   and then dropped it for that reason; correct?
 2         A     Can you restate that question, please?
 3         Q     You don't know one way or another whether CREED
 4   decided to drop the appeal because it looked at the appeal and
 5   concluded there was no merit there; right?
 6         A     I don't know how to answer this question.  Can
 7   you rephrase the question?  I apologize.
 8         Q     You don't know one way or another whether CREED
 9   re-evaluated its appeal and just decided to drop it because it
10   didn't have any merit.
11         A     Yes.  I don't recall.
12         Q     In fact, you recently looked at the file in
13   preparation for this testimony; correct?
14         A     Which file?  I'm sorry.
15         Q     The file on the 940 Hill appeal.
16         A     Yes, I did.
17         Q     You looked at it in preparation for this
18   testimony; correct?
19         A     Yes, we did.
20         Q     You spoke to the Government about it; correct?
21         A     Yes, we did.
22         Q     You told the Government, quote, "We did not have
23   a lot on this one."
24               Correct?
25         A     Correct.
```

```
01:38PM
             1          Q       And one of the reasons you reached that
             2   conclusion is you saw that there weren't even any experts who
             3   were hired on that project; correct?
             4          A       Correct.
             5          Q       You also said that you didn't even have any of
             6   CREED's lawyers looking at the project; correct?
             7          A       Correct.
             8          Q       And these facts indicated to you that you didn't
             9   really have much on the project to appeal; correct?
01:38PM     10          A       Correct.
            11          Q       You even told the Government the written appeal
            12   itself was basically a template that you copied and pasted from
            13   other projects; correct?
            14          A       Yes.
01:39PM     15          Q       You told the Government that you, quote, "Did not
            16   want to go to the commission and get slapped around."
            17                  Correct?
            18                  MS. DRAGALIN:  Your Honor, objection to reading
            19   quotes from an inadmissible document.  Hearsay.
01:39PM     20                  THE COURT:  He's simply asking a question.  Where
            21   he's getting the information from is really irrelevant.
            22                  MS. DRAGALIN:  Objection as to the form of the
            23   question, Your Honor.
            24                  THE COURT:  What's the objection as to the form?
01:39PM     25                  MS. DRAGALIN:  He's eliciting statements made out
```

```
01:39PM   1   of court rather than just asking the witness for his answers
          2   here in court today.
          3               THE COURT:  I don't think that's true.  The
          4   objection is overruled.
          5        Q      BY MR. SEILIE:  You told the Government that you,
          6   quote, "Did not want to get slapped around at the commission."
          7               Correct?
          8        A      Correct.
          9        Q      CREED actually drops about 80 percent of the
01:40PM  10   appeals that it files; correct?
         11        A      Somewhere around there, yes.
         12        Q      And the reason that it drops most of its appeals
         13   is because it actually loses most of its appeals at the Area
         14   Planning Commission; correct?
01:40PM  15        A      Yes.
         16        Q      Won maybe 5 percent of its appeals?
         17        A      I wouldn't know exactly how many percentage-wise.
         18        Q      But it was a small number; right?
         19        A      Small number.
01:40PM  20        Q      It's not very hard to withdraw the appeal though;
         21   right?
         22        A      No, it's not.
         23        Q      You just send a letter, and it's done.
         24        A      Yes.
01:40PM  25        Q      And depending on the circumstances, CREED would
```

```
 1                  CERTIFICATE OF OFFICIAL REPORTER

 2

 3

 4

 5            I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

 6   COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

 7   THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

 8   PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

 9   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15                     DATED THIS  23RD  DAY OF JUNE, 2022.

16

17

18                     /S/ MIRANDA ALGORRI
                       _____
19                     MIRANDA ALGORRI, CSR NO. 12743, CRR
                       FEDERAL OFFICIAL COURT REPORTER
20

21

22

23

24

25
```