# EXHIBIT 9

| Message | |
|---|---|
| From: | Joon H Cheon [jcheon@dgbamerica.com] |
| on behalf of | Joon H Cheon <jcheon@dgbamerica.com> [jcheon@dgbamerica.com] |
| Sent: | 8/15/2016 1:22:27 PM |
| To: | 'Jason Kang' [jkang1020@gmail.com] |
| CC: | 'David Lee \(JOIA\)' [davidjoiaco@yahoo.com] |
| Subject: | FW: DIR-2015-90-TDR-SPR-1A |

Dear Jason

Please review under email with Mr. Lee and then let me know Mr. Lee's opinions.

Thank you

**From:** Fred Shaffer [mailto:fshaffer@gtocompanies.com]
**Sent:** Monday, August 15, 2016 1:10 PM
**To:** Julia Chang; 'joon'
**Subject:** FW: DIR-2015-90-TDR-SPR-1A

Julia / Joon,

  Please let me know how you want to respond to Heather's Email.  My comments and recommendations are below:

1. I agree that we should request the time extension for the appeal.  DGB+ Line or the owner can sign & return the form Heather sent to us.  That will put our case on the calendar for the appeal hearing on Sept. 27.  If the owner chooses to pursue a negotiation with CREED LA and needs more time we can ask for an extension sometime in Sept. prior to the appeal date.
2. There are several considerations in whether/how to negotiate with Creed LA
    a. What is it that CreedLA actually wants?  We think they are appealing us in order to get us to agree to sign a project labor agreement and use union labor in construction of the project, but that's a guess at this point.
        - You indicated that David Lee or his advisor spoke with CD 14 about this.  I recommend that we also reach out to other developers who are building high rises in DTLA to see whether they've signed deals with CreedLA.  I can do this if you want me to.
    b. What are the merits of CreedLA's arguments?  They make 3 arguments: (1) that our CEQA analysis was deficient regarding our haul route, (2) that our CEQA analysis was deficient regarding our GHG analysis and (2) that the appraisal on which the TFAR benefits payments is calculated undervalues the property.
        - Per Shane Parker's Email response, he thinks there is no merit to the two CEQA arguments.
        - As it relates to our Planning case appeal, I don't think the appraisal is part of the Planning case and Planning didn't render a decision regarding the adequacy of the appraisal.  I believe that's up to CRA to do when we go to them for approval of the TFAR. But given that we have a more current appraisal from CBRE which values the property at double the amount of the BNA appraisal and the fact that BNA isn't an 'MAI certified appraiser' which CRA guidelines require, CRA may reject the BNA appraisal when we get to a hearing with them.  I would want to discuss all of this with a land use attorney before responding to Planning or presenting our response to the appeal at a Planning Commission hearing.
    c. How likely is CreedLA to continue to fight us?  Will they appeal again beyond Area Planning Commission to City Council?  And if City Council approves the project will they file a lawsuit to further delay us?
        - I think CreedLA's arguments are weak so they might not file a lawsuit but I would like to speak with a land use attorney and other developers who have dealt with them before.

HIGHLY CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

940HILL0035019

Casino_1711428

Exhibit 43
Page 1 of 2

3. I recommend that we ask Shane Parker to draft detailed responses to the CEQA issues raised in the appeal and give those to our Planner, Heather Bleemers. This won't cost very much and can be done simultaneously with a negotiation with CreedLA.

I am available to assist in this process. Please let me know what you want me to do.

Fred Shaffer
Saiko Investment Corp.
310-213-6560

**From:** Heather Bleemers [mailto:heather.bleemers@lacity.org]
**Sent:** Monday, August 15, 2016 11:43 AM
**To:** Julia Chang <julia@dgbamerica.com>; Fred Shaffer <fshaffer@gtocompanies.com>; Shane Parker <shane@parkerenvironmental.com>
**Subject:** DIR-2015-90-TDR-SPR-1A

Good morning,

Please find attached the appeal submission from the appellant for the above case.

According to the Commission office, the next available meeting will be on 9/27. Given that this appeal will expire on 9/8/2016, I would like to request that the applicant submit the attached time extension so that the project can be heard before the Central Area Planning Commission on 9/27.

Also, I will need responses to the attached comments so that I can include them into my report.

Thank you and please let me know if you have any questions.

Best,

| HEATHER BLEEMERS<br>City Planner | **Department of City Planning**<br>**T:** (213) 978-0092\|<br>200 N. Spring St., Room 763<br>Los Angeles, CA. 90012 |
|---|---|

  This email has been checked for viruses by Avast antivirus software.
www.avast.com

HIGHLY CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

940HILL0035020
Casino_1711429

Exhibit 43
Page 2 of 2