E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3289
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW-5, 6 |
|---|---|
| Plaintiff, | DECLARATION OF CASSIE D. PALMER; ADMITTED TRIAL EXHIBITS; AND ATTACHMENT B IN SUPPORT OF GOVERNMENT'S SENTENCING POSITION REGARDING DEFENDANTS DAE YONG LEE AND 940 HILL, LLC |
| v. | |
| DAE YONG LEE,   aka, "David Lee," 940 HILL, LLC, | |
| Defendants. | Hearing Date: July 21, 2023  Hearing Time: 8:00 a.m.  Location:     Courtroom of the                Hon. John F. Walter |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins and Cassie D. Palmer, hereby files the Declaration of Cassie D. Palmer

Admitted Trial Exhibits; and Attachment B in Support of the Government's Sentencing Position Regarding Defendant Dae Yong Lee and 940 Hill, LLC.

Dated: June 30, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*/s/ Cassie D. Palmer*
CASSIE D. PALMER
MACK E. JENKINS
Assistant United States Attorneys

**DECLARATION OF CASSIE D. PALMER**

I, Cassie D. Palmer, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. Attached hereto are the following trial exhibits cited in support the government's sentencing position, which were admitted at trial in this matter:

   a. Trial Exhibit 8, which is a true and correct copy of a January 2016 Email from Dae Yong Lee, also known as "David Lee," to 940 Hill, LLC General Counsel re: 940 Hill Project Packet.

   b. Trial Exhibit 28, which is a true and correct copy of a March 3, 2016 Email from David Lee to Third Party re: Letter of Intent to Purchase the 940 Hill Property for $34 Million.

   c. Trial Exhibit 29, which is a true and correct copy of a March 29, 2016 Email from David Lee to 940 Hill, LLC General Counsel re: Letter of Intent to Purchase 50% Interest in $30 Million 940 Hill Project.

   d. Trial Exhibit 30, which is a true and correct copy of a December 13, 2016 Email to David Lee re: Letter of Intent to Purchase the 940 Hill Property for $33.8 Million.

   e. Trial Exhibit 31, which is a true and correct copy of a May 16, 2017 Email Chain with Justin Kim, David Lee, and George Chiang re: Offer to Purchase the 940 Hill Property for $33 Million.

   f. Trial Exhibit 32, which is a true and correct copy of a June 20, 2017 Letter from 940 Hill, LCC General Counsel re: Offer to Purchase the 940 Hill Property for $32 Million.

   g. Trial Exhibit 34, which is a true and correct copy of an August 17, 2015 Email from Justin Kim to David Lee re: 940 Hill, LLC Support Letter for EB5 Program.

   h. Trial Exhibit 37, which is a true and correct copy of a July 5, 2016 Email Chain with David Lee, Justin Kim, and 940 Hill Project consultants re: 940 Hill TFAR Application Showing Appraisal of $13.6 Million as of May 2015.

   i. Trial Exhibit 40, which is a true and correct copy of an August 9, 2016 Email from David Lee to Justin Kim re: 940 Hill CREED Appeal.

   j. Trial Exhibit 44, which is a true and correct copy of an August 18, 2016 Email Chain with David Lee and Others re: CREED Appeal on 940 Hill Project.

   k. Trial Exhibit 57, which is a true and correct copy of an April 21, 2018 Email from David Lee to 940 Hill, LLC General Counsel re: 940 Hill bio and David Lee Resume.

   l. Trial Exhibit 72, which is a true and correct copy of a March 27, 2019 Email Chain with David Lee, Jason Kang, and Henry Kim re: 940 Hill Accounting Records and Tax Return.

   m. Trial Exhibit 104, which is a true and correct copy of an August 9, 2016 Email from Justin Kim to George Esparza re: 940 Hill CREED Appeal Review.

   n. Trial Exhibits 118C & D, which are a true and correct copies of Translated Excerpts of a March 20, 2019 Recorded Meeting Between David Lee and Justin Kim.

   o. Trial Exhibits 119B-F, which are a true and correct copies of Translated Excerpts of a March 27, 2019 Recorded Meeting Between David Lee and Justin Kim.

   p. Trial Exhibit 126, which is a true and correct copy of the Grand Jury Subpoena Issued to 940 Hill, LLC on March 5, 2019.

   q. Trial Exhibit 139A, which is a true and correct copy of the Timeline Summary Chart for August 8-9, 2016.

   r. Trial Exhibit 157, which is a true and correct copy of the Toll Records Summary Charts for August 2016 and January 12, 2017 to March 15, 2017.

3. Attached hereto as Attachment B is a document that was the original version of the government's Trial Exhibit 152.[1]  This version was <u>not</u> admitted at trial following the Court's ruling on Joint Motion in Limine No. 1 to Exclude Evidence Related to 2014 Investigation and Seizure.  (CR 439.)  Attachment B is a true and correct copy of 17 photographs taken on September 10, 2014 at David Lee's offices, including three safes, large sums of cash, and money counters.  (<u>See</u> CR 439-8 (Exhibit 7 to JMIL No. 1 (attaching as original Exhibit 152)).)

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 30, 2023.

           *Cassie D. Palmer*
           CASSIE D. PALMER

---

[1] The government inadvertently referred to this document as Exhibit 132 in its Sentencing Position.  <u>See</u> Gov't Sentencing Position at 10 n.3.  The reference to Exhibit 132 should be Exhibit 152.  Following the Court's ruling on JMIL No. 1, the government replaced original Exhibit 152, removing all photographs of cash and money counters.  As such, to avoid confusion with admitted Exhibit 152, the government instead will refer to the original version of Exhibit 152 as Attachment B.

3