*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*

| Message | |
|---|---|
| From: | david lee [davidjoiaco@yahoo.com] |
| on behalf of | david lee <davidjoiaco@yahoo.com> [davidjoiaco@yahoo.com] |
| Sent: | 4/21/2018 3:17:46 PM |
| To: | James Hong [yoonjoh@yahoo.com] |
| Subject: | Fw: 940 Hill _ 수지분석_Bio |

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "JOON" <jcheon@dgbamerica.com>
**To:** "'david lee'" <davidjoiaco@yahoo.com>
**Cc:** "joon1000@hotmail.com" <joon1000@hotmail.com>
**Sent:** Fri, Apr 20, 2018 at 5:36 PM
**Subject:** 940 Hill _ 수지분석_Bio

서울에서 요청한 서류들 첨부합니다.

JOON H CHEON

PRESIDENT / KIRA

DGB+LINE

440 Shatto Place # 415 Los Angeles, CA 90020

P (213) 388-6642 Direct    F (213) 388-6643

E jcheon@dgbamerica.com

www.dgbamerica.com

Translation:

940 Hill _ Balance analysis_Bio

Attached are the documents requested by Seoul.

*Notice : This message and any attached documents contain certain information from Design Group Beau, Inc. and its subsidiary companies that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER – Sensitive Materials
940HILL0001568
Casino_1677977
Exhibit 57
Page 1 of 2

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*

940 Hill LLC
Mr. David Y. Lee, President

| | |
|---|---|
| **Qualification Highlights** | • Experiences of major development projects in highly valued urban fabric.<br>• Extensive experiences in various project types including residential, commercial & industrial.<br>• Strong financial sustainability. |
| **Selected Projects** | |
| 2017~Present | **Little Tokyo Galleria Mixed Use Project**<br>• Mixed Use with Approximately 1,000 of Apartment Units<br>• 200,000 sq.ft. of Shopping Center<br>• Project Entitlement Processing<br>• Estimated Project Cost: $400 M<br>• Project is under entitlement process |
| 2014~Present | **940 Hill St. Mixed Use**<br>• Mixed Use with 232 Apartment Units<br>• 14,000 sq.ft. of Retail<br>• Estimated Project Cost: $170 M<br>• Project Entitlement has been completed |
| 2016~Present | **Stanford Wholesale mart**<br>• 70,000 Sq.ft. of Wholesale Mart<br>• Project Cost: $35 M<br>• Project is under construction |
| 2017 | **Stanford Plaza**<br>• 150,000 sq.ft. of Retail<br>• Project Cost: $70M<br>• Completed Project |
| 2005~2014 | **New Mark Wholesale Mart** (Wholesale / $20M)<br>**Fashion Alley** (Wholesale / $10M)<br>**WaWa Plaza** (Retail / $8M)<br>**IB Plaza** (Retail / 8M) |