# Attachment B



Case 2:20-cv-00036-VVV Document 40-35 Filed 03/30/2020 Page 3 of 15 Page ID #:24865















Attachment B
Page 8 of 14



Attachment B
Page 9 of 14



Attachment B
Page 10 of 14







