# EXHIBIT 2



Extraction Report - Apple iPhone




+15623055579
George Esparza

Notes (1)

| # | Time | Note | Deleted | * |
|---|---|---|---|---|
| 1 | **Created:**<br>12/28/2016<br>9:31:35 AM(UTC-8)<br>**Modified:**<br>12/28/2016<br>9:59:17 AM(UTC-8) | **Title:** Olympic and hill be part of the Broadway sign district.<br>**Summary:** And tell creed to dismiss appeal.<br>**Source:** Notes<br>**Body:** Olympic and hill be part of the Broadway sign district.<br><br>And tell creed to dismiss appeal.<br><br>Bound<br>**Parties:**<br>**Source Extraction:** File System | | |

1

Exhibit 88
Page 1 of 13




Extraction Report - Apple iPhone



+15623055579
George Esparza

## Notes (1)

| # | Time | Note | Deleted | * |
|---|------|------|---------|---|
| 1 | **Created:**<br>1/18/2017<br>9:29:48 AM(UTC-8)<br>**Modified:**<br>1/19/2017<br>10:48:21 AM(UTC-8) | **Title:** Union agreeement pla<br>**Summary:** Cost?<br>**Source:** Notes<br>**Body:** Union agreeement pla<br><br>Cost?<br><br>Homeless camps on maple. Permanent camps<br><br>Morie wants u to raise money on the NO.<br><br>Talk about suncal contract. 50k to 100k<br><br>Want to get entitled. And creed go away. No build. What's the value<br><br>562) 262-0459<br><br>50 million non union. How much can u save?<br><br>How much<br><br>50 million project downtown.<br><br>How much will it cost to go wh creed and how much would it cost to go without creed.<br><br>You guys delt with this before. How much of construction cost.<br>**Parties:**<br>**Source Extraction:** File System | | |

1

Exhibit 88
Page 2 of 13



Extraction Report - Apple iPhone



+15623055579
George Esparza



Notes (1)

| # | Time | Note | Deleted | * |
|---|------|------|---------|---|
| 1 | **Created:**<br>1/19/2017<br>4:38:26 PM(UTC-8)<br>**Modified:**<br>1/19/2017<br>10:59:19 PM(UTC-8) | **Title:** Arronage mike Shipnick next week to get briefed on poll.<br>**Summary:** Go over there or come to office<br>**Source:** Notes<br>**Body:** Arronage mike Shipnick next week to get briefed on poll.<br><br>Go over there or come to office<br><br>Small dinner but make money.<br><br>His clients<br><br>300k event for measure S.<br><br>Come up with date and location<br><br>Talk to Christina of who she  recommended we hit up.<br><br>Who is the fundraiser for measure S.<br><br>300k<br>Mike ShippockS<br><br>1.2<br><br>10 to 15<br><br>1.2 goes away<br><br>Just had talk with COuncilman Huizar at 5pm about asking Justin Kim for 1.2mil for taking care of creed<br><br>500 for him<br>500 for Justin<br>200 for me me.<br><br>Cash<br><br>500 cm<br>500 Justin<br>250 George<br><br>1.25<br><br>I am waiting this at 1057 on Jan 19th.<br>Councilman Huizar told me to talk to Justin Kim to make an agreement on the Olympic and hill project. I spoke to him at his house earlier today. And he said 1.2 million and it will go away. Creed appeal.<br>**Parties:**<br>**Source Extraction:** File System | | |

1

Exhibit 88
Page 3 of 13



**Extraction Report** - Apple iPhone




+15623055579
George Esparza

Notes (1)

| # | Time | Note | Deleted | * |
|---|------|------|---------|---|
| 1 | **Created:**<br>2/10/2017<br>3:08:26 PM(UTC-8)<br>**Modified:**<br>2/10/2017<br>3:36:49 PM(UTC-8) | **Title:** 130 today<br>**Summary:** 70k Justin<br>**Source:** Notes<br>**Body:** 130 today<br><br>70k Justin<br><br>After march 14th another 200( hearing)<br>130 CM and G<br>70k<br><br>April 14th<br>100 for CM<br><br>500cash<br>**Parties:**<br>**Source Extraction:** File System | | 🏷 |

