# EXHIBIT 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                   1D348 – Clip 1
Date of Recording:        March 20, 2019

## VERBATIM TRANSLATED TRANSCRIPT

### Participants

 

**Justin Kim**            **Dae "David" Yong LEE**

### Abbreviations

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

Exhibit 118A
Page 1 of 4

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | I met with the lawyer- met with the lawyer, Mr. Lee. |
| LEE | Yes. |
| Kim | Umm… For sure-- |
| LEE | [OV] But did you start your *interview* yet? |
| Kim | Oh, I didn't. |
| LEE | You didn't *interview* yet? |
| Kim | Not yet. |
| LEE | Oh… |
| Kim | I haven't done it yet. |
| LEE | Is that so? |
| Kim | So for sure… What is it… He thinks George told them. Somebody told them, Mr. Lee. |
| LEE | Huh? |

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | I don't know who told them. But somebody told them and me, you, and now… *Councilman* Jose Huizar… Yeah? If any of the three tells them, now… it's enough for the *government*. It will begin. So I think George told them. And what I'm worried about is, even if you and I move together, if *Councilman* Huizar talks later… He talks a lot. Then we have nothing to fight with. As far as fighting - those two against us two. Do you understand? Huh? Yeah? *[Pause]* Then… How? What I'm saying is… It's my opinion. I think… either go-go and turn myself in, or get a new lawyer and reduce the *amount*… The *amount* is too big to erase the the crime, according to my lawyer. It's too bi- big. [UI] Or just wait it out and… When they get *Councilman* Huizar, they will get everybody. So now… *Indictment*. So they get caught and then… What is it… They will decide *guilty or not guilty*. I heard that's the only *option* now. And I'd auto-automatically wait. |
|  | *[Pause]* |
| Kim | As you know, you may be able to fight for a long time because of your *resources*, but I can't last that long. How long will I last? Because the most important is *Councilman* Huizar. |
| LEE | [UI] |
| Kim | If *Councilman* Huizar will go and just do it… If there is a lot that he's done… If there is a lot that he's done, what is it… That… |
| LEE | But you said he didn't receive the money. |
| Kim | Right. He didn't. |
| LEE | Yeah. |
| Kim | So I think they keep wanting me. But I-I read it separately and… What is it… I heard that even if one doesn't accept money, it's the same thing if there was *intent*. |

Exhibit 118A
Page 3 of 4

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| LEE | Then who took the money? |
| Kim | Huh? |
| LEE | Who took the money? Did George take it all? |
| Kim | Yes. |
| LEE | How much was given to the *union*? |
| Kim | I don't know, Mr. Lee. [*Pause*] And Mr. Lee, if I were to give you an advice…. I'm just counseling you right now. "I don't know." [UI] Yeah? That's the best way. But I-I was worried and I just thought about it… What is it… Based on my calculation, there is no way out of this. |
| LEE | There must be a way. |
| Kim | Huh? |
| LEE | What they want is Huizar. It's nothing if they lock up Justin Kim. |