# EXHIBIT 4

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                             1D350 – Clip 1
Date of Recording:                  March 27, 2019

**VERBATIM TRANSLATED TRANSCRIPT**

### Participants

 

**Justin Kim**                      **Dae "David" Yong LEE**

### Abbreviations

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

Exhibit 119A
Page 1 of 2

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| LEE | Have to face it |
| Kim | What shall [we/I] do, Mr. Lee? |
| LEE | But do [we/I/you] need to go there? |
| Kim | What? |
| LEE | But do [we/I/you] need to go there? |
| Kim | Uhm… |
|  | [Pause] |
| Kim | The *order* will say. The *order*—to go in once. Although it wasn't said [UI]. |
| LEE | [Coughs] Have to face it. |
| Kim | So if [we/I/you] face it, if [we are / I am / you are] going to face it, the thing is I already told the amount – the amount. I lied, yeah? That it was $400,000. But that amount was so big, Mr. Lee. Yeah? So then… You gave a lot. Yeah? |
| LEE | [IA] |
| Kim | [Chuckling] [UI] That amount…Yeah? It's not a small amount. So… Yeah? And once you go in, you have to tell everything as is – everything. [UI] [Sighs] I… I have no power, Mr. Lee. [UI] |

**Exhibit 119A**
**Page 2 of 2**