# EXHIBIT 5

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

| | |
|---|---|
| Source: | 1D350 – Clip 3 |
| Date of Recording: | March 27, 2019 |

## VERBATIM TRANSLATED TRANSCRIPT

### Participants




**Justin Kim**          **Dae "David" Yong LEE**

### Abbreviations

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

**Exhibit 119C**
**Page 1 of 2**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | So again, what do you want to do? Are you just going to wait? |
| LEE | First, I also… |
| Kim | Yes. |
| LEE | Since they also came to me, |
| Kim | Yes. |
| LEE | I said I would *hire* a lawyer and get back to them. |
| Kim | Yes. |
| LEE | So I'll contact them first and— |
| Kim | Yes. |
| LEE | There's probably a date they want me to come in on. |
| Kim | Yes. |
| LEE | Then I would have to go in. But I think you will go first. [OV] Since you've been contacted. |
| Kim | [OV] Uh-huh. Uh-huh. If I go in, Mr. Lee, I can't talk with you. You need to know that. [UI] You need to know that. |
| | [*Pause*] |
| LEE | How much did you say? |
| Kim | 400,000 … 400,000. |