# EXHIBIT 6

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                          1D348 – Clip 2
Date of Recording:               March 20, 2019

VERBATIM TRANSLATED TRANSCRIPT

**Participants**

   

**Justin Kim**          **Dae "David" Yong LEE**

**Abbreviations**

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

Exhibit 118B
Page 1 of 3

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | Even with *Councilman* Huizar, yeah? Could it be just us or were there others? |
|  | [*Ongoing overlapping background noise*] |
| LEE | He's probably done tens and hundreds. |
| Kim | He probably d-did. He probably did. But if he talks, it won't do any good for you and I to l-lie - even if we lie. There is no reason to [UI]. |
| LEE | But… We… With the *union*… |
| Kim | Yes. |
| LEE | That LA Creed… |
| Kim | Yeah. |
| LEE | You know the LA Creed person. You could've met and talked - *settled* it. [UI] Paying those guys is not a problem. |
| Kim | I don't know what they did - as far as pa-paying. |
| LEE | Honestly, we don't know. |
| Kim | Right. |
| LEE | Those guys-- |
| Kim | Yes. |
| LEE | Somebody… |
| Kim | Yeah. |
| LEE | Somebody… "*Give up.*" |

**Exhibit 118B**
**Page 2 of 3**

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| Kim | Yes. |
| LEE | If somebody said that and they did, or if they, on their own… Since there isn't much fault. |
| Kim | Right. |
| LEE | Prolonging this won't help- them win, so if they, you know… |
| Kim | But… |
| LEE | You said *union* also gave up. |
| Kim | Yes. But according to what I-I found out, we were played - by George and Councilman Huizar. [UI] To make money - out of nothing. It was nothing. [UI] I thought about it. And I'm sorry. [UI] I resented you a lot lately. I didn't even know what Creed was. [UI] helping with political funds so I thought they would just help. How did I know this would happen - that they would act this way? But I heard they often took advantage if there was *chance*. I still think George did it. Yeah? Since George is close to me… Yeah? |

**Exhibit 118B**
**Page 3 of 3**