# EXHIBIT 7

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



FBI Los Angeles
11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

Source:                    1D350 – Clip 5
Date of Recording:         March 27, 2019

### VERBATIM TRANSLATED TRANSCRIPT

### Participants

   

**Justin Kim**             **Dae "David" Yong LEE**

### Abbreviations

| | |
|---|---|
| [ ] | Exegesis |
| [PH] | Phonetic spelling |
| [UI] | Unintelligible |
| [OV] | Overlapping voices |
| [*sic*] | Stated incorrectly in the original |
| Primary Language | Korean (standard font Times New Roman) |
| Secondary Language | English (*italics*) |

Exhibit 119E
Page 1 of 3

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| LEE | Now, we were both played by Huizar. |
| Kim | Huh? |
| LEE | Us two— |
| Kim | Yes. |
| LEE | --were played by Huizar. |
| Kim | That's right. |
| LEE | So explain that well to them. You should say, "I didn't do anything else, I lived a good life, working hard." |
| Kim | Yes. |
| LEE | That you were played [by him]. [UI] |
| Kim | Yes. |
| LEE | [UI]. For now, you can't evade the crime. |
| Kim | Yes. |
| LEE | So you would have to blame him. [OV] [UI] |
| Kim | [OV] I know, Mr. Lee. That's [UI] at the end. That-- If the *councilman* gave a lot of orders, it's good for us. But if we're unlucky and only we got caught… Yeah? |
| LEE | [UI] |
| Kim | Because we're unlucky… Because as you know-- |

Exhibit 119E
Page 2 of 3

| SPEAKER | TRANSLATED TRANSCRIPT |
|---|---|
| LEE | Our… That… Huizar was probably not caught with just one or two things. The way I look at it-- |
| Kim | Hmmm. |
| LEE | --we're probably [*chuckling*] just a drop in the ocean. |

**Exhibit 119E**
**Page 3 of 3**