John L. Littrell, State Bar No. 221601
jlittrell@bklwlaw.com
Ryan V. Fraser, State Bar No. 272196
Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

Attorneys for Defendant
Dae Yong Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-326-JFW-5 |
| Plaintiff, | **GOVERNMENT AND DAE YONG LEE'S JOINT STIPULATION FOR LOMPOC CAMP RECOMMENDATION** |
| v. | |
| DAE YONG LEE, | |
| Defendant. | |

Plaintiff, the United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins and Cassie D. Palmer, and Defendant Dae Yong Lee, by and through his counsel of record, John L. Littrell and Ryan V. Fraser of Bienert Katzman Littrell Williams LLP, hereby STIPULATE as follows:

1. The Court has previously recommended that the Bureau of Prisons ("BOP") place Mr. Lee at the Sheridan, Oregon, camp to serve his sentence, as he requested at the sentencing hearing. *See* Dkt. No. 1129.
2. Since the sentencing hearing, however, Mr. Lee's mother and one of his sons have died.
3. Placement at the Lompoc, California, BOP camp would better facilitate visitation by Mr. Lee's surviving family members than placement at the Sheridan camp would.
4. Mr. Lee is subject to a surrender date of November 3, 2023. *See* Dkt. No. 1166.
5. Mr. Lee requests that the Court revise its BOP placement recommendation to recommend that the BOP place Mr. Lee at the Lompoc camp instead of the Sheridan camp. The government does not oppose the revised recommendation.

It is so stipulated.

Dated: October 27, 2023                Bienert Katzman Littrell Williams LLP

                                              By: */s/ Ryan V. Fraser*
                                                  John Littrell
                                                  Ryan V. Fraser
                                                  Attorneys for Defendant
                                                  Dae Yong Lee

| | |
|---|---|
| Dated:  October 27, 2023 | E. MARTIN ESTRADA<br>United States Attorney<br><br>MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division<br><br>By: */s/ Cassie D. Palmer*<br>       MACK E. JENKINS<br>       CASSIE D. PALMER<br>       Assistant United States Attorneys<br><br>       Attorneys for Plaintiff<br>       UNITED STATES OF AMERICA |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

                                        */s/ Leah Thompson*
                                        Leah Thompson