UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAE YONG LEE,<br><br>    Defendant. | Case No. 2:20-cr-00326(A)-JFW-5<br><br>**ORDER GRANTING JOINT STIPULATION TO SET JANUARY 2, 2024, SURRENDER DATE** |

    Pursuant to the Stipulation between Defendant Dae Yong Lee and Plaintiff, the United States of America, and for good cause shown in that Stipulation, this Court now resets Mr. Lee's surrender date for January 2, 2024.

    IT IS SO ORDERED.

Date: December 21, 2023

                                                    Hon. John F. Walter
                                                  United States District Judge

CC: Fiscal; USPO/PSA; USM; BOP