

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT**

To:     Chief Deputy/Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: __2:20−cr−00326−JFW__
Defendant's Name: __Dae Yong Lee__

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on __1/2/2024__. The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of : __1/3/2024__, it was verified the defendant:**

__has surrendered to the Bureau of Prisons__.

**Verified via Bureau of Prisons website.**

__January 3, 2024__         By __/s/ Ingrid Valdes__
Date                              Deputy Clerk

CR−86 (11/08)                    VERIFICATION OF SURRENDER