

Dear Customer,

January 29, 2024

2:20-cr-326-JFW-5
Dae Yong Lee

The following is the proof-of-delivery for tracking number: 774930487468

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | S.Y LEE | **Delivery Location:** | 920 BERKSHIRE AVENUE |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Direct Signature Required | | LA CANADA FLINTRIDGE, CA, 91011 |
| | | **Delivery date:** | Jan 25, 2024 12:19 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774930487468 | **Ship Date:** | Jan 24, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
SUNG YUN LEE,
920 BERKSHIRE AVENUE
LA CANADA FLINTRIDGE, CA, US, 91011

**Shipper:**
AMY PHAN, US. DISTRICT COURT
255 E. TEMPLE ST. #1178
LOS ANGELES, CA, US, 90012



# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 774930487468 | Jan 24, 2024 | 12.24 USD |

## From address

**AMY PHAN**
US. DISTRICT COURT
255 E. TEMPLE ST. #1178
90012 CA LOS ANGELES
US
Phone: 2138947771
amy_phan@cacp.uscourts.gov

## To address

**SUNG YUN LEE**
920 BERKSHIRE AVENUE
91011 CA LA CANADA FLINTRIDGE
US
Phone: 2138947771

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 0.50 lb | | | n/a |

**Packaging type:**
FedEx Envelope

**Service:**
FedEx Nacional 10:30 a.m.

**Pickup / drop-off type:**
I'll drop off my shipment at a FedEx location

**Special Services:**
Direct signature required

## Billing information

Bill transportation cost to:   ******323         P.O. No.:
Bill duties, taxes and fees to:                  Invoice No.:
Your reference:                                  Department No.:

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

Natasha Alexander-Mingo
Chief Probation and Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

January 24, 2024

Sung Yun Lee
920 Berkshire Avenue
La Canada Flintridge, CA 91011

**2:20-CR-00326-JFW-5**
**DAE YONG LEE**

Dear Property Owner(s):

Enclosed is the Short Form Deed of Trust, **Instrument Number: 20220725939** posted as collateral on a bond for the above-named defendant.

The request for full reconveyance has been executed. Also enclosed, is a letter to the County Recorder regarding the reconveyance of the Deed.

Since the Clerk is only the beneficiary for the property, a full reconveyance deed must also be obtained from the trustee **First Corporate Solutions, Inc.**, the reconveyance deed is obtained from the trustee, **First Corporate Solutions, Inc.**, the deed and the County Recorder letter must be taken to the County Recorder's Office to complete and record the reconveyance of the property back into your name. Please do this immediately.

Very truly yours,

CLERK, U.S. DISTRICT COURT

Rhodora De Jesus
Financial Specialist

RDJ:ap

Eastern Division
3470 Twelfth Street, Room 134
Riverside, CA 92501

Southern Division
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701



**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation and Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

January 24, 2024

**2:20-CR-00326-JFW-5**
**DAE YONG LEE**

TO WHOM IT MAY CONCERN:

This letter is in reference to the full reconveyance issued for **Instrument Number: 20220725939** previously deeded over to the Clerk, U.S. District Court, Central District of California from Sung Yun Lee, a married woman as her sole and separate property herein called trustor(s).

There is no note involved in the reconveyance of the property back into the trustor's name. The deed was recorded in favor of the Court for the sole purpose of collateral on a bail bond posted for the defendant(s) referred to above.

Therefore, you are authorized to record the subject property back to the trustors name above.

Very truly yours,

CLERK, U.S. DISTRICT COURT

Rhodora De Jesus
Financial Specialist

RDJ:ap

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701

RECORDING REQUESTED BY

Sung Yun Lee

WHEN RECORDED, MAIL TO:



FILED
CLERK, U.S. DISTRICT COURT

JUL 28 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CLERK, U.S. DISTRICT COURT
255 East Temple Street, Ste. TS-134
LOS ANGELES, CALIFORNIA 90012

---

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this **7/14/22** between **Sung Yun Lee** **a married woman as her sole and separate property** herein called TRUSTOR, whose address is **920 Berkshire Ave La Canada Flintridge CA 91011** and **First Corporate Solutions, Inc.** herein called TRUSTEE; and **Clerk, U.S. District Court, Central District of California**, herein called BENEFICIARY; WITNESSETH: THAT TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST WITH POWER OF SALE THAT PROPERTY DESCRIBED AS FOLLOWS: State of California, County of **Los Angeles**

See attached exhibit "A" for legal description

Common Address: **920 Berkshire Ave La Canada Flintridge CA 91011**   APN# **5657-005-030**

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) **Dae Yong Lee** in Case No **20-CR-0326-JFW** which includes an obligation by said Trustor(s) surety(ies) in the amount of $ **1,500,000.00**

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | 8/18/1964 | #2865 | Sacramento | 71-10-26 615 | | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 8-18-64 6213 | 768 | Sutter | 655 | 585 |
| ContraCosta | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | Series 5 1964 | 149774 | | | |

CR-5 (04/04)                            **SHORT FORM DEED OF TRUST**

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on pages 3-4 hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth

x *Sung Yun Lee* (signature)
Sung Yun Lee

x _____

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of     Los Angeles

On     7/14/22     before me   Leonel Edgard Orellana   , a notary public, personally appeared
**Sung Yun Lee**
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_(signature)_
Signature of Notary Public

(Notary Seal)

LEONEL EDGARD ORELLANA
Commission No. 2282468
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires MARCH 23, 2023

REQUEST FOR FULL CONVEYANCE
To be used only when note has been paid.