1

**Exhibit 88**
**Page 4 of 13**



**Extraction Report** - Apple iPhone




+15623055579
George Esparza

## Notes (1)

| # | Time | Note | Deleted | * |
|---|---|---|---|---|
| 1 | **Created:**<br>2/10/2017<br>4:24:45 PM(UTC-8)<br>**Modified:**<br>2/10/2017<br>4:25:01 PM(UTC-8) | **Title:** I was given 130k cash to give to my boss<br>**Source:** Notes<br>**Body:** I was given 130k cash to give to my boss<br>**Parties:**<br>**Source Extraction:** File System | | 🏷 |

1

Exhibit 88
Page 5 of 13



**Extraction Report** - Apple iPhone




+15623055579
George Esparza

## Notes (1)

| # | Time | Note | Deleted | * |
|---|------|------|---------|---|
| 1 | **Created:**<br>2/10/2017<br>4:34:37 PM(UTC-8)<br>**Modified:**<br>2/10/2017<br>4:36:29 PM(UTC-8) | **Title:** Today<br>**Summary:** 200k total<br>**Source:** Notes<br>**Body:** Today<br>200k total<br><br>100 for him<br>100 for jk<br><br>March 14th<br><br>100 for CM<br>100 for jk<br><br>April 14th<br><br>100 for CM<br>**Parties:**<br>**Source Extraction:** File System | | 🏷 |

1

Exhibit 88
Page 6 of 13




Extraction Report - Apple iPhone



+15623055579
George Esparza

## Notes (1)

| # | Time | Note | Deleted | * |
|---|------|------|---------|---|
| 1 | **Created:**<br>2/11/2017<br>9:14:06 AM(UTC-8)<br>**Modified:**<br>2/11/2017<br>9:39:40 AM(UTC-8) | **Title:** Full briefing and application. When is hearing? Full application. Know…<br>**Summary:** everything about the project.<br>**Source:** Notes<br>**Body:** Full briefing and application. When is hearing? Full application. Know everything about the project.<br><br> Check in with morrie. Chris wanted to join fundraiser to bring in 25? Are u okay with it or should we keep it separate.<br><br>Paul v and chris for 25. Can they come.<br><br>Draft early Monday or Tuesday<br><br>What is it what u want?<br><br>Want the appeal withdrawn or the commissions vote it down.<br><br>Either way<br>**Parties:**<br>**Source Extraction:** File System | | |

1

Exhibit 88
Page 7 of 13



Extraction Report - Apple iPhone




+15623055579
George Esparza

Notes (1)

| # | Time | Note | Deleted | * |
|---|------|------|---------|---|
| 1 | **Created:** 2/11/2017 9:26:30 AM(UTC-8) **Modified:** 2/11/2017 9:28:57 AM(UTC-8) | **Title:** CM said to leave the money in my safe. 100k **Source:** Notes **Body:** CM said to leave the money in my safe. 100k **Parties:** **Source Extraction:** File System | | 🏷 |

1

Exhibit 88
Page 8 of 13

 

Extraction Report - Apple iPhone

 

+15623055579
George Esparza

## Notes (1)

| # | Time | Note | Deleted | * |
|---|------|------|---------|---|
| 1 | **Created:**<br>2/17/2017<br>10:45:50 AM(UTC-8)<br>**Modified:**<br>2/20/2017<br>1:46:14 PM(UTC-8) | **Title:** Can we have department of finance send licence to physical address…<br>**Summary:** of the collective<br>**Source:** Notes<br>**Body:** Can we have department of finance send licence to physical address of the collective<br><br>If it goes to po box is will go to James and po box<br><br>Councilmember will talk to creed and withdraw and at the end of the day we can kill any cpc.<br><br>Ask Carmel isn't playing games. Need something now.<br><br>What's the evaluation of the street/ property<br><br>Charge 20%<br><br>What project? Is it conceptual? The milestone? When do they start build.<br><br>Is this going to happen soon?<br>**Parties:**<br>**Source Extraction:** File System | | |