To   First Corporate Solutions, Inc   Trustee     Dated   01/24/24

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

MAIL CONVEYANCE TO:

Sung Yun Lee
920 Berkshire Ave.
La Canada Flintridge, CA 91011

_Rhodora De Jesus, Financial Specialist_ (signature)

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

SEE ATTACHED ACKNOWLEDGMENT

CR-5 (04/04)                         SHORT FORM DEED OF TRUST

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### ALL-PURPOSE ACKNOWLEDGMENT

*A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.*

This document has been signed in my presence by <u>Rhodora De Jesus, Financial Specialist</u> proved to me to be the person whose name is subscribed to the attached instrument and who executed the same in the capacity of Deputy Clerk, United States District Court, Central District of California. Further, this instrument bears the seal /stamp of the United States District Court, Central District of California and thus requires no other seal of attestation as to the authenticity of the within signatures or the entity upon behalf of which the person executed the instrument.

Executed before me at Los Angeles, California, on <u>January 24, 2024</u>
by <u>Amy Phan, Deputy Clerk</u>, No. <u>1247</u>

_____
Signature of Deputy Clerk

Pursuant to Rule 902, Rules of Evidence for United States Courts, extrinsic evidence of authentication is not required with respect to a document bearing the seal of the United States, an agency or officer thereof and a signature of attestation or execution.

**1247**

---

### Description of Attached Document

Title or Type of Document: <u>Short Form Deed of Trust and Assignment of Rents</u>

Document Date: <u>July 14, 2022</u>          Number of Pages <u>4</u>

Case No. <u>2:20-CR-000326-JFW-5</u>

Recorder Instrument No. <u>20220725939</u>

Other:

CR-103 (05/16)                ALL-PURPOSE ACKNOWLEDGMENT

EXHIBIT "A"

LEGAL DESCRIPTION

Real property in the City of La Canada Flintridge, County of Los Angeles, State of California, described as follows:

THAT PORTION OF LOT 1 IN BLOCK 3, OF FLINTRIDGE TRACT, AS PER MAP RECORDED IN BOOK 26, PAGES 23 THROUGH 33 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHERLY LINE OF SAID LOT 1, DISTANT SOUTH 89° 51' WEST 7.59 FEET FROM THE NORTHEASTERLY CORNER OF SAID LOT; THENCE PARALLEL WITH THE EASTERLY LINE OF SAID LOT 1, SOUTH 22° 34' WEST 294.41 FEET; THENCE NORTH 67° 26' WEST 106.08 FEET; THENCE PARALLEL WITH SAID EASTERLY LINE OF LOT 1, NORTH 22° 34' EAST 250 FEET TO A POINT IN THE NORTHERLY LINE OF SAID LOT; THENCE ALONG SAID NORTHERLY LINE NORTH 89° 51' EAST 115.00 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THE FOLLOWING DESCRIBED PROPERTY:

BEGINNING AT A POINT IN THE NORTHERLY LINE OF SAID LOT 1, DISTANT SOUTH 89° 51' WEST 7.59 FEET FROM THE NORTHEASTERLY CORNER OF SAID LOT; THENCE PARALLEL WITH THE EASTERLY LINE OF SAID LOT 1, SOUTH 22° 34' WEST 294.41 FEET; THENCE NORTH 67° 26' WEST 3 FEET; THENCE PARALLEL WITH SAID EASTERLY LINE OF SAID LOT 1, NORTH 22° 34' EAST 294.41 FEET TO A POINT IN THE NORTHERLY LINE OF SAID LOT; THENCE ALONG SAID NORTHERLY LINE NORTH 89° 51' EAST 3 FEET TO THE POINT OF BEGINNING.

APN: 5657-005-030

This is a true and certified copy of the record if it bears the seal, imprinted in purple ink, of the Registrar-Recorder/County Clerk

JUL 19 2022

REGISTRAR RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

This page is part of your document - DO NOT DISCARD

**20220725939**



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

07/14/22 AT 02:30PM

Pages:
0004

| | |
|---|---:|
| FEES: | 57.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 150.00 |
| PAID: | 207.00 |



LEADSHEET



202207140220046

00022560437



013542013

SEQ:
01

SECURE - Daily



THIS FORM IS NOT TO BE DUPLICATED

ORD-1058794 Q4 920