1

Exhibit 88
Page 9 of 13




**Extraction Report** - Apple iPhone



+15623055579
George Esparza

Notes (1)

| # | Time | Note | Deleted | * |
|---|---|---|---|---|
| 1 | **Created:**<br>2/21/2017<br>12:51:59 PM(UTC-8)<br>**Modified:**<br>2/21/2017<br>1:01:09 PM(UTC-8) | **Title:** Supportive of the project-<br>**Summary:** CM been supportive of this project. If it gets to plum after APc any way we can withdraw. He told them he would be supportive.<br>**Source:** Notes<br>**Body:** Supportive of the project-<br><br>CM been supportive of this project. If it gets to plum after APc any way we can withdraw. He told them he would be supportive.<br><br>He's always been supportive of you guys and tell folks to meet with you guys.<br><br>CM may not to be support the developer.<br><br>Meet with chris face to face.<br><br>Hey Morrie,<br><br>Carmel- 25k<br><br>Or another 25k to no on H.<br><br>Redirect 25k to measure h.<br>**Parties:**<br>**Source Extraction:** File System | | |

1

Exhibit 88
Page 10 of 13




Extraction Report - Apple iPhone


+15623055579
George Esparza

## Notes (1)

| # | Time | Note | Deleted | * |
|---|---|---|---|---|
| 1 | **Created:** 2/23/2017 4:33:56 PM(UTC-8) **Modified:** 2/23/2017 6:32:25 PM(UTC-8) | **Title:** Blanchard **Summary:** Aribnb **Source:** Notes **Body:** Blanchard Aribnb<br><br>Little Tokyo in return for Olympic and hill<br><br>Event at ten05<br><br>Hit up Craig Lawson for Salesian **Parties:** **Source Extraction:** File System | | |

1

Exhibit 88
Page 11 of 13




**Extraction Report** - Apple iPhone



+15623055579
George Esparza

Notes (1)

| # | Time | Note | Deleted | * |
|---|------|------|---------|---|
| 1 | **Created:**<br>3/14/2017<br>2:44:00 PM(UTC-7)<br>**Modified:**<br>4/17/2017<br>3:20:17 PM(UTC-7) | **Title:** Meeting with Justin Kim on march 14fh to collect another 100k for…<br>**Summary:** the councilman. He asked me to pick up from Justin Kim.<br>**Source:** Notes<br>**Body:** Meeting with Justin Kim on march 14fh to collect another 100k for the councilman. He asked me to pick up from Justin Kim.<br><br>He asked me to talk to chris modjeski to withdraw the appeal.<br><br>Appeal was withdrawn 2 weeks ago<br>**Parties:**<br>**Source Extraction:** File System | | |

1

Exhibit 88
Page 12 of 13




Extraction Report - Apple iPhone



+15623055579
George Esparza

## Notes (1)

| # | Time | Note | Deleted | * |
|---|---|---|---|---|
| 1 | **Created:**<br>6/22/2017<br>6:12:51 PM(UTC-7)<br>**Modified:**<br>6/22/2017<br>6:18:06 PM(UTC-7) | **Title:** On June 22nd at 515 I got a phone call from Councilman huizar. He…<br>**Summary:** asked me to meet at double tree hotel. He finished meeting with Paul our cheif of staff.<br>**Source:** Notes<br>**Body:** On June 22nd at 515 I got a phone call from Councilman huizar. He asked me to meet at double tree hotel. He finished meeting with Paul our cheif of staff.<br><br>He spoke about telling andy about the FBI. If we should of shouldn't. He told that I shouldn't tell andy because he doesn't know if we can trust him. He said andy could be the informant. Councilman also said that I need to be careful on who I speak to that anyone can turn against us.<br><br>Councilman also said to not let anyone know that he knows about the FBI investigation. He says we can't trust anyone.<br><br>After our conversation, he left to dinner at rossablu Resturant with staff. Jonathan can confirm we were there.<br><br>The councilman also thought that I told Justin Kim about what happened. I told him that I didn't tell Justin anything.<br>**Parties:**<br>**Source Extraction:** File System | | |

1

Exhibit 88
Page 13 of 13